```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
MATTEL, INC.

                Plaintiff,                    ORDER

          - against -                         20 Civ. 11075 (NRB)

THE ENTITIES DBA GOODMENOW AT THE URL
GOODMENOW.COM, THE ENTITIES DBA
MEETGOODTIMES AT THE URL
MEETGOODTIMES.COM, THE ENTITIES DBA
FEELITNICE AT THE URL FEELITNICE.COM; THE
ENTITIES DBA THE PAYPAL MERCHANT YOKAWA
NETWORK LTD., JOHN DOE NOS. 1-5, AND ABC
ENTITY NOS. 1-5,

                Defendants.
---------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on December 30, 2020, the Court granted plaintiff's application to temporarily seal the docket in this action pending service of an Order of Attachment and Order to Show Cause on designated financial institutions; and

**WHEREAS** counsel for plaintiff has informed the Court that the sealing order is no longer necessary; it is hereby

**ORDERED** that the docket in the above-captioned matter is unsealed in its entirety; and it is hereby

**ORDERED** that from the date of this Order, the parties may file documents electronically on ECF.

**SO ORDERED.**

DATED:   New York, New York
         January 4, 2021

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE