# **<u>Exhibit D</u>**

*LIBRARY OF CONGRESS*

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **CEO BARBIE 98-20548** deposited in the Copyright Office with claim of copyright registered under number **VA 945-179.**

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on May 19, 2004.

Marybeth Peters
Register of Copyright

By:  Tracie M. Coleman
Head
Certifications and Documents Section
Information and Reference Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

CEO BARBIE
98-20548

VA 945 – 179

COPY/Copies Lost by C.O. after registration. Replacement copy deposited by applicant. See _2001_ correspondence file.

CEO BARBIE
98-2054 8









