# **Exhibit B**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,287,023
Registered Aug. 28, 2007

TRADEMARK
PRINCIPAL REGISTER

# BARBIE

MATTEL, INC. (DELAWARE CORPORATION)
M1-1518
333 CONTINENTAL BLVD.
EL SEGUNDO, CA 902455012

FOR: FULL LINE OF DOLLS, DOLL CLOTHING AND DOLL ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 689,055, 2,837,174, AND OTHERS.

SN 78-739,456, FILED 10-24-2005.

JIM RINGLE, EXAMINING ATTORNEY

Side - 1



**NOTICE OF ACCEPTANCE OF §8
DECLARATION AND §9 RENEWAL
MAILING DATE: Jun 5, 2017**

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration will remain in force as long as the requirements for maintaining the registration are fulfilled as they become due.

For further information about the registration process, visit https://www.uspto.gov/trademarks/.  To review information regarding the referenced registration, go to https://tsdr.uspto.gov/.

| | |
|---|---|
| **U.S. REG NUMBER:** | 3287023 |
| **MARK:** | BARBIE(STANDARD CHARACTER MARK) |
| **OWNER:** | MATTEL, INC. |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

MICHAEL MOORE
MATTEL, INC.
333 CONTINENTAL BOULEVARD
M1-1518
EL SEGUNDO, CA   90245