# **<u>Exhibit D</u>**

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **CEO BARBIE 98-20548** deposited in the Copyright Office with claim of copyright registered under number **VA 945-179.**

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on May 19, 2004.

Marybeth Peters
Register of Copyright

By:    Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. Copyright law 17 U.S.C. 101 et seq.

C EO BARBIE
98-20548

VA 945 – 179

COPY/Copies Lost by C.O. after registration. Replacement copy
deposited by applicant. See ____2001____ correspondence file.

C EO BARBIE
98-20548









