# **Exhibit E**



Sign Up

Email or Phone

Password

Log In

Forgot account?

**Feelitnice**
October 25 at 3:08 AM ·

Celebrate Mexican Day of the Dead with our Collectible Barbie!

FEELITNICE.COM
**New 2020 Barbie Dia De Muertos Collectible Doll** Shop Now
Fast refund>>100% Money Back Guarantee. Handling…

11K 1K Comments 2K Shares

Share

**Related Pages**

**Rosaholics Wholesale**
Florist

**Feelitnice**
Product/Service

**Meet Good Times**
Product/Service

**Sandi's sweet treats**
Grocery Store

**Howbestmind**
Product/Service

**Craves By Rae**
Dessert Shop

**Boxyboxsneak**
Health/Beauty

**Funky Step**
Product/Service

**Adequatesmile**
Product/Service

**Sunotool**
E-commerce Website

**C&J Unique Accessories**
Boutique Store

**New Day Starts**
Product/Service

**Recent Post by Page**

Feelitnice

**See more of Feelitnice on Facebook**

Log In or Create New Account

16GB Memory Bluetooth Wireless Bone Conduction Headphones for Swimming Get it>>https://www.feelitnice.com/…/bluetooth-…

1       1 Comment

Share

**Feelitnice**
October 20 at 11:25 PM

Bone Conduction Headphones - Bluetooth Wireless Headset Get it>>https://www.feelitnice.com/…/bone-condu…

2

Share

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2020

**See more of Feelitnice on Facebook**

Log In        or        Create New Account