# **Exhibit F**

Feelitnice

Feelitnice



    

## New 2020 Dia De Muertos Collectible

# New 2020 Dia De Muertos Collectible Doll

**$35.99** ~~$79.99~~ Save 55%

Style: **Pink**

  

😍BUY MORE SAVE MORE😍: **BUY 1**

| BUY 1 | BUY 2 FREE SHIPPING AND SAVE $10 |

Quantity

— 1 +

**ADD TO CART**

BUY NOW

### Buy More Save More!

| 2 items get 10% OFF on each product |  Added |
| 3 items get 15% OFF on each product | Add to cart |
| 4 items get 20% OFF on each product | Add to cart |

**Special deal of the day**

  

☑ **New 2020 Dia De Muertos Collectible Doll**
　　THIS ITEM
　　$35.99

$35.99

BLACK / BU ▾

☐ New 2020 Dia De Muertos Collectible PINK Doll

$35.99

Regular Pac ▾

☐ Beautiful Inspiring Women Series Frida Kahlo Doll

$35.99

TOTAL PRICE:   **$91.77**  ~~$107.97~~

**ADD ALL TO CART**

       

 Share    Tweet    Pin it

**DESCRIPTION** ▲

**To celebrate the arrival of *Mexico's Day of the Dead*, we decided to cut the price by $44 again, from $79.99 to $35.99**

**Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers, please identify our products!**



- **Fast refund**>>*100% Money Back Guarantee.*
- *More than 95% of customers choose to buy More than 2 Pcs!!*

## We plan to sell 1000 sets, until now, we have sold 500 sets. Time is limited, first come first served!!!

- We honor the traditions and symbols of Dia De Muertos with a highly-detailed, collectible doll inspired by the holiday.
- Dia De Muertos is a holiday in early November when families gather to celebrate their departed loved ones with music, food, sweets, offerings and flowers.
- Dia De Muertos doll wears a long, ruffled, embroidered dress embellished with heart and butterfly details.
- Beauty doll's face is painted in a traditional skull mask, and she wears a crown with monarch butterflies and bright marigolds.
- Specially designed packaging makes this Dia De Muertos doll perfect for displays and gifting.

- May Dia De Muertos doll become a treasured tradition for your celebration. Includes doll stand. and Certificate of Authenticity.

**SHIPPING & DELIVERY**

We process orders between Monday and Friday. Orders will be

To process orders between Monday and Friday. Orders will be processed within 7 business days of ordering and shipped out the next day after the processing day. All orders are shipped with a tracking number so you can track it every step of the way!

## OUR GUARANTEE

We truly believe we make some of the most innovative products in the world, and we want to make sure we back that up with a risk-free 90-day guarantee.

If you don't have a positive experience for ANY reason, we will do WHATEVER it takes to make sure you are 100% satisfied with your purchase.

Buying items online can be a daunting task, so we want you to realize that there is absolutely ZERO risks in buying something from our website and trying it out. If you don't like it, no hard feelings, we'll make it right.

We have 24/7/365 Ticket and Email Support. Please contact us if you need assistance.

*LIMITED stock, Click ADD TO CART before stock runs out!*

RETURN & WARRANTY ▲

- **100% Secure payment** with SSL Encryption.
- If you're not **100% satisfied**, let us know and we'll make it right.

**Support**

About Us

Contact Us

FAQs

PRIVACY POLICY

RETURN POLICY

SHIPPING INFORMATION

TERMS OF SERVICE

## Subscribe

Sign up to get the latest on sales, new releases and more ...

SIGN UP

© 2020 feelitnice.

DMCA REPORT  EN | USD

Feelitnice 02

Halloween & Christmas
Phone & Computer Accessories
Music & Sport    Daily Use
Order Tracking

Feelitnice 02



  

 

# New 2020 Dia De Muertos Collectible Doll

**$35.99**  ~~$79.99~~   Save 55%

Style: **BLACK**

  

😍BUY MORE SAVE MORE😍: BUY 1

| BUY 1 | BUY 2 FREE SHIPPING AND SAVE $10 |

Quantity

— 1 +

**ADD TO CART**

BUY NOW

### Buy More Save More!

| 2 items get 10% OFF on each product |  Added |
| 3 items get 15% OFF on each product | Add to cart |
| 4 items get 20% OFF on each product | Add to cart |

### Special deal of the day



Case 1:20-cv-11075-NRB   Document 24-2   Filed 01/11/21   Page 10 of 13



☐ **New 2020 Dia De Muertos Collectible Doll**
THIS ITEM
$35.99
[ BLACK / BU▼ ]

☑ **New 2020 Dia De Muertos Collectible PINK Doll**
$35.99
[ Regular Pac ▼ ]

☐ **Beautiful Inspiring Women Series Frida Kahlo Doll**
$35.99

TOTAL PRICE:  **$91.77**  ~~$107.97~~

**ADD ALL TO CART**



Share    Tweet    Pin it

**DESCRIPTION**

**To celebrate the arrival of *Mexico's Day of the Dead*, we decided to cut the price by $44 again, from $79.99 to $35.99💀💀**

**Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers, please identify our products!**

- **Fast refund**>>*100% Money Back Guarantee.*
- *More than 95% of customers choose to buy More than 2 Pcs!!*

## We plan to sell 1000 sets, until now, we have sold 500 sets. Time is limited, first come first served!!!

- We honor the traditions and symbols of Dia De Muertos with a highly-detailed, collectible doll inspired by the holiday.
- Dia De Muertos is a holiday in early November when families gather to celebrate their departed loved ones with music, food, sweets, offerings and flowers.
- Dia De Muertos doll wears a long, ruffled, embroidered dress embellished with heart and butterfly details.
- Beauty doll's face is painted in a traditional skull mask, and she wears a crown with monarch butterflies and bright marigolds.
- Specially designed packaging makes this Dia De Muertos doll perfect for displays and gifting.
- May Dia De Muertos doll become a treasured tradition for your celebration. Includes doll stand, and Certificate of Authenticity.

**SHIPPING & DELIVERY**

We process orders between Monday and Friday. Orders will be processed within 7 business days of ordering and shipped out the next day after the processing day. All orders are shipped with a tracking number so you can track it every step of the way!

## OUR GUARANTEE

We truly believe we make some of the most innovative products in the world, and we want to make sure we back that up with a risk-free 90-day guarantee.

If you don't have a positive experience for ANY reason, we will do WHATEVER it takes to make sure you are 100% satisfied with your purchase.

Buying items online can be a daunting task, so we want you to realize that there is absolutely ZERO risks in buying something from our website and trying it out. If you don't like it, no hard feelings, we'll make it right.

We have 24/7/365 Ticket and Email Support. Please contact us if you need assistance.

*\* LIMITED stock, Click ADD TO CART before stock runs out! \**

RETURN & WARRANTY ▲

- **100% Secure payment** with SSL Encryption.
- If you're not **100% satisfied**, let us know and we'll make it right.

## Support

About Us

Contact Us

FAQs

PRIVACY POLICY

RETURN POLICY

SHIPPING INFORMATION

TERMS OF SERVICE

## Subscribe

Sign up to get the latest on sales, new releases and more ...

| Your email | SIGN UP |

© 2020 feelitnice.

DMCA REPORT      EN | USD