# **Exhibit G**

**Emily Harrison**

| | |
|---|---|
| **From:** | Emily Jaquez <ejharris2@gmail.com> |
| **Sent:** | Monday, November 2, 2020 5:15 PM |
| **To:** | Emily Harrison |
| **Subject:** | Fwd: Order #13698 confirmed |

---------- Forwarded message ---------
From: **feelitnice** <support@24dzservice.com>
Date: Mon, Nov 2, 2020 at 5:07 PM
Subject: Order #13698 confirmed
To: <ejharris2@gmail.com>



ORDER #13698

## Thank you for your purchase!

Hi Emily, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order

Or Visit our store

## Order summary



**New 2020 Dia De Muertos Collectible Doll x 2**

BLACK / BUY 1

$71.98

1

 | **New 2020 Dia De Muertos Collectible Doll x 2**  Pink / BUY 1 | $71.98 |

| Discount (OFFER-DISCOUNT-864dddb0ed7c412c8d4334d37b47ce1f) | $28.80 |
| Subtotal | $115.16 |
| Shipping | $0.00 |
| Total | **$115.16** |
| PayPal | $115.16 |

## Customer information

**Shipping address**

EmilyHarrison



United States

**Billing address**

EmilyJaquez

United States

**Shipping method**

Free Shipping

$0.00

**Payment method**

PayPal - $115.16

If you have any questions, reply to this email or contact us at support@24dzservice.com

3