# **<u>Exhibit H</u>**

## Emily Harrison

| | |
|---|---|
| **From:** | Emily Jaquez <ejharris2@gmail.com> |
| **Sent:** | Monday, November 2, 2020 5:15 PM |
| **To:** | Emily Harrison |
| **Subject:** | Fwd: You have authorized a payment to Yokawa Network Limited |

---------- Forwarded message ---------
From: **service@paypal.com** <service@paypal.com>
Date: Mon, Nov 2, 2020 at 5:08 PM
Subject: You have authorized a payment to Yokawa Network Limited
To: Emily Harrison <ejharris2@gmail.com>



Nov 2, 2020 14:07:29 PST
Transaction ID: 8C093107PJ544854M

**Hello Emily Harrison,**

**You authorized a transaction to Yokawa Network Limited. Money won't leave your account until Yokawa Network Limited processes your order.**

Thanks for using PayPal. To see the full transaction details, log in to your PayPal account. Keep in mind, it may take a few moments for this transaction to appear.

**Merchant**
Yokawa Network Limited
paypal@findushelps.com

**Instructions to merchant**
You haven't entered any instructions.

**Shipping address**
Emily Harrison
██████████████
New York, NY 10118
United States

 Pay in person touch-free with PayPal    Download The App

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| 1000000110556030 | $35.99 USD | 2 | $71.98 USD |
| 1000000110556030 | $35.99 USD | 2 | $71.98 USD |
| Discount | | | - $28.80 USD |

| | |
|---|---|
| **Subtotal** | $115.16 USD |
| **Total** | $115.16 USD |
| **Payment** | $115.16 USD |

Payment sent from [ejharris2@gmail.com](mailto:ejharris2@gmail.com)

The final payment amount may change when the merchant completes the order.

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at [www.paypal.com/help](http://www.paypal.com/help).

**ADDITIONAL INFORMATION**

PayPal, Inc., as the licensee, is liable for non-delivery or delayed delivery of your funds. PayPal, Inc. is licensed to receive and transmit money under New York law.

You have the right to cancel a transaction for a full refund unless your designated recipient has already received the payment. However, since most PayPal payments are received within seconds, you may not be able to cancel your payment for a full refund once the payment is made. To determine whether your payment is eligible for cancellation, log in to PayPal.com, select the transaction in your transaction details, and select Cancel, or call PayPal Customer Service at 888-221-1161. Disputes related to purchases are addressed in PayPal's User Agreement.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page or please contact us toll free at 1-888-221-1161.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

Copyright © 1999-2020 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPX001066:1.1:9e70e0a35b61f