# Exhibit I



SHOP   ORDER TRACKING   ABOUT US   FAQS   CONTACT US    



    
 

Hurry up! Sale Ends in                                        00:58:55.2

# New 2020 Dia De Muertos Collectible Beauty PINK Doll

~~$ 79.99 USD~~   $ 35.99 USD

Style

[ REGULAR PACKAGE ]

😍 BUY MORE SAVE MORE 😍

[ BUY 1 ]   BUY 2 SAVE $10

Quantity   —   1   +

[ ADD TO CART ]

[ BUY IT NOW ]

## FREQUENTLY BOUGHT TOGETHER

 +  + 

Total price :   ~~$ 179.96 USD~~   $ 81.97 USD

ADD ALL TO CART

☐ New 2020 Dia De Muertos Collectible Beauty PINK Doll

[Regular Package ▾]   [BUY 1 ▾]

~~$ 79.99 USD~~   $ 35.99 USD

☐ New 2020 Dia De Muertos Collectible Beauty Doll

[Regular Package ▾]   [BUY 1 ▾]

~~$ 79.99 USD~~   $ 35.99 USD

☐ Chicken Legs Socks🐔Christmas Socks Funny Gift🎁⊰50% OFF

[BLACK - OVER KNEE ▾]


🎁 LED Pruning tree...
R***O
recently purchased

1 PAIR

$ 19.98 USD   $ 9.99 USD





- Fast refund>>100% Money Back Guarantee.
- Handling time>> 🔥Free Express Shipping&Ship within 24 hours after payment🔥
- Worldwide Express Shipping
- More than 95% of customers choose to buy More than 2 Pcs!!

We celebrate Dia De Muertos 2020 with a second collectible doll inspired by the time-honored holiday. Dia De Muertos is a two-day holiday in early November when families gather to celebrate the lives of their departed loved ones. This colorful and lively event is filled with music, food, sweets, offerings and flowers. Beauty doll series honors the traditions, symbols, and rituals often seen throughout this time. It is a vision with her face painted in a captivating Calavera design. Her blush-colored lace dress is embellished with tiny pearlescent details and opens slightly to reveal a second layer embroidered with floral and skeleton accents. Golden highlights in her hair shimmer beneath a crown of skeleton hands holding roses and marigolds. May 2020 Beauty doll become a treasured tradition for your celebration. Includes doll, doll stand, and Certificate of Authenticity. Doll cannot stand alone. Colors and decorations may vary.

- Included with doll: Dress, Flower crown, Earrings, Shoes, Doll stand
- Eyelashes: Painted
- Fashion: blush-colored lace dress is embellished with tiny pearlescent details



🎁LED Pruning tree...

R***O
recently purchased

**Case 1:20-cv-11075-NRB   Document 24-5   Filed 01/11/21   Page 4 of 10**



- SHIPPING & DELIVERY

  We process orders between Monday and Friday. Orders will be processed within 7 business days of ordering and shipped out the next day after the processing day. All orders are shipped with a tracking number so you can track it every step of the way!



## OUR GUARANTEE

We truly believe we make some of the most innovative products in the world, and we want to make sure we back that up with a risk-free 90-day guarantee.

If you don't have a positive experience for ANY reason, we will do WHATEVER it takes to make sure you are 100% satisfied with your purchase.

Buying items online can be a daunting task, so we want you to realize that there are absolutely ZERO risks in buying something from our website and trying it out. If you don't like it, no hard feelings, we'll make it right.

We have 24/7/365 Ticket and Email Support. Please contact us if you need assistance.

**\* LIMITED stock, Click ADD TO CART before stock runs out! \***



RETURN & WARRANTY

- **100% Secure payment** with SSL Encryption.



 LED Pruning tree…

R\*\*\*O
recently purchased

- If you're not **100% satisfied**, let us know and we'll make it right.

SHIPPING POLICIES

- Orders ship within **5 to 10 business days**.
- **Tip:** Buying 2 products or more at the same time will save you quite a lot on shipping fees.

Share | Tweet | Pin it

## Who Bought This Also Bought

*Don't Like These?*



Elegant Red Christmas Wreath

$ 29.99  $39.99

Add To Cart



2020 Stink Stank Stunk Christmas Ornaments

BUY 1·GROUP A

$ 12.99  $19.99

Add To Cart



GALLERIE II Abercrombie Snowman Joe Spencer Gathered Traditions Art Doll Black

$ 35.99  $119.99

Add To Cart

Hallmark Keepsake Yoda Christmas Ornament 2020, Star Wars: The Mandalorian The Child in Hovering Pram

BUY1

$ 23.99

Add To Cart

## Customer Review

★★★★★ Based on 0 Reviews

| 5 ★ | (0) |
| 4 ★ | (0) |
| 3 ★ | (0) |
| 2 ★ | (0) |
| 1 ★ | (0) |

WRITE A REVIEW

Contact Us                Privacy Policy              © 2020,Goodmenow
FAQs                      Shipping policy
Terms of Service          Refund policy



🎁 LED Pruning tree...

