# **Exhibit K**

❤FREE SHIPPING OVER $39❤

LOG IN     CART (0)



2020 HOT SALE     CHRISTMAS     JEWELRY     LIPSTICK     BEAUTY AND HEALTH     HOUSEHOLD PRODUCTS

STATIONERY & TOYS     BEAUTY AND HEALTH

# NEW 2020 BARBIE DIA DE MUERTOS COLLECTIBLE DOLL (BIG SALE🔥)



To celebrate the arrival of *Mexico's Day of the Dead*, we decided to cut the price by $44 again, from $79.99 to $35.99 🎊 🎊

Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers, please identify our products!



11/11/2020 New 2020 Barbie Dia De Muertos Collectible Doll （Big Sale？）

Case 1:20-cv-11075-NRB   Document 24-7   Filed 01/11/21   Page 3 of 11

**BUY 2 GET 20% OFF （CODE: OFF20）**



**We plan to sell 1000 sets, until now, we have sold 500 sets. Time is limited, first come first served!!!**

- We honor the traditions and symbols of Dia De Muertos with a highly-detailed, collectible doll inspired by the holiday.
- Dia De Muertos is a holiday in early November when families gather to celebrate their departed loved ones with music, food, sweets, offerings and flowers.
- Dia De Muertos doll wears a long, ruffled, embroidered dress embellished with heart and butterfly details.
- Beauty doll's face is painted in a traditional skull mask, and she wears a crown with monarch butterflies and bright marigolds.
- Specially designed packaging makes this Barbie Dia De Muertos doll perfect for displays and gifting.
- May Barbie Dia De Muertos doll become a treasured tradition for your celebration.
Includes doll stand. and Certificate of Authenticity.



11/11/2020                                    New 2020 Barbie Dia De Muertos Collectible Doll  (Big Sale!)

Case 1:20-cv-11075-NRB   Document 24-7   Filed 01/11/21   Page 5 of 11





SHIPPING & DELIVERY
We process orders between Monday and Friday. Orders will be processed within 7 business days of ordering and shipped out the next day after the processing day. All orders are shipped with a tracking number so you can track it every step of the way!



OUR GUARANTEE

We truly believe we make some of the most innovative products in the world, and we want to make sure we back that up with a risk-free 90-day guarantee.

If you don't have a positive experience for ANY reason, we will do WHATEVER it takes to make sure you are 100% satisfied with your purchase.

Buying items online can be a daunting task, so we want you to realize that there is absolutely ZERO risks in buying something from our website and trying it out. If you don't like it, no hard feelings, we'll make it right.

We have 24/7/365 Ticket and Email Support. Please contact us if you need assistance.

*LIMITED stock, Click ADD TO CART before stock runs out! *



# YOU MIGHT ALSO LIKE

*Don't Like These?*



$ 19.99



$ 19.99



$ 16.99



$ 13.99   $26.99

▶

## POLICIES

ABOUT US

CONTACT US

FAQ

RETURN POLICY

PRIVACY POLICY

TERMS OF SERVICE

SHIPPING & DELIVERY

© 2020, meetgoodtimes

❤FREE SHIPPING OVER $39❤

LOG IN        CART (0)


MEETGOODTIMES

2020 HOT SALE     CHRISTMAS     JEWELRY     LIPSTICK     BEAUTY AND HEALTH     HOUSEHOLD PRODUCTS

STATIONERY & TOYS     BEAUTY AND HEALTH

# NEW 2020 BARBIE DIA DE MUERTOS COLLECTIBLE DOLL (BIG SALE🔥)



To celebrate the arrival of *Mexico's Day of the Dead*,we decided to cut the price by $44 again, from $79.99 to $35.99🎎🎎

Our goods are authentic, with genuine patents, counterfeit must be investigated! Customers, please identify our products!



**BUY 2 GET 20% OFF (CODE: OFF20)**



**We plan to sell 1000 sets, until now, we have sold 500 sets. Time is limited, first come first served!!!**

- We honor the traditions and symbols of Dia De Muertos with a highly-detailed, collectible doll inspired by the holiday.
- Dia De Muertos is a holiday in early November when families gather to celebrate their departed loved ones with music, food, sweets, offerings and flowers.
- Dia De Muertos doll wears a long, ruffled, embroidered dress embellished with heart and butterfly details.
- Beauty doll's face is painted in a traditional skull mask, and she wears a crown with monarch butterflies and bright marigolds.
- Specially designed packaging makes this Barbie Dia De Muertos doll perfect for displays and gifting.
- May Barbie Dia De Muertos doll become a treasured tradition for your celebration. Includes doll stand. and Certificate of Authenticity.







### SHIPPING & DELIVERY

We process orders between Monday and Friday. Orders will be processed within 7 business days of ordering and shipped out the next day after the processing day. All orders are shipped with a tracking number so you can track it every step of the way!



### OUR GUARANTEE

We truly believe we make some of the most innovative products in the world, and we want to make sure we back that up with a risk-free 90-day guarantee.

If you don't have a positive experience for ANY reason, we will do WHATEVER it takes to make sure you are 100% satisfied with your purchase.

Buying items online can be a daunting task, so we want you to realize that there is absolutely ZERO risks in buying something from our website and trying it out. If you don't like it, no hard feelings, we'll make it right.

We have 24/7/365 Ticket and Email Support. Please contact us if you need assistance.

*\* LIMITED stock, Click ADD TO CART before stock runs out! \**



## YOU MIGHT ALSO LIKE

*Don't Like These?*



$ 19.99



$ 19.99



$ 16.99



$ 13.99  $26.99

▶

POLICIES

ABOUT US

CONTACT US

FAQ

RETURN POLICY

PRIVACY POLICY

TERMS OF SERVICE

SHIPPING & DELIVERY

© 2020, meetgoodtimes