# **Exhibit L**

❤FREE SHIPPING OVER $39❤

LOG IN   CART (0)



2020 HOT SALE   CHRISTMAS   JEWELRY   LIPSTICK   BEAUTY AND HEALTH   HOUSEHOLD PRODUCTS

STATIONERY & TOYS   BEAUTY AND HEALTH

# PRIVACY POLICY

**What do we do with your information?**

When you purchase something from our store, as part of the buying and selling process, we collect the personal information you give us such as your name, address and email address.

When you browse our store, we also automatically receive your computer's internet protocol (IP) address in order to provide us with information that helps us learn about your browser and operating system.

**Email Marketing**

With your permission, we may send you emails about our store, new products, and other updates.

**Consent**

When you provide us with personal information to complete a transaction, verify your credit card, place an order, arrange for a delivery or return a purchase, we imply that you consent to our collecting it and using it for that specific reason only.

If we ask for your personal information for a secondary reason, like marketing, we will either ask you directly for your expressed consent or provide you with an opportunity to say no.

**How do I withdraw my consent?**

If after you opt-in, you change your mind, you may withdraw your consent for us to contact you, for the continued collection, use or disclosure of your information, at any time, by contacting us at support@24dzservice.com

**Disclosure**

We may disclose your personal information if we are required by law to do so or if you violate our Terms of Service.

**Shopify**

Our store is hosted on Shopify, Inc. They provide us with the online e-commerce platform that allows us to sell our products and services to you.

Your data is stored in Shopify's data storage, databases, and the general Shopify application. They store your data on a secure server behind a firewall.

**Payment**

If you choose a direct payment gateway to complete your purchase, then Shopify stores your credit card data. It is encrypted through the Payment Card Industry Data Security Standard (PCI-DSS). Your purchase transaction data is stored only as long as is necessary to complete your purchase transaction. After that is complete, your purchase transaction information is deleted.

All direct payment gateways adhere to the standards set by PCI-DSS as managed by the PCI Security Standards Council, which is a joint effort of brands like Visa, Mastercard, American Express and Discover.

PCI-DSS requirements help ensure the secure handling of credit card information by our store and its service providers.

**Third-Party Services**

In general, the third-party providers used by us will only collect, use and disclose your information to the extent necessary to allow them to perform the services they provide to us.

However, certain third-party service providers, such as payment gateways and other payment transaction processors, have their own privacy policies in respect to the information we are required to provide to them for your purchase-related transactions.

For these providers, we recommend that you read their privacy policies so you can understand the manner in which your personal information will be handled by these providers.

In particular, remember that certain providers may be located in or have facilities that are located a different jurisdiction than either you or us. So if you elect to proceed with a transaction that involves the services of a third-party service provider, then your information may become subject to the laws of the jurisdiction(s) in which that service provider or its facilities are located.

As an example, if you are located in Canada and your transaction is processed by a payment gateway located in the United States, then your personal information used in completing that transaction may be subject to disclosure under United States legislation, including the Patriot Act.

Once you leave our store's website or are redirected to a third-party website or application, you are no longer governed by this Privacy Policy or our website's Terms of Service.

Links

When you click on links on our store, they may direct you away from our site. We are not responsible for the privacy practices of other sites and encourage you to read their privacy statements.

Google Analytics

Our store uses Google Analytics to help us learn about who visits our site and what pages are being looked at.

Security

To protect your personal information, we take reasonable precautions and follow industry best practices to make sure it is not inappropriately lost, misused, accessed, disclosed, altered or destroyed.

If you provide us with your credit card information, the information is encrypted using secure socket layer technology (SSL) and stored with a AES-256 encryption. Although no method of transmission over the Internet or electronic storage is 100% secure, we follow all PCI-DSS requirements and implement additional generally accepted industry standards.

Age of Consent

By using this site, you represent that you are at least the age of majority in your state or province of residence, or that you are the age of majority in your state or province of residence and you have given us your consent to allow any of your minor dependents to use this site.

