# Exhibit M

English

ICANN | LOOKUP (/) 

# Domain Name Registration Data Lookup

Enter a domain name

Frequently Asked Questions (FAQ) (/faq)

feelitnice.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the Domain Name Registration Data Lookup Terms of Use.

## Domain Information

**Name:** FEELITNICE.COM

**Registry Domain ID:** 2548487497_DOMAIN_COM-VRSN

**Domain Status:**
active

**Nameservers:**
DNS23.HICHINA.COM
DNS24.HICHINA.COM

## Dates

**Registry Expiration:** 2021-07-25 09:28:52 UTC

**Created:** 2020-07-25 09:28:52 UTC

## Registrar Information

**Name:** Alibaba Cloud Computing (Beijing) Co., Ltd.

**IANA ID:** 420

**Abuse contact email:** DomainAbuse@service.aliyun.com

**Abuse contact phone:** tel:+86.95187

### A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies) ✕ Ok

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/feelitnice.com (https://rdap.verisign.com/com/v1/domain/feelitnice.com)

**Last updated from Registry RDAP DB:** 2020-12-21 06:31:56 UTC

**Registrar Server URL:** https://whois.aliyun.com/rdap/domain/FEELITNICE.COM (https://whois.aliyun.com/rdap/domain/FEELITNICE.COM)



Youtube (http://www.youtube.com/icannnews)

Twitter (https://www.twitter.com/icann)

Linkedin (https://www.linkedin.com/company/icann)

Flickr (http://www.flickr.com/photos/icann)

Facebook (http://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies Policy (https://www.icann.org/privacy/cookies)

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)  ✕ Ok

English

# ICANN|LOOKUP(/) 

# Domain Name Registration Data Lookup

Enter a domain name

Frequently Asked Questions (FAQ) (/faq)

goodmenow.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the Domain Name Registration Data Lookup Terms of Use.

## Domain Information

**Name:** GOODMENOW.COM

**Registry Domain ID:** 2548487521_DOMAIN_COM-VRSN

**Domain Status:**
active

**Nameservers:**
DNS17.HICHINA.COM
DNS18.HICHINA.COM

## Dates

**Registry Expiration:** 2021-07-25 09:28:54 UTC

**Created:** 2020-07-25 09:28:54 UTC

## Registrar Information

**Name:** Alibaba Cloud Computing (Beijing) Co., Ltd.

**IANA ID:** 420

**Abuse contact email:** DomainAbuse@service.aliyun.com

**Abuse contact phone:** tel:+86.95187

### A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies) ✕ Ok

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/goodmenow.com (https://rdap.verisign.com/com/v1/domain/goodmenow.com)

**Last updated from Registry RDAP DB:** 2020-12-21 06:31:56 UTC

**Registrar Server URL:** https://whois.aliyun.com/rdap/domain/GOODMENOW.COM (https://whois.aliyun.com/rdap/domain/GOODMENOW.COM)



Youtube
(http://www.youtube.com/icannnews)

Twitter
(https://www.twitter.com/icann)

Linkedin
(https://www.linkedin.com/company/icann)

Flickr
(http://www.flickr.com/photos/icann)

Facebook
(http://www.facebook.com/icannorg)

Newletters
(https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki
(https://community.icann.org/)

ICANN Blog
(https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies Policy (https://www.icann.org/privacy/cookies)

### A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)  ✕ Ok

English

ICANN|LOOKUP(/) 

# Domain Name Registration Data Lookup

Enter a domain name

Frequently Asked Questions (FAQ) (/faq)

meetgoodtimes.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the Domain Name Registration Data Lookup Terms of Use.

## Domain Information

**Name:** MEETGOODTIMES.COM

**Registry Domain ID:** 2547534063_DOMAIN_COM-VRSN

**Domain Status:**
active

**Nameservers:**
DNS23.HICHINA.COM
DNS24.HICHINA.COM

## Dates

**Registry Expiration:** 2021-07-21 10:03:44 UTC

**Created:** 2020-07-21 10:03:44 UTC

## Registrar Information

**Name:** Alibaba Cloud Computing (Beijing) Co., Ltd.

**IANA ID:** 420

**Abuse contact email:** DomainAbuse@service.aliyun.com

**Abuse contact phone:** tel:+86.95187

### A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies) ✕ Ok

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/meetgoodtimes.com (https://rdap.verisign.com/com/v1/domain/meetgoodtimes.com)

**Last updated from Registry RDAP DB:** 2020-12-21 06:31:56 UTC

**Registrar Server URL:** https://whois.aliyun.com/rdap/domain/MEETGOODTIMES.COM (https://whois.aliyun.com/rdap/domain/MEETGOODTIMES.COM)



Youtube (http://www.youtube.com/icannnews)

Twitter (https://www.twitter.com/icann)

Linkedin (https://www.linkedin.com/company/icann)

Flickr (http://www.flickr.com/photos/icann)

Facebook (http://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)   Terms of Service (https://www.icann.org/privacy/tos)   Cookies Policy (https://www.icann.org/privacy/cookies)

---

### A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)  ✕ Ok