# **Exhibit N**



## feelitnice.com

### WHOIS Information

The following information acquired time: 2020-11-09 17:15:33    Get the latest information

| | |
|---|---|
| Registrant E-mail | To contact, please fill in the webform (https://wanwang.aliyun.com/domain/whois-contact_en?name=feelitnice.com) Learn more (https://www.alibabacloud.com/help/doc-detail/72403.htm) |
| Sponsoring Registrar | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| Registration Date | 2020-07-25T09:28:52Z |
| Expiration Date | 2021-07-25T09:28:52Z |
| Domain Status | ok(ok) https://icann.org/epp#ok (https://icann.org/epp#ok) |
| DNS Server | DNS23.HICHINA.COM DNS24.HICHINA.COM |

**WHOIS**

feelitnice.com    search



(https://www.alibabacloud.com/starter-packages/general)

Detailed WHOIS information

Domain Name: feelitnice.com
Registry Domain ID: 2548487497_DOMAIN_COM-VRSN
Registrar WHOIS Server: grs-whois.hichina.com
Registrar URL: http://whois.aliyun.com
Updated Date: 2020-11-05T02:15:08Z
Creation Date: 2020-07-25T09:28:52Z
Registrar Registration Expiration Date: 2021-07-25T09:28:52Z
Registrar: Alibaba Cloud Computing (Beijing) Co., Ltd.
Registrar IANA ID: 420
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registrant State/Province: guang dong
Registrant Country: CN
Name Server: DNS23.HICHINA.COM
Name Server: DNS24.HICHINA.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: DomainAbuse@service.aliyun.com
Registrar Abuse Contact Phone: +86.95187
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>>Last update of WHOIS database: 2020-12-22T04:00:09Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Try out over 40 products for free (//account-intl.aliyun.com/register/intl_register.htm?oauth_callback=https://intl.aliyun.com/campaign/free-trial)



A comprehensive suite of global cloud computing services to power your business

  
(https://www.facebook.com/alibabaclouden)(https://www.linkedin.com/company/alibaba-cloud)(https://twitter.com/alibaba_cloud)

cloud-
computing-
company)

Payment Methods We Support

      

About

About Alibaba Cloud (https://www.alibabacloud.com/about)

Pricing Models (https://www.alibabacloud.com/pricing)

Products (https://www.alibabacloud.com/product)

Customers (https://www.alibabacloud.com/customers)

Partners (https://www.alibabacloud.com/partner)

Startups (https://www.alibabacloud.com/startup)

Apsara Conference (https://www.alibabacloud.com/apsara-conference-2020)

Alibaba Cloud Summit (https://www.alibabacloud.com/campaign/summit-live-2020)

Promotions

Free Trial (https://www.alibabacloud.com/campaign/free-trial/enterprise)

Refer a Friend (https://www.alibabacloud.com/campaign/referral)

Starter Package (https://www.alibabacloud.com/starter-packages/general)

Web Hosting (https://www.alibabacloud.com/product/hosting)

Affiliate Program (https://www.alibabacloud.com/affiliate)

Explore

China Gateway (https://www.alibabacloud.com/china-gateway)

ICP License Support (https://www.alibabacloud.com/icp)

Getting Started (https://www.alibabacloud.com/getting-started)

Blog (https://www.alibabacloud.com/blog)

Marketplace (https://www.alibabacloud.com/marketplace)

Training & Certification (https://edu.alibabacloud.com/)

Support

Contact Sales (https://www.alibabacloud.com/contact-sales)

Submit a Ticket (https://workorder-intl.console.aliyun.com/console.htm?lang=#/ticket/list)

After-Sales Support (https://www.alibabacloud.com/support/after-sales)

Report Abuse (https://www.alibabacloud.com/report)

Feedback (https://connect.alibabacloud.com)

Forum (https://www.alibabacloud.com/forum)

Pricing Calculator (https://www.alibabacloud.com/pricing-calculator)