R***O
recently purchased



SHOP   ORDER TRACKING   ABOUT US   FAQS   CONTACT US    





Hurry up! Sale Ends in          00:59:47.3

# New 2020 Dia De Muertos Collectible Beauty Doll

~~$ 79.99 USD~~   $ 35.99 USD

Style

| REGULAR PACKAGE |   PINK |

😎BUY MORE SAVE MORE😎

| BUY 1 |   BUY 2 SAVE $10 |

Quantity   —   1   +

ADD TO CART

BUY IT NOW

## FREQUENTLY BOUGHT TOGETHER



Total price :   ~~$ 179.96 USD~~   $ 81.97 USD

ADD ALL TO CART

☐ New 2020 Dia De Muertos Collectible Beauty Doll

Regular Package ▾   BUY 1 ▾

~~$ 79.99 USD~~   $ 35.99 USD

☐ New 2020 Dia De Muertos Collectible Beauty PINK Doll

Regular Package ▾   BUY 1 ▾

~~$ 79.99 USD~~   $ 35.99 USD

☐ Chicken Legs Socks🧦Christmas Socks Funny Gift🎁≤50% OFF

BLACK - OVER KNEE ▾







🎁LED Pruning tree…

R***O
recently purchased

1 PAIR

$ 19.98 USD   $ 9.99 USD



- Fast refund>>100% Money Back Guarantee.
- Handling time>> 🔥Free Express Shipping&Ship within 24 hours after payment🔥
- Worldwide Express Shipping
- More than 95% of customers choose to buy More than 2 Pcs!!



## We plan to sell 1000 sets, until now, we have sold 500 sets. Time is limited, first come first served!!!

- We honor the traditions and symbols of Dia De Muertos with a highly-detailed, collectible doll inspired by the holiday.
- Dia De Muertos is a holiday in early November when families gather to celebrate their departed loved ones with music, food, sweets, offerings and flowers.
- Dia De Muertos doll wears a long, ruffled, embroidered dress embellished with heart and butterfly details.
- Beauty doll's face is painted in a traditional skull mask, and she wears a crown with monarch butterflies and bright marigolds.
- Specially designed packaging makes this Beauty Dia De Muertos doll perfect for displays and gifting.
- May Beauty Dia De Muertos doll become a treasured tradition for your celebration. Includes doll stand. and Certificate of Authenticity.



🎁 LED Pruning tree...

R***O
recently purchased





**SHIPPING & DELIVERY**

We process orders between Monday and Friday. Orders will be processed within 7 business days of ordering and shipped out the next day after the processing day. All orders are shipped with a tracking number so you can track it every step of the way!



## OUR GUARANTEE

We truly believe we make some of the most innovative products in the world, and we want to make sure we back that up with a risk-free 90-day guarantee.

If you don't have a positive experience for ANY reason, we will do WHATEVER it takes to make sure you are 100% satisfied with your purchase.

Buying items online can be a daunting task, so we want you to realize that there is absolutely ZERO risks in buying something from our website and trying it out. If you don't like it, no hard feelings, we'll make it right.

We have 24/7/365 Ticket and Email Support. Please contact us if you need assistance.



🎁 LED Pruning tree…

R***O
recently purchased

\* LIMITED stock, Click ADD TO CART before stock runs out! \*

  

**RETURN & WARRANTY**

- **100% Secure payment** with SSL Encryption.
- If you're not **100% satisfied**, let us know and we'll make it right.

**SHIPPING POLICIES**

- Orders ship within **5 to 10 business days**.
- **Tip:** Buying 2 products or more at the same time will save you quite a lot on shipping fees.

Share   Tweet   Pin it

## Who Bought This Also Bought

*Don't Like These?*

  

2020 Christmas Ornaments Snoopy Charlie Brown Peanuts

BUY1

$ 12.99

Add To Cart

Woodland Santa on Snow Shoes (Buy 2 Free Shipping)

White santa

$ 29.99   $49.99

Add To Cart

Elegant Red Christmas Wreath

$ 29.99   $39.99

Add To Cart

GALLERIE II Abercrombie Snowman Joe Spencer Gathered Traditions Art Doll Black

$ 35.99   $119.99

Add To Cart

## Customer Review

 Based on 0 Reviews

| 5 ★ | (0) |
| 4 ★ | (0) |
| 3 ★ | (0) |
| 2 ★ | (0) |
| 1 ★ | (0) |

WRITE A REVIEW



🎁 LED Pruning tree...

R***O
recently purchased

Privacy Policy

Shipping policy

Refund policy

FAQs

Terms of Service

© 2020,Goodmenow





🎁 LED Pruning tree...

R***O
recently purchased