Changes to This Privacy Policy

We reserve the right to modify this privacy policy at any time, so please review it frequently. Changes and clarifications will take effect immediately upon their posting on the website. If we make material changes to this policy, we will notify you here that it has been updated, so that you are aware of what information we collect, how we use it, and under what circumstances, if any, we use and/or disclose it.

If our store is acquired or merged with another company, your information may be transferred to the new owners so that we may continue to sell products to you.

POLICIES

ABOUT US

CONTACT US

FAQ

RETURN POLICY

PRIVACY POLICY

TERMS OF SERVICE

SHIPPING & DELIVERY

© 2020, meetgoodtimes

❤FREE SHIPPING OVER $39❤

LOG IN  CART (0)



2020 HOT SALE   CHRISTMAS   JEWELRY  LIPSTICK   BEAUTY AND HEALTH   HOUSEHOLD PRODUCTS

STATIONERY & TOYS   BEAUTY AND HEALTH

# RETURN POLICY

**FREE SHIPPING ITEMS**

For customers that have chosen our FREE SHIPPING (Without Tracking) option, please bear in mind that we will only provide you with our Proof of Shipping. You will NOT be able to track your order's whereabout after that, the risk of the product not arriving your doorstep is there. If after 60 days, you still haven't received your order, we will escalate the matter to our tier 2 support team and refund your money, no questions asked.

If your order is over $75, we HIGHLY RECOMMEND you to choose our STANDARD SHIPPING (With Tracking) option, so that you will be able to track your order at all times, until it arrives your doorstep.

**HOW DO I RETURN AN ITEM?**

If you are not happy with your purchase and wish to return an item, please contact us within 45 days from receiving your order.

Please provide your order number as well as the reason for your return. Our customer service team will review the return request and will send further instructions if the return is approved.

Only items purchased directly from meetgoodtimes.com will be accepted. For products purchased from authorized retailers, please get in touch with them directly for returns.

Returned items must be in original packaging, including any accessories, manuals, and documentation.

Returned items must be unused, in the same condition that we sent it to you, and in their original packaging. Stains, folded cards, broken seals/ plastic foiling broken will not be accepted. If the condition of the product shipped back to us is not in the acceptable condition we reserve the right to not refund or exchange. Products that have been personalized cannot be refunded or exchanged.

Non-returnable items include items purchased through retailers, incorrect products purchased, and damaged products through customer mishandling.

Returns made without a receipt may be refused. Meetgoodtimes reserves the right to deny any return.

**WHAT IF THE ITEM(S) I RECEIVED ARE DEFECTIVE/INCORRECT/DAMAGED?**

**Did you receive a faulty unit or the wrong product? Simply not satisfied with your order?**

Please contact our Customer Support team to start the return process. Please include the following information:

Order number

Proof of purchase

Video or photo of the faulty product (if applicable)

Complete delivery address

Contact telephone number

In some cases, you may be required to include a video or photo of the defective product for proof in order to refund or replace the product.

**HOW LONG IS THE RETURNS PROCESS?**

Processing returns may take up to 14 business days from the day we receive your return. We will email you to confirm once your return has been processed.

For returned items, a full refund will be credited for defective products. For non-defective items, refund excludes all shipping and handling fees.

**WHEN WILL I RECEIVE MY REFUND?**

All refunds will be credited to your original form of payment. If you paid by credit or debit card, refunds will be sent to the card-issuing bank within 14 business days of receipt of the returned item or cancellation request. Please contact the card-issuing bank with questions about when the credit will be posted to your account.

If you haven't received a credit for your return yet, here's what to do:

Contact the bank/credit card company. It may take some time before the refund is posted to your account.

#### HOW DO I CHANGE OR CANCEL MY ORDER?

Please contact us as soon as possible if you need to modify or cancel your order. Make sure to provide your order number and the modification you would like to make and we'll confirm once the modification has been made.

Any cancellation made after an order has been placed will be subject to a cancellation fee of 30% of the Total Price regardless of the time the order has been placed (even if it is just a second later) as the merchant processor/credit card charges us a fee for cancellations.