Resources

Documentation Center (https://www.alibabacloud.com/help)

Alibaba Cloud MVP (https://www.alibabacloud.com/mvp)

Security & Compliance (https://www.alibabacloud.com/trust-center)

Press Room (https://www.alibabacloud.com/press-room)

WHOIS (https://www.alibabacloud.com/whois)

Site Map (https://www.alibabacloud.com/sitemap.html)

| Products & Solutions | Elastic Compute Service (https://www.alibabacloud.com/product/ecs) |
| --- | --- |
| | CDN (https://www.alibabacloud.com/product/cdn) |
| | Anti-DDoS (https://www.alibabacloud.com/product/ddos) |
| | Object Storage Service (https://www.alibabacloud.com/product/oss) |
| | eCommerce (https://www.alibabacloud.com/solutions/e-commerce) |
| | Web Hosting (https://www.alibabacloud.com/solutions/hosting) |
| | Security (https://www.alibabacloud.com/solutions/security) |

Contact Us

| | |
|---|---|
| Hot Content | Japan Site (https://www.alibabacloud.com/ja) |
| | ECS Documentation (https://www.alibabacloud.com/help/product/25365.htm) |
| | How to get Domains (https://www.alibabacloud.com/domain) |
| | Galaxy Program (https://www.alibabacloud.com/campaign/galaxy-program) |
| | Software Infrastructure (https://marketplace.alibabacloud.com/products/56682004) |
| | Learning Path (https://www.alibabacloud.com/getting-started/learningpath) |
| | New Users (https://www.alibabacloud.com/getting-started/projects) |
| Recommended | Topic Center (https://topic.alibabacloud.com) |
| | Cloud Computing (https://topic.alibabacloud.com/c/cloud-computing_3) |
| | Industries (https://topic.alibabacloud.com/c/industries_2) |
| | Developers (https://topic.alibabacloud.com/c/developer_1) |
| | Web Developing (https://topic.alibabacloud.com/c/web-develop_1_11_1) |
| | Tutorials (https://topic.alibabacloud.com/c/tutorials_4) |
| | PHP Tutorials (https://topic.alibabacloud.com/c/php-tutorials_4_86_1) |
| Browse by Letter | A (https://topic.alibabacloud.com/zqpop/a)   B (https://topic.alibabacloud.com/zqpop/b) |
| | C (https://topic.alibabacloud.com/zqpop/c)   D (https://topic.alibabacloud.com/zqpop/d) |
| | E (https://topic.alibabacloud.com/zqpop/e)   F (https://topic.alibabacloud.com/zqpop/f) |
| | G (https://topic.alibabacloud.com/zqpop/g)   H (https://topic.alibabacloud.com/zqpop/h) |
| | I (https://topic.alibabacloud.com/zqpop/i)   J (https://topic.alibabacloud.com/zqpop/j) |
| | K (https://topic.alibabacloud.com/zqpop/k)   L (https://topic.alibabacloud.com/zqpop/l) |
| | M (https://topic.alibabacloud.com/zqpop/m)   N (https://topic.alibabacloud.com/zqpop/n) |
| | O (https://topic.alibabacloud.com/zqpop/o)   P (https://topic.alibabacloud.com/zqpop/p) |
| | Q (https://topic.alibabacloud.com/zqpop/q)   R (https://topic.alibabacloud.com/zqpop/r) |
| | S (https://topic.alibabacloud.com/zqpop/s)   T (https://topic.alibabacloud.com/zqpop/t) |
| | U (https://topic.alibabacloud.com/zqpop/u)   V (https://topic.alibabacloud.com/zqpop/v) |
| | W (https://topic.alibabacloud.com/zqpop/w)   X (https://topic.alibabacloud.com/zqpop/x) |
| | Y (https://topic.alibabacloud.com/zqpop/y)   Z (https://topic.alibabacloud.com/zqpop/z) |
| | 0-9 (https://topic.alibabacloud.com/zqpop/0-9) |