Please note that any orders that have already been packed or shipped cannot be canceled.

### POLICIES

ABOUT US

CONTACT US

FAQ

RETURN POLICY

PRIVACY POLICY

TERMS OF SERVICE

SHIPPING & DELIVERY

© 2020, meetgoodtimes


❤FREE SHIPPING OVER $39❤

LOG IN    CART (0)



2020 HOT SALE    CHRISTMAS    JEWELRY    LIPSTICK    BEAUTY AND HEALTH    HOUSEHOLD PRODUCTS

STATIONERY & TOYS    BEAUTY AND HEALTH

# SHIPPING & DELIVERY

**WHEN WILL MY ORDER BE PROCESSED?**

We want to make sure you get your items as quickly as possible. When ordering please make sure you select the correct model and color because we cannot modify your orders. Modifications or cancellations cannot be made once the order is in the system.

Orders will be processed within 2-5 business days of ordering and be shipped the next day after the processing day.

All orders are handled and shipped out from our warehouse in China. Please allow extra time for your order to be processed during holidays and sale seasons.

**SHIPPING CONFIRMATION**

A shipping confirmation is emailed to you as soon as your purchase has been shipped, which will allow you to track the status of your shipment. Shipping costs are dependent upon the weight of the package and delivery location. Customers are responsible for customs duties and taxes for all International orders.

**TRACKING**

As the receiver it will be your sole responsibility to track your order and submit necessary requirements to the customs or courier otherwise if the order has been tagged as return to sender or unsuccessful delivery due to the receiver not being able to follow-up or have not submitted the necessary requirements or notification to the courier, we are not able to process any refund or replacement for free and you may need to place the order again.

**DELIVERY**

Your local customs office may require additional documents and time to clear your package, which may delay the estimated delivery time.

Your order may be delivered to you by either the local post office or a local courier. Depending on your area, most orders will be delivered by your local post service, so the package will be received with your regular mail. If you are not home when the delivery is made, a notice card may be left by the postal service to advise on how and where your delivery can be collected.

**TAXES & DUTIES**

Import taxes, duties and related customs fees may be charged once the parcel arrives at the destination country. These charges are determined by the customs office of the specific destination.

Payment of these charges and taxes is the responsibility of the recipient and will not be covered by us here at meetgoodtimes.com. For further details of charges, please contact your local customs office.

**CUSTOMS & REGULATIONS**

You are responsible for checking your local postal regulations for restricted items, as we cannot be held liable for any items that are not accepted into the specific country.

**FOREIGN TRANSACTION FEES**

If your credit card account is in a currency other than US Dollars, you may be charged at a different exchange rate than what is quoted on our website. You may also be subject to a foreign currency transaction fee. These fees are determined by your bank's pricing and transaction fee policies. We are not responsible for the exchange rate of any charges your bank or issuing credit card company may charge you. For further details of foreign transaction fees, please contact your bank.

Our store prices are shown in your local currency, but in USD when you checkout. All transactions will be handled in USD through Paypal or Stripe at the checkout page.

**CANCELLATION/CHANGES**

If you need to change or cancel your order, please contact us immediately. We process and ship orders quickly (we're fast!). Once our warehouse has processed your order, we will be unable to make any changes.

Please note that any orders that have already been packed or shipped cannot be canceled.

POLICIES

ABOUT US

CONTACT US

FAQ

RETURN POLICY

PRIVACY POLICY

TERMS OF SERVICE

SHIPPING & DELIVERY

© 2020, meetgoodtimes

LOG IN   CART (0)



2020 HOT SALE   CHRISTMAS   JEWELRY   LIPSTICK   BEAUTY AND HEALTH   HOUSEHOLD PRODUCTS

STATIONERY & TOYS   BEAUTY AND HEALTH

# TERMS OF SERVICE

### Overview

This website is operated by meetgoodtimes. Throughout the site, the terms "we", "us" and "our" refer to meetgoodtimes. meetgoodtimes offers this website, including all information, tools, and services available from this site to you, the user, conditioned upon your acceptance of all terms, conditions, policies and notices stated here.