Careers (https://www.alibabacloud.com/careers)   About Us (https://www.alibabacloud.com/about)
Privacy Policy (https://www.alibabacloud.com/help/faq-detail/42425.htm)
Legal (https://www.alibabacloud.com/help/product/42384.htm)   Notice List (https://www.alibabacloud.com/notice)
Links (https://www.alibabacloud.com/links.html)

Alibaba Group (http://www.alibabagroup.com/en/global/home)   Taobao Marketplace (https://www.taobao.com)   Tmall (https://www.tmall.com)
Juhuasuan (https://ju.taobao.com)   AliExpress (http://www.aliexpress.com)   Alibaba.com (http://www.alibaba.com)   1688 (http://www.1688.com)
Alimama (http://www.alimama.com/index.htm)   Fliggy (https://www.fliggy.com)   YunOS (http://www.yunos.com)   AliTelecom (http://www.aliqin.cn)
AutoNavi (http://www.autonavi.com)   UCWeb (http://www.ucweb.com)   Umeng (http://www.umeng.com)   Xiami (http://www.xiami.com)
DingTalk (https://www.dingtalk.com)   Alipay (https://www.alipay.com)

Contact Us

© 2009-2020 Copyright by Alibaba Cloud All rights reserved





## goodmenow.com

WHOIS Information

The following information acquired time: 2020-11-09 19:39:13    Get the latest information

| | |
|---|---|
| Registrant E-mail | To contact, please fill in the webform (https://wanwang.aliyun.com/domain/whois-contact_en?name=goodmenow.com) Learn more (https://www.alibabacloud.com/help/doc-detail/72403.htm) |
| Sponsoring Registrar | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| Registration Date | 2020-07-25T09:28:54Z |
| Expiration Date | 2021-07-25T09:28:54Z |
| Domain Status | ok(ok) <br> https://icann.org/epp#ok (https://icann.org/epp#ok) |
| DNS Server | DNS17.HICHINA.COM <br> DNS18.HICHINA.COM |

**WHOIS**

goodmenow.com                                    search



(https://www.alibabacloud.com/starter-packages/general)

Detailed WHOIS information

Domain Name: goodmenow.com
Registry Domain ID: 2548487521_DOMAIN_COM-VRSN
Registrar WHOIS Server: grs-whois.hichina.com
Registrar URL: http://whois.aliyun.com
Updated Date: 2020-07-25T09:30:54Z
Creation Date: 2020-07-25T09:28:54Z
Registrar Registration Expiration Date: 2021-07-25T09:28:54Z
Registrar: Alibaba Cloud Computing (Beijing) Co., Ltd.
Registrar IANA ID: 420
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registrant State/Province: guang dong
Registrant Country: CN
Name Server: DNS17.HICHINA.COM
Name Server: DNS18.HICHINA.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: DomainAbuse@service.aliyun.com
Registrar Abuse Contact Phone: +86.95187
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>>Last update of WHOIS database: 2020-12-22T01:14:04Z <<<

For more information on Whois status codes, please visit https://icann.org/epp


Try out over 40 products for free (//account-intl.aliyun.com/register/intl_register.htm?oauth_callback=https://intl.aliyun.com/campaign/free-trial)



A comprehensive suite of global cloud computing services to power your business

(https://www.facebook.com/alibabaclouden) (https://www.linkedin.com/company/alibaba-cloud) (https://twitter.com/alibaba_cloud)

Payment Methods We Support

        

About

About Alibaba Cloud (https://www.alibabacloud.com/about)

Pricing Models (https://www.alibabacloud.com/pricing)

Products (https://www.alibabacloud.com/product)

Customers (https://www.alibabacloud.com/customers)

Contact Us

Partners (https://www.alibabacloud.com/partner)

Startups (https://www.alibabacloud.com/startup)

Apsara Conference (https://www.alibabacloud.com/apsara-conference-2020)