By visiting our site and/ or purchasing something from us, you engage in our "Service" and agree to be bound by the following terms and conditions ("Terms of Service", "Terms"), including those additional terms and conditions and policies referenced herein and/or available by hyperlink. These Terms of Service apply to all users of the site, including without limitation users who are browsers, vendors, customers, merchants, and/ or contributors of content.

Please read these Terms of Service carefully before accessing or using our website. By accessing or using any part of the site, you agree to be bound by these Terms of Service. If you do not agree to all the terms and conditions of this agreement, then you may not access the website or use any services. If these Terms of Service are considered an offer, acceptance is expressly limited to these Terms of Service.

Any new features or tools which are added to the current store shall also be subject to the Terms of Service. You can review the most current version of the Terms of Service at any time on this page. We reserve the right to update, change or replace any part of these Terms of Service by posting updates and/or changes to our website. It is your responsibility to check this page periodically for changes. Your continued use of or access to the website following the posting of any changes constitutes acceptance of those changes.

Our store is hosted by Shopify Inc. They provide us with the online e-commerce platform that allows us to sell our products and services to you.

### Online Store Terms

By agreeing to these Terms of Service, you represent that you are at least the age of majority in your state or province of residence, or that you are the age of majority in your state or province of residence and you have given us your consent to allow any of your minor dependents to use this site.

You may not use our products for any illegal or unauthorized purpose nor may you, in the use of the Service, violate any laws in your jurisdiction (including but not limited to copyright laws).

You must not transmit any worms or viruses or any code of a destructive nature.

A breach or violation of any of the Terms will result in an immediate termination of your Services.

### General Conditions

We reserve the right to refuse service to anyone for any reason at any time.

You understand that your content (not including credit card information), may be transferred unencrypted and involve (a) transmissions over various networks; and (b) changes to conform and adapt to technical requirements of connecting networks or devices. Credit card information is always encrypted during transfer over networks.

You agree not to reproduce, duplicate, copy, sell, resell or exploit any portion of the Service, use of the Service, or access to the Service or any contact on the website through which the service is provided, without express written permission by us.

The headings used in this agreement are included for convenience only and will not limit or otherwise affect these Terms.

### Accuracy, Completeness and Timeliness of Information

We are not responsible if information made available on this site is not accurate, complete or current. The material on this site is provided for general information only and should not be relied upon or used as the sole basis for making decisions without consulting primary, more accurate, more complete or more timely sources of information. Any reliance on the material on this site is at your own risk.

This site may contain certain historical information. Historical information, necessarily, is not current and is provided for your reference only. We reserve the right to modify the contents of this site at any time, but we have no obligation to update any information on our site. You agree that it is your responsibility to monitor changes to our site.

### Modifications to the Service and Pricing

Prices for our products are subject to change without notice.

We reserve the right at any time to modify or discontinue the Service (or any part or content thereof) without notice at any time.

LOG IN   CART (0)

 

2020 HOT SALE   CHRISTMAS   JEWELRY   LIPSTICK   BEAUTY AND HEALTH   HOUSEHOLD PRODUCTS

STATIONERY & TOYS   BEAUTY AND HEALTH

any color will be accurate.

We reserve the right but are not obligated, to limit the sales of our products or Services to any person, geographic region or jurisdiction. We may exercise this right on a case-by-case basis. We reserve the right to limit the quantities of any products or services that we offer. All descriptions of products or product pricing are subject to change at anytime without notice, at the sole discretion of us. We reserve the right to discontinue any product at any time. Any offer for any product or service made on this site is void where prohibited.

We do not warrant that the quality of any products, services, information, or other material purchased or obtained by you will meet your expectations, or that any errors in the Service will be corrected.