Alibaba Cloud Summit (https://www.alibabacloud.com/campaign/summit-live-2020)

Promotions

Free Trial (https://www.alibabacloud.com/campaign/free-trial/enterprise)

Refer a Friend (https://www.alibabacloud.com/campaign/referral)

Starter Package (https://www.alibabacloud.com/starter-packages/general)

Web Hosting (https://www.alibabacloud.com/product/hosting)

Affiliate Program (https://www.alibabacloud.com/affiliate)

Explore

China Gateway (https://www.alibabacloud.com/china-gateway)

ICP License Support (https://www.alibabacloud.com/icp)

Getting Started (https://www.alibabacloud.com/getting-started)

Blog (https://www.alibabacloud.com/blog)

Marketplace (https://www.alibabacloud.com/marketplace)

Training & Certification (https://edu.alibabacloud.com/)

Support

Contact Sales (https://www.alibabacloud.com/contact-sales)

Submit a Ticket (https://workorder-intl.console.aliyun.com/console.htm?lang=#/ticket/list)

After-Sales Support (https://www.alibabacloud.com/support/after-sales)

Report Abuse (https://www.alibabacloud.com/report)

Feedback (https://connect.alibabacloud.com)

Forum (https://www.alibabacloud.com/forum)

Pricing Calculator (https://www.alibabacloud.com/pricing-calculator)

Resources

Documentation Center (https://www.alibabacloud.com/help)

Alibaba Cloud MVP (https://www.alibabacloud.com/mvp)

Security & Compliance (https://www.alibabacloud.com/trust-center)

Press Room (https://www.alibabacloud.com/press-room)

WHOIS (https://www.alibabacloud.com/whois)

Site Map (https://www.alibabacloud.com/sitemap.html)

| Products & Solutions | |
|---|---|
| | Elastic Compute Service (https://www.alibabacloud.com/product/ecs) |
| | CDN (https://www.alibabacloud.com/product/cdn) |
| | Anti-DDoS (https://www.alibabacloud.com/product/ddos) |
| | Object Storage Service (https://www.alibabacloud.com/product/oss) |
| | eCommerce (https://www.alibabacloud.com/solutions/e-commerce) |
| | Web Hosting (https://www.alibabacloud.com/solutions/hosting) |
| | Security (https://www.alibabacloud.com/solutions/security) |

Contact Us

| | |
|---|---|
| Hot Content | Japan Site (https://www.alibabacloud.com/ja) |
| | ECS Documentation (https://www.alibabacloud.com/help/product/25365.htm) |
| | How to get Domains (https://www.alibabacloud.com/domain) |
| | Galaxy Program (https://www.alibabacloud.com/campaign/galaxy-program) |
| | Software Infrastructure (https://marketplace.alibabacloud.com/products/56682004) |
| | Learning Path (https://www.alibabacloud.com/getting-started/learningpath) |
| | New Users (https://www.alibabacloud.com/getting-started/projects) |
| Recommended | Topic Center (https://topic.alibabacloud.com) |
| | Cloud Computing (https://topic.alibabacloud.com/c/cloud-computing_3) |
| | Industries (https://topic.alibabacloud.com/c/industries_2) |
| | Developers (https://topic.alibabacloud.com/c/developer_1) |
| | Web Developing (https://topic.alibabacloud.com/c/web-develop_1_11_1) |
| | Tutorials (https://topic.alibabacloud.com/c/tutorials_4) |
| | PHP Tutorials (https://topic.alibabacloud.com/c/php-tutorials_4_86_1) |
| Browse by Letter | A (https://topic.alibabacloud.com/zqpop/a)   B (https://topic.alibabacloud.com/zqpop/b) |
| | C (https://topic.alibabacloud.com/zqpop/c)   D (https://topic.alibabacloud.com/zqpop/d) |
| | E (https://topic.alibabacloud.com/zqpop/e)   F (https://topic.alibabacloud.com/zqpop/f) |
| | G (https://topic.alibabacloud.com/zqpop/g)   H (https://topic.alibabacloud.com/zqpop/h) |
| | I (https://topic.alibabacloud.com/zqpop/i)   J (https://topic.alibabacloud.com/zqpop/j) |
| | K (https://topic.alibabacloud.com/zqpop/k)   L (https://topic.alibabacloud.com/zqpop/l) |
| | M (https://topic.alibabacloud.com/zqpop/m)   N (https://topic.alibabacloud.com/zqpop/n) |
| | O (https://topic.alibabacloud.com/zqpop/o)   P (https://topic.alibabacloud.com/zqpop/p) |
| | Q (https://topic.alibabacloud.com/zqpop/q)   R (https://topic.alibabacloud.com/zqpop/r) |
| | S (https://topic.alibabacloud.com/zqpop/s)   T (https://topic.alibabacloud.com/zqpop/t) |
| | U (https://topic.alibabacloud.com/zqpop/u)   V (https://topic.alibabacloud.com/zqpop/v) |
| | W (https://topic.alibabacloud.com/zqpop/w)   X (https://topic.alibabacloud.com/zqpop/x) |
| | Y (https://topic.alibabacloud.com/zqpop/y)   Z (https://topic.alibabacloud.com/zqpop/z) |
| | 0-9 (https://topic.alibabacloud.com/zqpop/0-9) |