#### Accuracy of Billing and Account Information

We reserve the right to refuse any order you place with us. We may, in our sole discretion, limit or cancel quantities purchased per person, per household or per order. These restrictions may include orders placed by or under the same customer account, the same credit card, and/or orders that use the same billing and/or shipping address. In the event that we make a change to or cancel an order, we may attempt to notify you by contacting the e‑mail and/or billing address/phone number provided at the time the order was made. We reserve the right to limit or prohibit orders that, in our sole judgment, appear to be placed by dealers, resellers or distributors.

You agree to provide current, complete and accurate purchase and account information for all purchases made at our store. You agree to promptly update your account and other information, including your email address and credit card numbers and expiration dates so that we can complete your transactions and contact you as needed.

#### Optional Tools

We may provide you with access to third-party tools over which we neither monitor nor have any control nor input.

You acknowledge and agree that we provide access to such tools "as is" and "as available" without any warranties, representations or conditions of any kind and without any endorsement. We shall have no liability whatsoever arising from or relating to your use of optional third-party tools.

Any use by you of optional tools offered through the site is entirely at your own risk and discretion and you should ensure that you are familiar with and approve of the terms on which tools are provided by the relevant third-party provider(s).

We may also, in the future, offer new services and/or features through the website (including, the release of new tools and resources). Such new features and/or services shall also be subject to these Terms of Service.

#### Third-Party Links

Certain content, products and services available via our Service may include materials from third-parties.

Third-party links on this site may direct you to third-party websites that are not affiliated with us. We are not responsible for examining or evaluating the content or accuracy and we do not warrant and will not have any liability or responsibility for any third-party materials or websites, or for any other materials, products, or services of third-parties. We are not liable for any harm or damages related to the purchase or use of goods, services, resources, content, or any other transactions made in connection with any third-party websites. Please review carefully the third-party's policies and practices and make sure you understand them before you engage in any transaction. Complaints, claims, concerns, or questions regarding third-party products should be directed to the third-party.

#### User Comments, Feedback and Other Submissions

If, at our request, you send certain specific submissions (for example contest entries) or without a request from us you send creative ideas, suggestions, proposals, plans, or other materials, whether online, by email, by postal mail, or otherwise (collectively, 'comments'), you agree that we may, at any time, without restriction, edit, copy, publish, distribute, translate and otherwise use in any medium any comments that you forward to us. We are and shall be under no obligation (1) to maintain any comments in confidence; (2) to pay compensation for any comments; or (3) to respond to any comments.

We may, but have no obligation to, monitor, edit or remove content that we determine in our sole discretion are unlawful, offensive, threatening, libelous, defamatory, pornographic, obscene or otherwise objectionable or violates any party's intellectual property or these Terms of Service.

You agree that your comments will not violate any right of any third-party, including copyright, trademark, privacy, personality or other personal or proprietary right. You further agree that your comments will not contain libelous or otherwise unlawful, abusive or obscene material, or contain any computer virus or other malware that could in any way affect the operation of the Service or any related website. You may not use a false e‑mail address, pretend to be someone other than yourself, or otherwise mislead us or third-parties as to the origin of any comments. You are solely responsible for any comments you make and their accuracy. We take no responsibility and assume no liability for any comments posted by you or any third-party.



(including after you have submitted your order).

We undertake no obligation to update, amend or clarify information in the Service or on any related website, including without limitation, pricing information, except as required by law. No specified update or refresh date applied in the Service or on any related website, should be taken to indicate that all information in the Service or on any related website has been modified or updated.

### Prohibited Uses

In addition to other prohibitions as set forth in the Terms of Service, you are prohibited from using the site or its content: (a) for any unlawful purpose; (b) to solicit others to perform or participate in any unlawful acts; (c) to violate any international, federal, provincial or state regulations, rules, laws, or local ordinances; (d) to infringe upon or violate our intellectual property rights or the intellectual property rights of others; (e) to harass, abuse, insult, harm, defame, slander, disparage, intimidate, or discriminate based on gender, sexual orientation, religion, ethnicity, race, age, national origin, or disability; (f) to submit false or misleading information; (g) to upload or transmit viruses or any other type of malicious code that will or may be used in any way that will affect the functionality or operation of the Service or of any related website, other websites, or the Internet; (h) to collect or track the personal information of others; (i) to spam, phish, pharm, pretext, spider, crawl, or scrape; (j) for any obscene or immoral purpose; or (k) to interfere with or circumvent the security features of the Service or any related website, other websites, or the Internet. We reserve the right to terminate your use of the Service or any related website for violating any of the prohibited uses.