Careers (https://www.alibabacloud.com/careers)   About Us (https://www.alibabacloud.com/about)
Privacy Policy (https://www.alibabacloud.com/help/faq-detail/42425.htm)
Legal (https://www.alibabacloud.com/help/product/42384.htm)   Notice List (https://www.alibabacloud.com/notice)
Links (https://www.alibabacloud.com/links.html)

Alibaba Group (http://www.alibabagroup.com/en/global/home)   Taobao Marketplace (https://www.taobao.com)   Tmall (https://www.tmall.com)
Juhuasuan (https://ju.taobao.com)   AliExpress (http://www.aliexpress.com)   Alibaba.com (http://www.alibaba.com)   1688 (http://www.1688.com)
Alimama (http://www.alimama.com/index.htm)   Fliggy (https://www.fliggy.com)   YunOS (http://www.yunos.com)   AliTelecom (http://www.aliqin.cn)
AutoNavi (http://www.autonavi.com)   UCWeb (http://www.ucweb.com)   Umeng (http://www.umeng.com)   Xiami (http://www.xiami.com)
DingTalk (https://www.dingtalk.com)   Alipay (https://www.alipay.com)

Contact Us

© 2009-2020 Copyright by Alibaba Cloud All rights reserved



## meetgoodtimes.com

**WHOIS Information**

The following information acquired time: 2020-11-09 19:39:28   Get the latest information

| | |
|---|---|
| Registrant E-mail | To contact, please fill in the webform (https://wanwang.aliyun.com/domain/whois-contact_en?name=meetgoodtimes.com) Learn more (https://www.alibabacloud.com/help/doc-detail/72403.htm) |
| Sponsoring Registrar | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| Registration Date | 2020-07-21T10:03:44Z |
| Expiration Date | 2021-07-21T10:03:44Z |
| Domain Status | ok(ok) https://icann.org/epp#ok (https://icann.org/epp#ok) |
| DNS Server | DNS23.HICHINA.COM DNS24.HICHINA.COM |



WHOIS

meetgoodtimes.com          search



(https://www.alibabacloud.com/starter-packages/general)