### Disclaimer of Warranties; Limitation of Liability

We do not guarantee, represent or warrant that your use of our service will be uninterrupted, timely, secure or error-free.

We do not warrant that the results that may be obtained from the use of the service will be accurate or reliable.

You agree that from time to time we may remove the service for indefinite periods of time or cancel the service at any time, without notice to you.

You expressly agree that your use of, or inability to use, the service is at your sole risk. The service and all products and services delivered to you through the service are (except as expressly stated by us) provided 'as is' and 'as available' for your use, without any representation, warranties or conditions of any kind, either express or implied, including all implied warranties or conditions of merchantability, merchantable quality, fitness for a particular purpose, durability, title, and non-infringement.

In no case shall meetgoodtimes, our directors, officers, employees, affiliates, agents, contractors, interns, suppliers, service providers or licensors be liable for any injury, loss, claim, or any direct, indirect, incidental, punitive, special, or consequential damages of any kind, including, without limitation lost profits, lost revenue, lost savings, loss of data, replacement costs, or any similar damages, whether based in contract, tort (including negligence), strict liability or otherwise, arising from your use of any of the service or any products procured using the service, or for any other claim related in any way to your use of the service or any product, including, but not limited to, any errors or omissions in any content, or any loss or damage of any kind incurred as a result of the use of the service or any content (or product) posted, transmitted, or otherwise made available via the service, even if advised of their possibility. Because some states or jurisdictions do not allow the exclusion or the limitation of liability for consequential or incidental damages, in such states or jurisdictions, our liability shall be limited to the maximum extent permitted by law.

### Indemnification

You agree to indemnify, defend and hold harmless meetgoodtimes and our parent, subsidiaries, affiliates, partners, officers, directors, agents, contractors, licensors, service providers, subcontractors, suppliers, interns and employees, harmless from any claim or demand, including reasonable attorneys' fees, made by any third-party due to or arising out of your breach of these Terms of Service or the documents they incorporate by reference, or your violation of any law or the rights of a third-party.

### Severability

In the event that any provision of these Terms of Service is determined to be unlawful, void or unenforceable, such provision shall nonetheless be enforceable to the fullest extent permitted by applicable law, and the unenforceable portion shall be deemed to be severed from these Terms of Service, such determination shall not affect the validity and enforceability of any other remaining provisions.

### Termination

The obligations and liabilities of the parties incurred prior to the termination date shall survive the termination of this agreement for all purposes.

These Terms of Service are effective unless and until terminated by either you or us. You may terminate these Terms of Service at any time by notifying us that you no longer wish to use our Services, or when you cease using our site.





to The Service constitutes the entire agreement and understanding between you and us and govern your use of the Service, superseding any prior or contemporaneous agreements, communications and proposals, whether oral or written, between you and us (including, but not limited to, any prior versions of the Terms of Service).

Any ambiguities in the interpretation of these Terms of Service shall not be construed against the drafting party.

### Governing Law

These Terms of Service and any separate agreements whereby we provide you Services shall be governed by and construed in accordance with the laws of New Jersey.

### Changes to Terms of Service

You can review the most current version of the Terms of Service at any time at this page.

We reserve the right, at our sole discretion, to update, change or replace any part of these Terms of Service by posting updates and changes to our website. It is your responsibility to check our website periodically for changes. Your continued use of or access to our website or the Service following the posting of any changes to these Terms of Service constitutes acceptance of those changes.

### Contact Information

Questions about the Terms of Service should be sent to support@24dzservice.com

### POLICIES

ABOUT US

CONTACT US

FAQ

RETURN POLICY

PRIVACY POLICY

TERMS OF SERVICE

SHIPPING & DELIVERY

© 2020, meetgoodtimes