## Detailed WHOIS information

Domain Name: meetgoodtimes.com
Registry Domain ID: 2547534063_DOMAIN_COM-VRSN
Registrar WHOIS Server: grs-whois.hichina.com
Registrar URL: http://whois.aliyun.com
Updated Date: 2020-07-21T10:05:57Z
Creation Date: 2020-07-21T10:03:44Z
Registrar Registration Expiration Date: 2021-07-21T10:03:44Z
Registrar: Alibaba Cloud Computing (Beijing) Co., Ltd.
Registrar IANA ID: 420
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registrant State/Province: guang dong
Registrant Country: CN
Name Server: DNS23.HICHINA.COM
Name Server: DNS24.HICHINA.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: DomainAbuse@service.aliyun.com
Registrar Abuse Contact Phone: +86.95187
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>>Last update of WHOIS database: 2020-12-22T04:00:43Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Try out over 40 products for free (//account-intl.aliyun.com/register/intl_register.htm?oauth_callback=https://intl.aliyun.com/campaign/free-trial)



A comprehensive suite of global cloud computing services to power your business

  

(https://www.facebook.com/alibabaclouden)(https://www.linkedin.com/company/alibaba-cloud-computing-company)(https://twitter.com/alibaba_cloud)

Payment Methods We Support

      

### About

About Alibaba Cloud (https://www.alibabacloud.com/about)

Pricing Models (https://www.alibabacloud.com/pricing)

Products (https://www.alibabacloud.com/product)

Customers (https://www.alibabacloud.com/customers)

Contact Us

Partners (https://www.alibabacloud.com/partner)

Startups (https://www.alibabacloud.com/startup)

Apsara Conference (https://www.alibabacloud.com/apsara-conference-2020)

Alibaba Cloud Summit (https://www.alibabacloud.com/campaign/summit-live-2020)

Promotions

Free Trial (https://www.alibabacloud.com/campaign/free-trial/enterprise)

Refer a Friend (https://www.alibabacloud.com/campaign/referral)

Starter Package (https://www.alibabacloud.com/starter-packages/general)

Web Hosting (https://www.alibabacloud.com/product/hosting)

Affiliate Program (https://www.alibabacloud.com/affiliate)

Explore

China Gateway (https://www.alibabacloud.com/china-gateway)

ICP License Support (https://www.alibabacloud.com/icp)

Getting Started (https://www.alibabacloud.com/getting-started)

Blog (https://www.alibabacloud.com/blog)

Marketplace (https://www.alibabacloud.com/marketplace)

Training & Certification (https://edu.alibabacloud.com/)

Support

Contact Sales (https://www.alibabacloud.com/contact-sales)

Submit a Ticket (https://workorder-intl.console.aliyun.com/console.htm?lang=#/ticket/list)

After-Sales Support (https://www.alibabacloud.com/support/after-sales)

Report Abuse (https://www.alibabacloud.com/report)

Feedback (https://connect.alibabacloud.com)

Forum (https://www.alibabacloud.com/forum)

Pricing Calculator (https://www.alibabacloud.com/pricing-calculator)

Resources

Documentation Center (https://www.alibabacloud.com/help)

Alibaba Cloud MVP (https://www.alibabacloud.com/mvp)

Security & Compliance (https://www.alibabacloud.com/trust-center)

Press Room (https://www.alibabacloud.com/press-room)

WHOIS (https://www.alibabacloud.com/whois)

Site Map (https://www.alibabacloud.com/sitemap.html)

| Products & Solutions | |
|---|---|
| | Elastic Compute Service (https://www.alibabacloud.com/product/ecs) |
| | CDN (https://www.alibabacloud.com/product/cdn) |
| | Anti-DDoS (https://www.alibabacloud.com/product/ddos) |
| | Object Storage Service (https://www.alibabacloud.com/product/oss) |
| | eCommerce (https://www.alibabacloud.com/solutions/e-commerce) |
| | Web Hosting (https://www.alibabacloud.com/solutions/hosting) |
| | Security (https://www.alibabacloud.com/solutions/security) |

Contact Us

| | |
|---|---|
| Hot Content | Japan Site (https://www.alibabacloud.com/ja) |
| | ECS Documentation (https://www.alibabacloud.com/help/product/25365.htm) |
| | How to get Domains (https://www.alibabacloud.com/domain) |
| | Galaxy Program (https://www.alibabacloud.com/campaign/galaxy-program) |
| | Software Infrastructure (https://marketplace.alibabacloud.com/products/56682004) |
| | Learning Path (https://www.alibabacloud.com/getting-started/learningpath) |
| | New Users (https://www.alibabacloud.com/getting-started/projects) |
| Recommended | Topic Center (https://topic.alibabacloud.com) |
| | Cloud Computing (https://topic.alibabacloud.com/c/cloud-computing_3) |
| | Industries (https://topic.alibabacloud.com/c/industries_2) |
| | Developers (https://topic.alibabacloud.com/c/developer_1) |
| | Web Developing (https://topic.alibabacloud.com/c/web-develop_1_11_1) |
| | Tutorials (https://topic.alibabacloud.com/c/tutorials_4) |
| | PHP Tutorials (https://topic.alibabacloud.com/c/php-tutorials_4_86_1) |
| Browse by Letter | A (https://topic.alibabacloud.com/zqpop/a)  B (https://topic.alibabacloud.com/zqpop/b) |
| | C (https://topic.alibabacloud.com/zqpop/c)  D (https://topic.alibabacloud.com/zqpop/d) |
| | E (https://topic.alibabacloud.com/zqpop/e)  F (https://topic.alibabacloud.com/zqpop/f) |
| | G (https://topic.alibabacloud.com/zqpop/g)  H (https://topic.alibabacloud.com/zqpop/h) |
| | I (https://topic.alibabacloud.com/zqpop/i)  J (https://topic.alibabacloud.com/zqpop/j) |
| | K (https://topic.alibabacloud.com/zqpop/k)  L (https://topic.alibabacloud.com/zqpop/l) |
| | M (https://topic.alibabacloud.com/zqpop/m)  N (https://topic.alibabacloud.com/zqpop/n) |
| | O (https://topic.alibabacloud.com/zqpop/o)  P (https://topic.alibabacloud.com/zqpop/p) |
| | Q (https://topic.alibabacloud.com/zqpop/q)  R (https://topic.alibabacloud.com/zqpop/r) |
| | S (https://topic.alibabacloud.com/zqpop/s)  T (https://topic.alibabacloud.com/zqpop/t) |
| | U (https://topic.alibabacloud.com/zqpop/u)  V (https://topic.alibabacloud.com/zqpop/v) |
| | W (https://topic.alibabacloud.com/zqpop/w)  X (https://topic.alibabacloud.com/zqpop/x) |
| | Y (https://topic.alibabacloud.com/zqpop/y)  Z (https://topic.alibabacloud.com/zqpop/z) |
| | 0-9 (https://topic.alibabacloud.com/zqpop/0-9) |

Careers (https://www.alibabacloud.com/careers)   About Us (https://www.alibabacloud.com/about)
Privacy Policy (https://www.alibabacloud.com/help/faq-detail/42425.htm)
Legal (https://www.alibabacloud.com/help/product/42384.htm)   Notice List (https://www.alibabacloud.com/notice)
Links (https://www.alibabacloud.com/links.html)

Alibaba Group (http://www.alibabagroup.com/en/global/home)  Taobao Marketplace (https://www.taobao.com)  Tmall (https://www.tmall.com)
Juhuasuan (https://ju.taobao.com)  AliExpress (http://www.aliexpress.com)  Alibaba.com (http://www.alibaba.com)  1688 (http://www.1688.com)
Alimama (http://www.alimama.com/index.htm)  Fliggy (https://www.fliggy.com)  YunOS (http://www.yunos.com)  AliTelecom (http://www.aliqin.cn)
AutoNavi (http://www.autonavi.com)  UCWeb (http://www.ucweb.com)  Umeng (http://www.umeng.com)  Xiami (http://www.xiami.com)
DingTalk (https://www.dingtalk.com)  Alipay (https://www.alipay.com)

Contact Us

© 2009-2020 Copyright by Alibaba Cloud All rights reserved

