# **Exhibit B**
# **part 1**

SEND

REQUEST

BUSINESS

HELP

COMMUNITY

**PayPal Community** > **Help Community** > **Disputes and Limitations** > Yokawa Network Limited Is a SCAM

| Search all content | **cancel** |
|---|---|

Ask the Community

Help the Community

ⓘ New to the community? Welcome! Please read our **Community Rules and Guidelines** ✕

Options

# Yokawa Network Limited Is a SCAM  ☑ SOLVED

⬇ **Go to solution**



thetrutys2  ⭐ Member

Jul-06-2020 01:1

✔ **Yokawa Network Limited Is a SCAM**

Yokawa Network Limited Is a SCAM and Paypal will not help you.  Buyer beware.  They use a bait and switch and get a tracking number showing it was delivered but in fact to an inccorrect bogus address. Then Paypal closes out the complaint and will not re look at the scam.  Going to my bank now to refute the charges.



⊘ Solved! **Go to Solution.**

**387 people had this problem.**  ( Me too )

( Disputes )   ( Fraud )

👍  **25 Kudos**

**1 ACCEPTED SOLUTION**        All forum topics    ‹ Previous Topic    Next Topic ›



Cmarie8302  🌟 Contributor

Oct-17-2020 04:

☑ **Re: Yokawa Network Limited Is a SCAM**

KEEP FIGHTING PAYPAL. Here is how I beat that scam company. Go to USPS and fill out the forms for missing packages. Give them the tracking numbers. Here is how they scammed us. They use a legit tracking number that shows a delivery, the problem is it was to a different address. SCAMMERS. You screenshot the email from USPS after they let you know their finding and then show PayPal. Don't let those Chinese cheaters win!!!!!

**View solution in original post**

**75 people found this solution to be helpful.**　⬭ Me too

👍　**18 Kudos**

## 282 REPLIES

 **Lorta1**　New Community Member

Jul-06-2020 06:

### Re: Yokawa Network Limited Is a SCAM

Same here. Ordered 5/1/2020, got a tracking number that doesn't even show it was picked up yet. Reported to PayPal after 6 weeks. They closed my case out! They said I received a valid tracking number. Yeah, its valid, but it shows plain and clear it didn't even get picked up to ship! Biggest load of B.S. And now the company's email doesn't exist. If this isn't a clear scam I dont know what is. And shame on PayPal for not seeing this and making it right.

👍　**28 Kudos**

 **misskbell9**　🌟 Contributor

Jul-31-2020 05:

### Re: Yokawa Network Limited Is a SCAM



I'm so furious!!! Recieved damaged products 3 months later, and paypal won't back me either!!! This **bleep** Chinese scam company said they'll refund me if I ship it back to them.. which costs $46!!!! They shouldn't be allowed to sell anything in the US

Tags (3)

Tags:   [ FRAUD ]   [ LIARS ]   [ SCAM ]

👍   **12 Kudos**

**DvanElst**   New Community Member        Nov-17-2020 12

## Re: Yokawa Network Limited Is a SCAM 



They say that the right product was send to me. See picture: Expectation vs reality. I can send it back to get a refund, but that costs more than the product itself. Scammers!

👍 **7 Kudos**

 abbeyth ⭐ Contributor      Nov-20-2020 09

## Re: Yokawa Network Limited Is a SCAM

Yeah, my "tree" just arrived today da I couldn't help but laugh...

👍 **3 Kudos**



**Katlynn1** ⭐ Contributor

Dec-05-2020 01:

## Re: Yokawa Network Limited Is a SCAM

How did you get your money back I bought the same thing but used guest check out in PayPal instead of my account

👍 **1 Kudo**



**Naenae73** ⭐ Contributor

Dec-08-2020 07:

## Re: Yokawa Network Limited Is a SCAM

Try disputing with your bank I just got my refund because a similar scam company sent me some silly toy when I ordered Lysol my bank was very helpful

Re: Yokawa Network Limited Is a SCAM - PayPal Community

👍 **2 Kudos**

 wlkirkland ⭐ Contributor                     Dec-20-2020 04:

## Re: Yokawa Network Limited Is a SCAM

Scam. Ordered the **bleep** golf game for my son for Christmas. All I got was a 6"
square piece of plastic grass and one rubber ball.

👍 **0 Kudos**

 Stacym500 ⭐ Contributor                     Aug-01-2020 12

## Re: Yokawa Network Limited Is a SCAM

paid $61 for dog gates to wait 2 months for crap that won't even keep my 7 lb dog
safely on our porch. Reported them to PayPal after a month of asking them for a
tracking number. They told me the shipment was in the us and because of rioting it was
delayed... really? Then when paypal opened a claim they quickly started sending me
shipping updates that it was delivered on June 8th... NOT AND PAYPAL TOOK THEIR
WORD AND CLOSED THE CASE!!! I then received shipping updates 3 weeks later telling
me the product would be delivered... wait... i thought you already delivered it... got the
piece of crap 2 weeks after I filed the claim with PayPal asking for my money back.
Instead of paypal helping out a long standing buyer. They allowed this "company" to
scam me.

👍 **8 Kudos**

 Tap1995 ⭐ Contributor

Dec-21-2020 07:

## Re: Yokawa Network Limited Is a SCAM

They did the same to me...I think Paypal is in on it because they rule in favor of this company all the time.
The company sends a blank piece of paper in the mail and claims to have a tracking number. Paypal is stupid.

👍 **1 Kudo**

‹ Previous page    **1**    2    3    •••    29    Next page ›

⬆ **Top**

Powered by


HELP & CONTACT    SECURITY

©1999-2021 PayPal, Inc. All rights reserved.

Privacy    Legal    Policy updates

Yokawa Network Limited Is a SCAM - PayPal Community

PayPal             >    Help             >   Disputes and
ommunity          Community           Limitations

›    Yokawa Network Limited Is a
CAM

 dbhatt   New Community Member             *Aug–05–2020 12*

## Re: Yokawa Network Limited Is a SCAM

Yes I had an identical issue.

👍   **4 Kudos**

 Lpatterson82   ⭐ Contributor             *Nov–10–2020 09*

## Re: Yokawa Network Limited Is a SCAM

I actually have an email from the company admitting to me that my tracking number was incorrect after I busted them with the fake tracking number! I'm so happy I kept a paper trial of their lies so that I had evidence to back up my claim!

👍   **1 Kudo**



rastre1 ⭐ Contributor

## Re: Yokawa Network Limited Is a SCAM

I never received the right item. They send me a tracking number and delivered something in the package but it was not what I ordered. The review of this company showing as SCAMP!! Why PayPal is still working and letting this company be active in PayPal??

👍 **0 Kudos**



ray23z 💥⭐ Contributor

## Re: Yokawa Network Limited Is a SCAM

Some of these companies are running multiple scams with different names, Yokowa, Funbuy, Eleentrade these are all the same and even though PayPal has been informed about them since early January this year they have still allowed these dodgy companies to operate and use their PayPal gateway.

👍 **1 Kudo**



Monzap31  ⭐ Contributor

Jul-06-2020 08:2

## Re: Yokawa Network Limited Is a SCAM 🔗

Made my purchase on May 18th in the amount of $68.97. June 18th still no word from seller. Opened up a complaint with PayPal. By July 6th the case was closed. No resolution bc seller sent some bogus tracking number for my item that was not picked up.

I'm appalled that PayPal would allow such a vendor.

Message sent by seller:
Dear Customer, your products are on the way, it might be some delay because of the system, thank you for being patient. This is yours:**https://t.17track.net/en#nums=9261292700539000026739235**
9261292700539000026739235
In Transit
United States*USPS*

Unknown
2020-06-26 23:26BRISBANE, CA <removed>, Arrived Shipping Partner Facility, USPS Awaiting Item –> Your item arrived at a shipping partner facility at 11:26 pm on June 26, 2020 in BRISBANE, CA <removed>. This does not indicate receipt by the USPS or the actual mailing date.
Destination Origin – Tracking consuming: 344 ms
2020-06-26 23:26
BRISBANE, CA 94005, Arrived Shipping Partner Facility, USPS Awaiting Item –> Your item arrived at a shipping partner facility at 11:26 pm on June 26, 2020 in BRISBANE, CA <removed>. This does not indicate receipt by the USPS or the actual mailing date.
2020-05-31 09:17
INGLEWOOD, CA <removed>, Picked Up by Shipping Partner, USPS Awaiting Item

  **7 Kudos**

 BBinUSA ⭐ Contributor

Jul-07-2020 09:5

## Re: Yokawa Network Limited Is a SCAM

Yep me too!!! So **bleep** at PayPal!!

👍 **7 Kudos**

 Cheri65 ⭐ Contributor

Dec-01-2020 01:

## Re: Yokawa Network Limited Is a SCAM

This is how you solve your claimon Yokawa scam to PayPal. Call the post USP[Removed. Phone #s not permitted] You want to talk to agent. Select them calling you when its your turn. Give them the tracking # and have them look up the address that it was actually sent.(mine said it was a 2oz page and actually should have been 10lbs) They will give you the address to which it was sent to. Obviously not yours. Write that address down. Contact PayPal and say you want to talk to an agent. Explain that you want to escalate your claim. Give them the info that you got from USPS. They will immediately refund your account.

👍 **3 Kudos**



**karijaneh** ⭐ Contributor

*Aug–17–2020 11*

## Re: Yokawa Network Limited Is a SCAM

The same thing happened to me.  Perhaps PayPal is in on this scam and perhaps, a Class Action Lawsuit is required to make them deal with this!!

I am so beyond frustrated.  I opened up two claims (because they closed my first one). Also, I find it rather bizarre that PayPal is the contact for this company when any other purchase I have made through PayPal is with the actual company.

BUYERS BEWARE!

 **5 Kudos**



**Mich7713** ⭐ Contributor

*Jul–07–2020 06:0*

## Re: Yokawa Network Limited Is a SCAM

Same here!! I never received my order after waiting 6 weeks. PayPal closed my case also with a bogus tracking number . I'm calling PayPal today if they don't rectify this then it's time to involve a lawyer . PayPal is supposed to protect us from scams

👍 **15 Kudos**

 jigesh ⭐ Contributor

Jul-09-2020 04:3

## Re: Yokawa Network Limited Is a SCAM

Happened to me too. They originally gave me tracking
number 9261290982186726381714, which shows USPS is awaiting item. After waiting too
long, I opened dispute. On the last day of dispute response window, the seller gives another
tracking number 9405511200829102843208 which says Item delivered on July 1st. Never
received the item, but PayPal closed dispute in seller's favor. Scam indeed, and sad PayPal
deserts buyers for such fraudulent foreign business entity from Hong Kong or China (based
on their email address).

👍 **10 Kudos**

Powered by

Khoros

**PayPal**
**ommunity**        >   **Help**        >   **Disputes and**
                    **Community**        **Limitations**
›   **Yokawa Network Limited Is a**
**CAM**



jigesh  ⭐ Contributor                                        Jul-09-2020 04:4

## Re: Yokawa Network Limited Is a SCAM

Unfortunately, I paid with PayPal balance, so can't file a claim with credit card or bank.
Lessons learnt.

👍  **5 Kudos**



Mich7713  ⭐ Contributor                                     Jul-09-2020 09:3

## Re: Yokawa Network Limited Is a SCAM

Go to your closed dispute and hit appeal button. Attach the email that they sent you
with the original tracking number. Be specific about your dates of emails with seller
because they likely sent you messages Stating not to worry or they expedited your
shipping after the supposed package arrived. I just did this and they reversed their
decision and I got my money back. Took a few days but worth the effort

👍 **7 Kudos**



**jigesh** ⭐ Contributor            Jul-09-2020 10:3

## Re: Yokawa Network Limited Is a SCAM

Thank you, Mich! For some reasons, I don't see the Appeals button. The case was denied today, so may take time for "Appeal" option to appear. I went to resolution center, looked at closed cases, and only "View" was available for actions, clicking which leads me to the history.

👍 **1 Kudo**



**jigesh** ⭐ Contributor            Jul-30-2020 10:3

## Re: Yokawa Network Limited Is a SCAM

Just an update that after almost 2 months (slightly more than 1.5 months), I received my items. The items seem to have shipped from China/Hong Kong via Sea Mail, and then re-shipped via USPS from a CA location, which explains the delay. They should have been more transparent/open about it instead of sending confusing tracking numbers to satisfy PayPal claims process. My items are as described, so in the end, it was good. Not happy with the PayPal though.

👍 **3 Kudos**

 Hellocorey 🌟🌟 Contributor                     Aug-20-2020 11

## Re: Yokawa Network Limited Is a SCAM

Me to

👍 **2 Kudos**

 Cszakacs 🌟 Contributor                     Jul-21-2020 08:2

## Re: Yokawa Network Limited Is a SCAM

were you able to talk to anyone Live at PayPal?
I can't get ahold of anyone live

👍 **3 Kudos**

 wadzyg 🌟🌟 Contributor                     Aug-20-2020 03

## Re: Yokawa Network Limited Is a SCAM

PayPal response only from some ignorant person only capable of processing return freight reimbursement requests. Otherwise all messages have been ignored.

👍 **1 Kudo**

 wadzyg ✨ Contributor

Aug-23-2020 08

## Re: Yokawa Network Limited Is a SCAM

Yokawa belatedly provided PayPal with a shipping number issued by Australia Post and allegedly left safely at my address on 7th August. I have lodged a claim with Aus Post but I believe they are somehow getting tracking numbers relating to other shipments and claiming them as their own. I have had Ebay purchases delivered around this time but not the security cameras promoted on Facebook and because I didn't retain wrappers from these cannot verify my suspicions. I have requested Yokawa advise date of shipment and their address to aid investigation and if forthcoming will update me posting.

👍 **1 Kudo**

 wadzyg ✨ Contributor

Sep-02-2020 03:

Yokawa Network Limited is a SCAM - PayPal Community

## Re: Yokawa Network Limited Is a SCAM

My local postie took a picture of the envelope delivered with their tracking number which proved no security cameras were capable of being delivered. The contents were 2 Gift Cards redeemable by discount on future purchases. I junked them figuring it was some bogus promotion. Now try and impart that to PP via their processes for refunds. IMPOSSIBLE!!

👍 **1 Kudo**

 wadzyg ⭐ Contributor                                        Sep-02-2020 03:

## Re: Yokawa Network Limited Is a SCAM

PayPal use CV19 as an excuse to avoid any contact re complaints. I have been weeks sending information to PP regarding scams and requesting call backs.I am treated like a nonce and it is clear no one reads the messages sent. How they  can run this business is beyond my understanding. Don't give up people appeal any decision that doesn't get you  a refund.

👍 **1 Kudo**


Powered by
Khoros

Yokawa Network Limited Is a SCAM - PayPal Community

**PayPal**              >    **Help**              >    **Disputes and**
ommunity                     **Community**               **Limitations**

›    **Yokawa Network Limited Is a**
**CAM**



**MyPhrend**  New Community Member                         Jul-14-2020 04:3

## Re: Yokawa Network Limited Is a SCAM %

THIS IS ABSOLUTELY A SCAM!!!!!!

Purchased my headphones on May 15th and never even received a tracking number until I
opened a dispute and this is what I received....

Dear Customer, your products are on the way, it might be some delay because of the
system, thank you for being patient. This is yours:
**https://t.17track.net/en#nums=ZJ01001081441500**

It's still showing it's stuck in San Bruno!

So I escalated my claim and they replied with a separate tracking number saying it was
delivered....  I looked at my USPS account  and nothing was delivered or even scheduled to
be delivered that day!
Now PAYPAL has denied and closed my claim.

I am VERY disappointed with PAYPAL for allowing such a scam to continue!

👍  **3 Kudos**

 MGD-CDA ⭐ Contributor

Jul-23-2020 08:2

## Re: Yokawa Network Limited Is a SCAM

Same experience as MyPhrend and everyone else here – with one exception – I actually received the items I ordered although they were nothing like the picture.  They sent me a shipping notification – a month later it was said to have been delivered with a USPS number – not true.  Then I complained to PayPal and Yokawa said it was shipped again – not true.  Then after I escalated the complaint, amazingly it was shipped again right before the end of the dispute date.  Then, after the dispute was closed by PayPal it miraculously arrived!  It wasn't the product that I ordered, but I'm sure it was just that something was lost in translation.  The fact that PayPal continues to allow Yokawa Network to trade using their site is unacceptable.  PayPay provides no service other than conducting a financial transaction.  After this many complaints, maybe someone at PayPal would wake up and deny Yokawa the vehicle to continually swindle the public.

👍 **4 Kudos**

 Cszakacs ⭐ Contributor

Aug-08-2020 07

## Re: Yokawa Network Limited Is a SCAM

I finally received the items (3 mos. later) I ordered, but the shipping/tracking label on the packaging WAS NOT the same tracking number they gave PayPal when my case was closed by PayPal.    So I am not sure what is going on with PayPal.  Some items have yet to be received.

👍 **1 Kudo**

 Cszakacs ⭐ Contributor      Aug-08-2020 07

## Re: Yokawa Network Limited Is a SCAM

Yes PayPal doesn't care about us – or stand by us.  As long as they get a tracking number, they call it "a valid" tracking number and close the case without further investigation.

👍   **1 Kudo**

 Scamalert14 ⭐ Member      Sep-09-2020 07:

## Re: Yokawa Network Limited Is a SCAM

There has been no package delivered.  No confirmation email. Tracking number is bogus.  Paypal just being neutral. Contacted credit card company to refute charges.

👍   **0 Kudos**

 VBMoncton ⭐ Contributor      Nov-01-2020 04

## Re: Yokawa Network Limited Is a SCAM

This happened to me as well!  Ordered items in April and eventually got a tracking number. It took until August for it to show delivered but it wasn't.  Contacted Yokawa and they said Opps sorry it was delivered to the wrong address and please be patient and we'll send another one.  They said tracking number would be updated soon.  Well it's now November and after contacting them a half a dozen times, they won't reimburse me and PayPal says sorry, it's over 180 days since the transaction so they won't do a thing!  So frustrating as Yokawa used the COVID excuse for delivery being slow. SCAMMERS!! Now I am out my money and no items.

👍 **1 Kudo**

 **Cszakacs** ⭐ Contributor      Jul-21-2020 08:2

## Re: Yokawa Network Limited Is a SCAM

Has anyone been able to contact the seller?  Yokawa Network Limited Scam Artist

PayPal denied my claim too because they received a tracking number from seller BUT the UPS tracking number shows that the product was shipped to someone else (unrelated to me) and not my address.  What a scam!

So DENIED refund from PayPal
I can't file a claim for lost shipment with UPS because they have an address it was delivered to as directed by the seller.
I am furious right now.

👍 **2 Kudos**

Yokawa Network Limited Is a SCAM - PayPal Community

 **Welshdwarf** 🌟 Contributor

Sep-09-2020 11:

## Re: Yokawa Network Limited Is a SCAM

Hi  i do not think anybody on here as actually spoke to them directly, i cannot for the life of
me understand why paypal are siding with them on every decision.
UK trading standards do not want to know as Yokawa address is out of UK but their UK
warehouse is in leicestershire.

👍 **0 Kudos**

 **Tfrat100** 🌟 Contributor

Jul-21-2020 09:2

## Re: Yokawa Network Limited Is a SCAM

Same exact thing happened to me. I had a heads up from this forum and I filed a claim with
the USPS before it showed delivered. When it finally did show delivered it was a completely
different tracking number!  Got written confirmation that the said package went to my city
but not to be.  I am appealing my case but I don't have too much faith at this point. So sad.

👍 **2 Kudos**

 Cszakacs ⭐ Contributor

Jul-21-2020 09:4

## Re: Yokawa Network Limited Is a SCAM

I'm gonna do same thing
Let me know if you have any updates

👍 **1 Kudo**

Powered by

Khoros ⟨


PayPal      >   Help       >   Disputes and
Community      Community      Limitations
›   Yokawa Network Limited Is a
CAM

 Cszakacs ⭐ Contributor           Jul-23-2020 10:5

## Re: Yokawa Network Limited Is a SCAM

I was told yesterday by someone at PayPal – that my appeal/claim was reviewed. they got a valid USPS proof of delivery tracking from the merchant so it has been denied once again. My only option is to go to PayPal CREDIT and dispute with them, they said I would need contact Synchrony bank for my PayPal Credit account. [Removed. Phone #s not permitted]nbsp; Good Luck all

👍   **0 Kudos**

 Harley4895765 ⭐ Contributor           Jul-21-2020 03:0

## Re: Yokawa Network Limited Is a SCAM

Me too!!!!! Ordered a Golf Target with colored sponge  balls for $33.35....they sent one small 1 in. sponge ball. (no target or any other balls). Complained to the seller and PayPal. They said to mail back the ball. When I went to mail it UPS said that there was no such address AND it would have cost me $36.64 to mail it back to a fake address. Then it would be a total of $69.99 for NOTHING. I sent email after email explaining the  SCAM to both

PayPal and Yokawa the sellers. They just keep giving me the run around. I asked PayPal to call me because every time I call the automated system hangs up on me. I too am very disappointed in PayPal. I have used them for years, many years, going to stop if I cannot trust them. It does sound like they are in this together to scam people.😣

👍  **6 Kudos**

 **LucindaP** ⭐ Contributor                                              Oct-09-2020 09:

## Re: Yokawa Network Limited Is a SCAM

YES!!! I ordered the pool golf game which was supposed to be two floating putting greens and golf balls and clubs for the pool on June 4th for 52$. I finally received a package in mid September which included 2 foam golf balls. When I emailed the company they told me it would be "much more 78$ for the whole game set". I filed a complaint through PayPal and then they said I would ge t a full refund if I returned the golf balls to the company with a tracking number. The usps said it would cost 36$ to send the foam golf balls back. That is RIDICULOUS !!! I am appalled that PayPal is letting this continue and I am contacting the BBB ABOUT this company today!!! I am fighting this until I get my refund.....this kind of fraudulent company should not be allowed to continue such practices.

👍  **0 Kudos**

 **Welshdwarf** 💥 Contributor                                            Oct-09-2020 10:

## Re: Yokawa Network Limited Is a SCAM

Hi Lucinda

i am sorry you have had the same problem, it seems that paypal are not interested one bit in this company, i yesterday finally admitted defeat, paypal never got back to me after i lodged for an appeal, when they finally did they said because i did not send the wrong items back by the final date to the china address using UPS or DHL, then they find for the seller. i had another go yesterday but they said thats the end, and do not raise the question again as their decision is final, i do get 2 micro sd cards that cost and £6 each, but i still lose my original payment of £39.99.

good luck i really hope you get a result.

👍 **0 Kudos**

 **LucindaP** ⭐ Contributor     Oct-09-2020 10:

## Re: Yokawa Network Limited Is a SCAM

I filed a complaint with econsumer.gov which is the international better business bureau today. I am looking forward to hearing back from them. Fingers crossed

👍 **1 Kudo**

 **conspec** New Community Member     Jul-25-2020 11:2

Case 1:20-cv-11075-NRB Document 30-2 Filed 01/15/21 Page 30 of 86

## Re: Yokawa Network Limited Is a SCAM

Scammed by this company from China, Paypal **bleep** its members by not properly vetting the sellers and not backing up the buyers, it wont even let us file a claim now

👍 **2 Kudos**



texas2222 ⭐ Contributor        Jul-29-2020 08:1

## Re: Yokawa Network Limited Is a SCAM

I got sucked into the SCAM idea.  However, I did receive my items from Yokawa Network Limited.  I apologize for prematurely opening up a complaint about this company.  My advice is that if you ordered from this company BE PATIENT.  I don't know about everyone's individual experience, but mine worked out.

👍 **0 Kudos**



LT_93 ⭐ Member        Jul-29-2020 09:1

## Re: Yokawa Network Limited Is a SCAM

Same. They ripped me off too. They know how the paypal disputes system works so they convince you your item is enroute and just to be latient, meanwhile you run out of

Yokawa Network Limited Is a SCAM - PayPal Community

time to appeal the dispute. You only have 10 days to appeal after the dispute is closed.
I tried to dispute the transaction after a few weeks, and they lied to me saying it was
on the way to just be patient. Meanwhile Im waiting and then can no longer appeal. Its
been two months and they refuse to refund me and I have no recourse in PayPal. They
are crooks.

👍 **2 Kudos**

 **Casand2** ⭐ Contributor      Aug-06-2020 07

## Re: Yokawa Network Limited Is a SCAM

See my response how I got my money back from PayPal. Good luck!

👍 **0 Kudos**

 **Casand2** ⭐ Contributor      Aug-06-2020 07

## Re: Yokawa Network Limited Is a SCAM

Take that tracking number and go online to USPS and click on where is my package.
They will track what address the package was delivered to. You can then have PayPal
open up the claim again with your new info. I got information and screen shots from
Usps in my email which I uploaded in chat to Paypal. I ended up finally getting my

money from PayPal after originally being denied cause the scammer gave a bogus tracking number. Good luck!!

👍 **2 Kudos**

Powered by

Khoros

**PayPal**      >  **Help**     >  **Disputes and**
ommunity     **Community**     **Limitations**
›   **Yokawa Network Limited Is a**
CAM



**Siberia_SJ** New Community Member      *Aug-07-2020 04*

## Re: Yokawa Network Limited Is a SCAM

First of all, I didn't have a paypal before today, August 7th, 2020... second of all, the only thing I DONT have a pending transaction for in my pnc account is the bed set I just ordered off of the favoritebetter. It had so many good reviews but I guess they were fake because I have a transaction for $80.48 pending in my list of transactions from paypal for Yokawa Network Limited, jeep in mind this bed set was on sale for $69.99 WITH free shipping... something doesn't add up there... the original price of this set was $90 something dollars, I'm furious because I think this purchase that I made is part of this scam and I don't even know if I should fight to get my money back because it seems like they will pull some **bleep**...

 **1 Kudo**



**Ozbear** ⭐ Contributor      *Aug-10-2020 07*

## Re: Yokawa Network Limited Is a SCAM

Yokawa Network Limited Is a SCAM - PayPal Community

I ordered a security camera from these scammers after 6 weeks nothing so opened a dispute after another week finally a package arrived with just a SD card in it after some research I have found this is one of their scams and they have sucked many people in with this Facebook scam I have escalated the dispute so will see what paypal comes up with . Meanwhile avoid them like the plague

👍 **2 Kudos**

 RhondaSciacca ⭐ Contributor                    Dec-17-2020 08:

## Re: Yokawa Network Limited Is a SCAM

I have just received exactly the sane item today –2 SD cards instead of 2 security cameras. Just about to go head on with PayPal about it

👍 **0 Kudos**

 702_Dave 🌟 Contributor                         Aug-12-2020 06

## Re: Yokawa Network Limited Is a SCAM

I purchased 2 items from them ($149), using PayPal. Unlike some of you, I did actually receive items... INCORRECT ITEMS. I immediately contacted their support email provided. They asked me for photographic proof. All sounds like a normal process. They said they need to check with their warehouse. Then they replied to me, "We checked

with the warehouse and we sent the correct items." FRAUD! HOW THE HELL CAN YOU SAY THAT WHEN I PROVIDED 100% CLEAR HIGH RES NON DISPUTABLE PHOTOGRAPHIC PROOF OF THE PACKAGING, ALL LABELS, AND THE ITEMS WHICH ARE AS INCORRECT/DIFFERENT AS NIGHT AND DAY?!?!?! FRAUD! I have asked them in SIX different emails to provide their business name and website address. Everytime they completely ignore and talk around my request. FRAUD! They emailed me a copy of my order which correctly identifies my true order. The title line of the items are ordered, the kiteral verbiage, DOES NOT REFLECT WHAT WAS SHIPPED TO ME! FRAUD! I reiterated what I ordered, how they confirmed the order I paid for, but could clearly see what they sent me did not match what I ordered. I asked them a simple question, 2 times... "Could you please explain why you say you sent me the correct items?" In the email I included the photos of what was sent to me and I found a random image online of what they should have sent me so that they can see, WITH THEIR OWN EYES, SIDE BY SIDE, THE DIFFERENCE BETWEEN WHAT THEY SENT MW AND WHAT THEY SHOULD HAVE SENT ME. Their response... "Sorry for any confusion, we checked with our warehouse and we sent you the correct items." OMG FRAUD!!!! They continually copy/paste the same generic response to me, they truly DO NOT CARE! There have been around 30 emails like this that clearly prove them in the wrong. I went to my bank and my bank said I only had 45 days to dispute... how convenient it took them about 2 full months to send my items. They are so fraudulent that they must know about random bank rules like this. I can't report a problem until I know one exists... 2 months later... I worry about PayPal right now. Everyone is saying to go to the Better Businesses Bureau and give PayPal very bad reviews for how poorly Paypal has been treating people since they closed down all phone support due to Corona. I agree, I will be filing with the BBB. The fact that there is not 1 human answering any calls for Paypal, A BANK!!!, IS ABSURD. Banking and online transactions continually take place. Paypal is taking advantage and making more money by not staffing employees. I dont want to file the electronic Paypal dispute because, as many of you have said (and I know), as long as the automated dispute process sees any tracking number provided as delivered, they AUTOMATICALLY FAVOR THE SELLER! ABSOLUTE BULLS**T!! I have had positive success with disputes in the past, using Paypal, as long as I spoke with a human. But now, no matter how overwhelming your proof and case are, you waste your time providing all the information. Paypal currently DISREGARDS EVERYTHING YOU SAY, AND UNEQUIVOCALLY PROOVE, as long as a simple tracking number shows as delivered. How does a delivered item (if it was actually delivered) justify the incorrect item, a damaged item, a partial receiving of items, etc??? IT DOESN'T!!! Yokawa Net Ltd is ABSOLUTE TRASH!! PAYPAL, You have FAILED YOUR USERS/MEMBERS, HORRIFICALLY!! If you do not get your employees answering phones again VERY SOON

Case 1:20-cv-11075-NRB Document 30-2 Filed 01/15/21 Page 36 of 86

to support all of your valued members/customers, you deserve to fail, go bankrupt and out of business! Paypal has lost almost all respect by ALL OF THEIR USERS! Sorry for any typos... /end

👍　**3 Kudos**



Gibbsgal ⭐ Contributor                                          Aug-13-2020 07

## Re: Yokawa Network Limited Is a SCAM

They are the worst.  I have a confirmation that I ordered saw and blades.  They sent me blades but not saw and they tell me I only ordered the blades.  I have a confirmation that says SAW with blades.  Been fighting it since June.  Brought in Paypal last month and just got same reply.  I have escalated it with Pay Pal but after reading these posts I think I will never see the saw or my money.  Shame on me for trusting a FB ad.  Never again

👍　**1 Kudo**



702_Dave ⭐ Contributor                                          Aug-13-2020 11

## Re: Yokawa Network Limited Is a SCAM

I am keeping my fingers heavily crossed for help when Paypal agents return. This will make my second case (unrelated) where I need PP support. My first unrelated matter was denied over the basic tracking rule, thats why I have no hope for submitting a

second one. My only concern is, do I need to submit this case, even though it will get denied (as we all know) so that I will have a date stamp for request. I saw a PP employee reply to someone, in another thread, to call them once they return as they "Will be able to help." I sure hope so. And geez, they will be insanely busy with PP members calling them for skyrocketed claims related cases since they left office.

👍 **0 Kudos**

 rgrimm ⭐ Contributor

Aug-13-2020 04

## Re: Yokawa Network Limited Is a SCAM

7/8 Ordered HDMI striplights for tv. $49 with shipping.  never received email confirmation from website.  Paypal charge came from this Yokowa Network Limited. Next day the website I ordered from was gone.  Filed a dispute with Paypal.  Of course, like so many other posts here,  they came back with a tracking number that showed it was delivered to my city, state and ZIP.  Now bear in mind there are thousands of residences in my zip code, but that was proof enough for Paypal that my item was shipped!!!??!!   I contacted USPS that delivered the item (somewhere) and found it went to a different address than me.  Sent an email back to Paypal showing this and was led to believe that this would be resolved in my favor.  I have gotten a different response on each communication in their message center from a totally different person.  No one is on the same page.   Now they want an actual official document from the USPS showing the originator and tracking to delivery again when previously they were fine with then email I got from USPS.
Paypal customer service is ridiculous.   I am about to cancel my Paypal account after 10+ years and accept my loss.
There are competitors to Paypal these day.  So I may be looking elsewhere.

A Class Action against Paypal would be a nice start.  I heard someone mention that.  They need to be reported to BBB and FTC.

fustrated...

👍 **1 Kudo**



**702_Dave** ⭐ Contributor

Aug-13-2020 07

## Re: Yokawa Network Limited Is a SCAM

EVERYONE, I may have positive information for EVERYONE here soon, against Yokawa. Quick question for any/everyone... can you please provide any names and addresses that items have been shipped to you, FROM? Again, I DO NOT need your address, I am looking for where the items shipped from. The items shipped to me came from a warehouse in Bell, California. I have a team of attorneys, on retainer, assisting me with looking deeper into this fraudulent company. All information is helpful. Stay tuned!

👍 **2 Kudos**



**rgrimm** ⭐ Contributor

Aug-20-2020 08

## Re: Yokawa Network Limited Is a SCAM

Shockingly I received an email from Paypal telling me they decided in my favor and have refunded me. Wow. Amazed. Perhaps someone read these forums?

👍 **0 Kudos**

Yokawa Network Limited Is a SCAM - PayPal Community

 Pdunn ⭐ Contributor                                    Aug-14-2020 08

## Re: Yokawa Network Limited Is a SCAM

I had the same problem. They gave paypal a bogus tracking number that I recieved it in July 10, 2020. The original tracking still has the item in California and its supposedly still there. The website is gone and no response to my emails anymore. PayPal closed the case, what bothers me is paypal did not do any investigating on the company and if you have so many people showing g they were ripped off this should have been a red flag for paypal. I learned but God always takes care of those who lie and cheat on people innocence.

👍 **1 Kudo**

Powered by



**PayPal**             >    **Help**           >   **Disputes and**
ommunity          **Community**         **Limitations**

›    **Yokawa Network Limited Is a**
**CAM**

 Pdunn ⭐ Contributor                    *Aug–14–2020 08*

## Re: Yokawa Network Limited Is a SCAM

I had the same problem. They gave paypal a bogus tracking number that I recieved it in July 10, 2020. My order was placed on May 26, 2020 for $37.84. The original tracking still has the item in California and its supposedly still there. The website is gone and no response to my emails anymore. PayPal closed the case, what bothers me is paypal did not do any investigating on the company and if you have so many people showing g they were ripped off this should have been a red flag for paypal. I learned but God always takes care of those who lie and cheat on people innocence.

👍    **0 Kudos**

 cadmancan ⭐ Contributor                   *Aug–21–2020 12*

## Re: Yokawa Network Limited Is a SCAM

Yokawa Network Limited Is a SCAM - PayPal Community

Portions of my updated conversation within my ongoing Paypal dispute (Resolution Center) has dissapeared from the offical record. They emailed me saying there was an update that requred my action. I was told by Paypal to contact local Police, Feds or the Interner Crime Commission or IC3. I replied within REsolution Center that why are you Paypal taking action. That record is gone.

👍 **0 Kudos**



**wadzyg** 🌟 Contributor

Aug-16-2020 02

## Re: Yokawa Network Limited Is a SCAM

For those who have been denied satisfaction and a refund from PayPal is there any interest in a class action against PayPal for compensation under their Buyer Guarantee. Clearly their policies for vetting sellers are inadequate and are just feeding these scammers more victims. As for the staff and systems in place for dispute procedures, they are appalling. No one responds on Chat, leaving messages get no response and even the return post before we progress your claim stalls into a dead end of 1 way communication.

👍 **3 Kudos**



**cadmancan** 🌟 Contributor

Aug-26-2020 09

## Re: Yokawa Network Limited Is a SCAM

Yes. I am interested in a class action lawsuit. Yokawa/ Paypal want me to pay shipping for an order that was fully fufilled. The cost of me paying for returning the partial order is more than the money they owe me.

👍 **0 Kudos**



**Kezzbee** 🌟 Member         *Nov-27-2020 01*

## Re: Yokawa Network Limited **Is a SCAM**

Im interested i have been done by three different companies and rejected for two of my disputes one still on going Pay pal have done nothing to help out innocent victims of scams

👍 **0 Kudos**



**wobbly1** 🌟 Contributor         *Nov-27-2020 02*

## Re: Yokawa Network Limited **Is a SCAM**

I am not sure if PayPal has their fingers in the pie!!!!

👍  **0 Kudos**

 cadmancan ⭐ Contributor                                    Aug–16–2020 08

## Re: Yokawa Network Limited **Is** a SCAM

I am in the middle of Paypal dispute with Yokawa Network Limited. Paypal has thrown the ball back in my court to complain to the IC3, Feds or local police.  Has anyone here tried to take their dispute all the way up the process?

👍  **0 Kudos**

 702_Dave ⭐ Contributor                                    Aug–16–2020 10

## Re: Yokawa Network Limited **Is** a SCAM

**@wadzyg**, **@cadmancan** – I have about 3 posts in this thread. Please take a look at my post appox. 3–4 previous to yours. AGAIN, if anyone has a similar, or also different, return mailing address from something you did receive, please let me know. **@wadzyg** – I would likely be interested re. your class action. I have another incident, like this, where I have provided overwhelming factual proof of fault/damages on the shipper, which was denied simply because of a tracking number. Sellers can ship rocks from their backyard right now and as long as they have a tracking number going from point A to point B, Paypal's automated human–less dispute support with always default to the

shipper simply for having a valid tracking number... of any kind. It is appalling. /end – sorry for any typos.

👍  **1 Kudo**

 **wadzyg** 🌟 Contributor                                    *Aug-17-2020 11*

## Re: Yokawa Network Limited Is a SCAM

In an effort to get PayPal's attention I requested my credit card provider to reject the PayPal debit as goods failed to be supplied.
Also in Australia PP are obliged to abide by rulings from the Financial Services Ombudsman and I am lodging a claim through them
Either way I will pursue this matter until I get my refund.

👍  **3 Kudos**

 **cadmancan** 🌟 Contributor                                *Aug-20-2020 10*

## Re: Yokawa Network Limited Is a SCAM

What additional info can I provide? I paid for a set of (4) red lights and paid $28.40.  Took 4 months to get them. I kept pinging the website from the FB ad and confirmtion email.
Then the websaite was closed down and I didnt hear anything.  Finally got the product with cards inside of a different company name.  I received a set of (2) blue lights. I emailed them

Case 1:20-cv-11075-NRB Document 30-2 Filed 01/15/21 Page 45 of 86

and they said they would offer $4 refund. I told them I received half my order now I want half my money back. They said $5 is the most they could offer.  I contacted Paypal and after a review they sided with Yokawa and siad there was confrimation of a deleivery. I wrote Paypal a scathing email and they acknowledged thier mistake. Honestly they didnt actually read the my email csaue I as quite clear. Waited several week and now Paypal has thrown the ball in my court saying I need to complain to IC3 which is come Internet board. In the complaint form it is asking me to enter banking infom routing number to checking. I asked Paypal why arent you helping and they have gone stone cold silent.  I know it isnt much money but both Facebook and Paypal are aware of this and are doing nothing.

👍  **1 Kudo**

Powered by
Khoros

**PayPal**        >   **Help**           >   **Disputes and**
ommunity           **Community**         **Limitations**

›   **Yokawa Network Limited Is a**
**CAM**

 cadmancan ⭐ Contributor                  Aug–17–2020 11

## Re: Yokawa Network Limited Is a SCAM

This would be a great class action lawsuit against Yokawa Network Limited maybe even
p*****

👍   **5 Kudos**

 702_Dave ⭐ Contributor                  Aug–19–2020 04

## Re: Yokawa Network Limited Is a SCAM

Just an update – I hope to be gaining additional, good, information via investigations,
by end of this week.



👍 **3 Kudos**

---



FlorinChurchman   ⭐ Contributor      Aug–20–2020 03

## Re: Yokawa Network Limited Is a SCAM

I too got scammed, ordered 2 items on May 10th and apparently 1 parcel was delivered to Edmonton Alberta 2 weeks ago.... I'm located in Calgary!!! So furious with this company and as well with PAY PAL!

👍 **1 Kudo**

---

cadmancan   ⭐ Contributor      Aug–25–2020 10

## Re: Yokawa Network Limited Is a SCAM

So apparently Yokawa Network Limited has agreed to give me a refund providing I return the order that was incomplete.  Paypal and Yokawa need me to pay for shipping to Hong kong that is more than the order is worth. So I have to pay more money. In an email Yokawa was almost mocking me that they knew the shipping would be worth more than the worth of the product. I am so mad I could spit fire. In the Paypal Resolution Center, I have two choices, upladig the paid tracking info from me or cancel case.

👍 **0 Kudos**

 AlisaPifine ⭐ Contributor

Aug–21–2020 11

## Re: Yokawa Network Limited Is a SCAM

I placed an order on May 26th which, of course, I was charged for but never received. Same as many of you, I was given a tracking number to nowhere. Has anyone gotten assistance with this? Why does PayPal refuse to help when there is clearly theft going on here?

👍   **2 Kudos**

 cadmancan ⭐ Contributor

Aug–21–2020 01

## Re: Yokawa Network Limited Is a SCAM

A Classaction lawsuit should include Paypal and Facebook. Facebook should do some system to vet potential scams from companies that are in China.

👍   **1 Kudo**

 702_Dave ⭐ Contributor

Aug–21–2020 07

Yokawa Network Limited Is a SCAM - PayPal Community

## Re: Yokawa Network Limited Is a SCAM

I now have contact info to the "Yokawa Network" California warehouse and also the owner. I will update again next week. I will also pass on the contact information to all of you as well. Stay tuned.

👍   **5 Kudos**



**Welshdwarf** 🌟 Contributor              Aug-24-2020 09

## Re: Yokawa Network Limited Is a SCAM

I to recently have been scammed by this company, they advertised a PTZ Wifi camera for x ammount but if i purchased 2 then it was free shipping to UK, i paid £39.95 with paypal, i tracked the order and it was delivered 2 weeks later, when i got home i asked the wife where is the box of items, she replied "no box just an envelope" i opened the envelope to find 2 x 5gb SD Cards.
I contacted seller straight away and they kept replying item delivered etc. then i got one email from another company saying item was purchased and delivered correctly, i was not happy. Then about 10 days later i had an email from Yokawa Network Ltd asking me to send items to a china address recorded delivery with either DHL or UPS no other company accepted, well i priced it and it cost more than my order, But on the delivery envelope there was a note "please return to *********** UK" so the returns was a UK address in Leicester.
I started a case with paypal, after nearly two months they have decided in my favour BUT i have to return the 2 incorrect items to the seller in CHINA, Grrrrr. Paypal you are a joke, i cannot go any further other than close the case, i cannot provide any more pictures as i wanted to show paypal the return address etc. i have not closed the case as yet as i have until 2nd september, any advice??

Yokawa Network Limited is a SCAM PayPal Community

👍 **1 Kudo**

 **Hellocorey** 💥⭐ Contributor      Aug-24-2020 02

## Re: Yokawa Network Limited Is a SCAM

Do not give up even if PayPal denied your claim appeal it do not give up

👍 **1 Kudo**

 **702_Dave** 💥⭐ Contributor      Aug-25-2020 09

## Re: Yokawa Network Limited Is a SCAM

I have spoken with the owner of the California Warehouse for Yokawa Network. The owner stated that they are not aware of what they ship out to US addresses. The owner stated that they are simply a warehouse. The items arrived, PRE-PACKAGED, and they simply match and forward items, based off of their existing labels, to their respective US addresses of order. The owner states that that very rarely see any product they are forwarding. I informed the owner that the people responding to their support, state that "They checked with the warehouse and the warehouse sent the correct items." MEANING, the support is BLAMING the warehouse. The warehouse is only forwarding by barcodes they were provided. They have nothing to do with the orders. It IS THE FAULT of the company in China for packaging the incorrect/incomplete items. When they tell us that, "The warehouse shipped the correct items," it only means they forwarded the correct barcode. The warehouse is essentially in the dark. The owner of the warehouse

states he will attempt to assist me in having the main contacts in China actually correct their mistakes. Stay Tuned.

👍  **3 Kudos**

Powered by

Khoros

Yokawa Network Limited Is a SCAM - PayPal Community

**PayPal**      >   **Help**      >   **Disputes and**
ommunity      **Community**      **Limitations**

›   **Yokawa Network Limited Is a**
**CAM**

   **wadzyg** 🌟 Contributor        Oct–25–2020 08:

## Re: Yokawa Network Limited Is a SCAM

Forget the appeal process and make voice contact with PP staff. Refuse to give up and get your refund like I just did after having all previous methods denied.

👍    **2 Kudos**

   **wadzyg** 🌟 Contributor        Sep–02–2020 03:

## Re: Yokawa Network Limited Is a SCAM

Post the items received back and PP will refund return postage as until you do that they won't do a bloody thing . Seems you were scammed with same cameras I ordered in Australia.



0 Kudos

 Welshdwarf ⭐ Contributor      Sep-02-2020 10:

## Re: Yokawa Network Limited Is a SCAM

posting the 2 x SD cards back to the seller is not a problem, but have you seen the cost to send these 2 cards (recorded delivery) from UK to china??, it out weighs what i paid, and i will not get it back. the envelope the cards came in had a sticker on rear "If undelivered please return to ........UK Address", so my arguments with paypal is:
1. Seller sent incorrect items 2 x Micro sd cards at £9.98......... even though the paypal invoice states "2 x Wifi Cameras at £38.19".
2. paypal want me to post back to china (why should i pay for returns postage if seller sent wrong items).
3. the seller will only accept DHL as returns postage company.
4. the incorrect item arrived in a 9x4 envelope and with Royal mail 48hr tracked, with UK Returns address.

today at 11.59pm the case ends, as my time limit to return the items ends, so i expect Paypal will side with the seller, I WILL appeal this and i will start a small claims court against paypal, But FACEBOOK should hold some responsibilty towards this , but again i cannot get hold of them, the same with the company who advertised on Facebook "Cherishim", cant get hold of them either.

Today 2nd september 2020 the company who sent the incorrect items offered me £10 compensation, needless to say i rejected.



1 Kudo

 Welshdwarf ⭐ Contributor      Sep-03-2020 03:

## Re: Yokawa Network Limited Is a SCAM

Regarding my case, today paypal decided to favour the seller, because i would not pay for the return recorded postage to china (costs more than my original item), i listened to the community as to let it run its course and appeal when decision is made. well today i had kick in the backside, you CANNOT appeal a decision that paypal has made :(, once the decision has been made it is final, i have been trying to contact paypal but apparently they have no staff due to covid (so how did they make the decision). so Yokawa has won again or have they?, one thing i did notice was the title of the case "AEROPTIC Network Limited" and not Yokawa, very strange, today i will seek legal advice as i said. so lets see how it goes from here.

👍 **0 Kudos**



cadmancan ⭐ Contributor      Sep-03-2020 07:

## Re: Yokawa Network Limited Is a SCAM

The exact thing happened to me. I was owed money from what Yokawa didnt send that I ordered. I ordered a set of (4) for a certain product. I paid for (4) but was only sent half. I asked for half my money back. Paypal ruled I had to send the items back to get a full refund which I never asked for. The cost to ship the (2) products back to China is more than the what I paid for the full order of (4).  Paypal initially ruled in favor of Yokawa since it said there was a confirmed tracking number. Paypal habe never respomded to my actual email but alwasy repsonded with a form letter.  Paypal wont respond to emails, I cant talk to a person.  I have taken this as far as I can.  I wish there was a way to initiate a class action lawsuit against Yokawa, Paypal and Facebook (since they were where the ad was advertised).



**2 Kudos**

  Gunendrakumari ⭐ Contributor                                    Oct–24–2020 04:

## Re: Yokawa Network Limited Is a SCAM

we sll should get together and sue Paypal and Y.

Tags (1)

Tags:   [ YOKAWA NETWORK LIMITED IS A SCAM ]

**0 Kudos**

Stranch1 ⭐ Contributor                                              Aug–30–2020 07

## Re: Yokawa Network Limited Is a SCAM

I ordered product 6/1/20 and received a tracking number as well as an email address.
Tracking number still shows it's in China but when I alerted PayPal that company gave
me a bogus update and Never received product they didn't do anything. Tracking still
shows same update back from early June. I tried to escalate but PayPal closed out the
issue. The email address provided with my order are fake addresses and bounce back.
So upsetting!

👍 **0 Kudos**



**Jaymariewhit** ⭐ Contributor      Sep-01-2020 05:

## Re: Yokawa Network Limited Is a SCAM

I was also scammed by this company. Ordered 8/14 and inquired about when I would receive my items/tracking info. They sent me a USPS tracking number that says it originated in Walnut, Ca and then on the 27th was in Texas. I live in California so clearly the tracking number they gave was bogus. I started contact on PayPal and the "company" responded with a DHL number claiming to be delivered in my town (doesn't show my address, just the town) on 8/25 from Saudi Arabia. Very frustrated and after reading all of these posts, I have the sinking suspicion PayPal will side with these crooks instead of me.

👍 **0 Kudos**



**Jaymariewhit** ⭐ Contributor      Sep-12-2020 04:

## Re: Yokawa Network Limited Is a SCAM

Update. I actually received the product. I was surprised. After 2 days of wearing, the coating is rubbing off. Cheaply made. Cutting my losses at this point. Frustrating.

👍 **0 Kudos**

 **Welshdwarf** 🌟 Contributor        Sep-13-2020 05:

## Re: Yokawa Network Limited Is a SCAM

Wow that is a first for this company, like u said tho item not much good

👍 **0 Kudos**

Powered by

Khoros

PayPal        >   Help        >   Disputes and
ommunity        Community        Limitations
   ›    Yokawa Network Limited Is a
CAM

 YokawaCrooks ⭐ Contributor             Sep-01-2020 10:

## Re: Yokawa Network Limited Is a SCAM

I ordered a complete golf **bleep** game. They sent me a single rubber ball. I am going to file a complaint with my state consumer affairs dept. Damn crooks.

👍    **1 Kudo**

 CoHarr ⭐ Contributor             Sep-05-2020 05:

## Re: Yokawa Network Limited Is a SCAM

The exact same thing happened to me. I received a foam golf ball–nothing else and Yokawa says my purchase was delivered. Now PayPal says they will issue a refund only if I send the foam golf ball back to China. Costs more to ship it than what the entire item costs and I probably wouldn't end up getting a refund anyway from this bogus company.



👍 **0 Kudos**

---

 **Welshdwarf** 🌟 Contributor        Sep-05-2020 05:

## Re: Yokawa Network Limited Is a SCAM

push it with paypal, mention the community site and all the complaints, this company is getting away with it all the time.

👍 **0 Kudos**

---

 **Colin1948** 🌟 Contributor        Sep-05-2020 01:

## Re: Yokawa Network Limited Is a SCAM

*Colin1948*

*Yokawa Network have now changed their name Mid resolution. Why cant PayPal see whats going on? I was told it would take between 7 to 10 days for a result. Im now in my 7th week and the final date of resolution keeps jumping by 4 or 5 days & the Yokawa Company are now on their 3rd trade name in 7 weeks.*
*<u>Be careful, they are now using the name AEROPTIC Network Limited</u>*

Yokawa Network Limited is a SCAM - PayPal Community

👍 **0 Kudos**



Annoyed–Again ⭐ Contributor                                          Sep-22-2020 04:

## Re: Yokawa Network Limited Is a SCAM

I just got scammed by them. I purchased a bedspread from them August 4th off of an Instagram advertisement I saw. With tax it was $80. I realized it hadn't arrived so I filed a complaint to PayPal today at 7am. Then out of the blue the company sends me shipping email that it's arriving TODAY, almost 2 months later. How strange is that?! So I get Thai email with the tracking. It's very unspecific, but from what I could figure out it took a month to leave China and somehow has been somewhere in the US for another 3 weeks. Then it magically arrived to me just now. I open it and it's a blanket and 2 pillow shams. It's not a bedspread like the original advertisement. And of course I cannot find their company online because they do not have a website and as you have stated, they have changed their company name several times. I had an issue like this a few months ago with another company over shoes. I ordered sandals and received plastic high heel shoes that look like crap. PayPal said to ship them back but it was going to just cost me more money. I'm sure this will be the same BS.

👍 **0 Kudos**



Aggravated3 ⭐ Contributor                                            Sep-06-2020 11:

## Re: Yokawa Network Limited Is a SCAM

I'm so frustrated. I ordered the golf chipping game & got a foam ball. PayPal is a joke. They'll refund my $ after I return for $50 and paid $30. Just curious if your bank was able to help?

👍 **1 Kudo**

 cadmancan  ⭐ Contributor                                    Sep-06-2020 11:

## Re: Yokawa Network Limited Is a SCAM

Paypal will not help you. Paypal doesnt actually read the emails and listen to the issues on a case by case basis. Paypal wont take phone calls. I am owed money for half my order being shipped. Yoakwa said they would give me a refund if I send half my order back at my own expense which is more than the whole order is worth tha I am owed. Paypal doesnt care and will not help. They only help the businccesses that they make money off of. I wish I knew how to start a class action lawsuit against Yokawa, Paypal and Facebook.

👍 **1 Kudo**

 Colin1948  ⭐ Contributor                                    Sep-07-2020 02:

## Re: Yokawa Network Limited Is a SCAM

**Yokawa Network Limited, has changed its trading name for the 3rd time, on my ongoing Resolution dispute. It became EAROPTIC Network Limited And today its changed again to ADUR Network Limited!!! Is this really PayPal we are using? They have been "Reviewing the sellers information" Since July 31st**

👍   **1 Kudo**

 SCAM-ALERT ⭐ Contributor      Sep-09-2020 09:

## Re: Yokawa Network Limited Is a SCAM

Yokawa Network Limited Is a SCAM without a doubt, they supplied a tracking ID for an item NOT in my name and NOT my address as confirmed with the shipper. This information was provided to PayPal and they closed the case IN FAVOUR OF THE SCAMMER DUE TO THEIR SCAM TRACKING ID. I am exhausted by dealing with PayPal who are supporting scammers and frauds. PayPal would not accept emails from the shipping agent, or screenshots, or PDF or their system – unbelievable. They only accept FAKE tracking ID's from illegal and dishonest companies.

The courier is on my side and PayPal ignores the evidence!! Now I am $70 USD out of pocket, my autistic son does not have his toy and I'm FURIOUS at PayPal. Disgusting process, disgusting result, shame on you PayPal and your incompetent staff. PAYPAL PROTECTS SCAMMERS!!!!!

👍   **0 Kudos**

 blindfaithx ⭐ Contributor      Sep-12-2020 01:

## Re: Yokawa Network Limited Is a SCAM

Same thing happened to me, please if someone is moving forward with any sort of law suit let me know how it goes or if I can contribute as well, this has gone on far enough and I can only imagine how much money they have scammed from people.

👍 **2 Kudos**



Powered by
Khoros

**PayPal**　　　　　　>　**Help**　　　　　>　**Disputes and**
**ommunity**　　　　　　**Community**　　　　　**Limitations**

›　**Yokawa Network Limited Is a**
**CAM**



**Dan2222** New Community Member　　　　　　　　　　Sep-16-2020 04:

## Re: Yokawa Network Limited Is a SCAM

I ordered a battery operated mini wood cutter (mini chain saw). The picture shows the
chain saw and a hand saw (knife) which is described in smaller faded fonts. This implies
that both items are included. I only received the knife and they claim this is what I
oredred.

👍　**1 Kudo**



**wadzyg** 🌟 Contributor　　　　　　　　　　　　　　Sep-16-2020 06:

## Re: Yokawa Network Limited Is a SCAM

Scam5 is still running on Facebook tonight I reported it to Facebook for removal

👍 **3 Kudos**



**Toweaver** ⭐ Member                                    Sep-17-2020 10:

## Re: Yokawa Network Limited Is a SCAM

I have a $75.85 charge on my paypal account and Never recover my order. Ordered June 6, 2020. I need a credit to my paypal account as it was a SCAM

👍 **1 Kudo**



**Lindy56** 🌟 Contributor                                    Sep-21-2020 07:

## Re: Yokawa Network Limited Is a SCAM

I, too, got scammed by this same company. Ordered 3 outdoor golf games in June and received 3 foam golf balls 4 months late for a total of $86.14 USD!

👍 **1 Kudo**



**Stranch1** ⭐ Contributor                                    Sep-21-2020 10:

## Re: Yokawa Network Limited Is a SCAM

I ordered my "game" 6/1 and just received the crappy sponge golf balls 9/5. I called my credit card company and they are giving me a provisional credit for the full $52.79 I spent. They are reaching out to Paypal and the company to try to get the money back directly from them so will see what happens. I would definitely try to get your money back by disputing the charge. Good Luck!

👍   **0 Kudos**



KathyReg ⭐ Contributor                          Oct-05-2020 04:

## Re: Yokawa Network Limited Is a SCAM

I was forced to return the foam balls which I did via US Mail. The cost is $17.25 but my original cost was over $52 so it was worth it to me as I will get all the money back from Yokawa. I learned my lesson for sure!

👍   **1 Kudo**



Hellohoudini ⭐ Contributor                      Oct-05-2020 08:

Yokawa Network Limited Is a SCAM - PayPal Community

## Re: Yokawa Network Limited Is a SCAM

After emailing "this" company... they said they would investigate this claim – I quickly email them demanding what is there to investigate when the tracking that they supplied clearly showed a different address then the address they had listed for me. They emailed back saying they would resend the blanket I paid for but that was over 3 weeks ago and they haven't responded to the last 2 emails I have sent demanding a refund. I now hunt them down on Facebook and Instagram – first I leave a comment telling others what a scam they are and how they have changed their name 7 times since Jan... then I report them for scams/frauds. Previous post: Just received noticed that my ordered was delivered on 9/18 to my house – I was here all day. I looked at the shipping tracker and my zip code went from 78245 to 78209. I tried emailing the address that was giving in case of issues but it came back in Chinese and I believe it said it was undeliverable. I have logged a claim with PayPal...after reading all these complaints on this company...they better refund my money.

👍 **0 Kudos**

 Tgr51698 ⭐ Contributor          Sep-23-2020 06:

## Re: Yokawa Network Limited Is a SCAM

Yes, they are a scam. I ordered an outdoor golf game that's similar to corn hole. It took 2 months and the only thing I got was a foam golf ball. I opened the dispute, and Yokawa actually responded and said that was all I ordered. Ridiculous, because I clearly did not spend $29.00 on a foam golf ball. The offered a refund but I had to pay shipping, which who knows how much that would have been to mail it back to China. This is what they count on, so they look like they've offered a refund and you don't return the item. So the response was on me, and the only thing I could do online was to provide the tracking number. I ended up calling Paypal, and they instantly saw what a scam it was and refunded my money immediately.

👍  **0 Kudos**

 **Lindy56** ⭐ Contributor                              Sep-23-2020 07:

## Re: Yokawa Network Limited Is a SCAM

So you did get a refund from PayPal? The only they sent to me was to send the foam
balls back to Yokawa to get a refund which is not happening!

👍  **0 Kudos**

 **Welshdwarf** ⭐ Contributor                          Sep-23-2020 07:

## Re: Yokawa Network Limited Is a SCAM

No not as yet, i am still fighting paypal, they closed the case, but there was no where to
open up an appeal, so i used the messenger service that paypal provides, they allowed me
to input more data (pictures) and said they we re-look into the case, since then the
company has changed its name twice!!

so still waiting but i am not giving up, so keep pestering paypal

 **0 Kudos**

Powered by

Khoros

PayPal            >   Help            >   Disputes and
ommunity             Community            Limitations
›   Yokawa Network Limited Is a
CAM

 Hellohoudini ⭐ Contributor                                    Sep-23-2020 08:

## Re: Yokawa Network Limited Is a SCAM

Just received noticed that my ordered was delivered on 9/18 to my house – I was here all day. I looked at the shipping tracker and my zip code went from 78245 to 78209.  I tried emailing the address that was giving in case of issues but it came back in Chinese and I believe it said it was undeliverable. I have logged a claim with PayPal...after reading all these complaints on this company...they better refund my money.

👍  **0 Kudos**

 Colin1948 ⭐ Contributor                                    Sep-23-2020 08:

## Re: Yokawa Network Limited Is a SCAM

After 3 month and many complaints I finally got the result in my favour. And without having to pay the exorbitant return postage. Don't give up guys. Keep on house as ads and report every time they change their trading name. Since June they have changed it 6 times. Good Luck.

👍   **1 Kudo**

 **Lindy56** ⭐ Contributor                                    Sep-23-2020 09:

## Re: Yokawa Network Limited Is a SCAM

I also reported it to FaceBook as that is where I first saw the ad over 4 months ago.

**Tags (7)**

Tags:  | ELEENONLINETRADE | | FACEBOOK | | FUNBUY | | INSTAGRAM | | TIK-TOK | | TIKTOK |
| YOKAWA |

👍   **2 Kudos**

 **ray23z** 💥⭐ Contributor                                    Dec-17-2020 10:

## Re: Yokawa Network Limited Is a SCAM

I really wonder if all these big social media companies would do anything about our petty claims when they are actually gaining revenue (advert fee) from these scamming companies.

**Tags (7)**

Tags:  | ELEENONLINETRADE | | FACEBOOK | | HAVEFEELING | | INSTAGRAM | | SCAM | | TIK-TOK |
| YOKAWA |



👍  **0 Kudos**

RhondaSciacca ⭐ Contributor                                          Dec-17-2020 09:

## Re: Yokawa Network Limited Is a SCAM

What are some of the other names of this despicable thieving company please? It might help me to track them.

👍  **1 Kudo**



ray23z 💥⭐ Contributor                                               Dec-17-2020 10:

## Re: Yokawa Network Limited Is a SCAM

Unfortunately they operate by several names so its very difficult to stop them, some of the name they go by is :
eleenonlinetrade
yokowa
havefeelings
funbuy
theses are just a few that I have done my own research but an organisation like Paypal could easily backtrack them using their vast amount of data and remove these scammers from using the Paypal payment gateway.
Even though Paypal has received fraud complaints about this company since January 2020 this year they are still being allowed to operate. This is pathetic!!!

👍   **1 Kudo**

   **vvhh44**   New Community Member      Sep-23-2020 08:

## Re: Yokawa Network Limited Is a SCAM

They just changed their company name to ADUR Network Limited on Paypal. BEWARE!!!!!!

Tags (5)

Tags:   ADUR   ELEENONLINETRADE   FUNBUY   HAVEFEELING   YOKAWA

👍   **3 Kudos**

   **marlene_werner** ⭐ Contributor      Sep-24-2020 02:

## Re: Yokawa Network Limited Is a SCAM

I totally agree Yokawa is a SCAM. THEY SAID IT WAS delivered but not my address and PAYPAL has quit helping me. Forget them

👍   **1 Kudo**



**marlene_werner** ⭐ Contributor            Sep-24-2020 02:

## Re: Yokawa Network Limited Is a SCAM

I placed an order July 31 and they said it was place August 9, but whatever. I kept trying to track it then said was delivered September 11. Not a my address and now PAYPAL doesn't even answer my emails. MMW

👍 **1 Kudo**



**jfm30204** ⭐ Member            Oct-02-2020 01:

## Re: Yokawa Network Limited Is a SCAM

In my case, the Paypal payment page shows "Feelighting". The transaction page shows "Zephyr Network Limited". Only on the transaction details page do you find that the actual recipient was the known scammer, "Yokawa Network Limited". So, by allowing a known scammer to disguise itself and then not protecting its customers, Paypal is complicit in the scams and has therefore breeched its fiduciary duties to its customers. Everyone here should do as I did and file a report at <removed> with all of the facts about Paypal's complicity in the scammers thievery.

👍 **2 Kudos**

Bokava Network Limited is a SONIC PayPal Community

Powered by

Khoros

Yokawa Network Limited Is a SCAM - PayPal Community

**PayPal**     >   Help     >   **Disputes and**
ommunity     Community     **Limitations**

›   **Yokawa Network Limited Is a**
**CAM**

 Boijprang ⭐ Contributor        Oct-05-2020 03:

## Re: Yokawa Network Limited Is a SCAM

Yokawa Network Limited Is a SCAM and Paypal will not help you.  Buyer beware.  They use a bait and switch and get a tracking number showing it was delivered but in fact to an incorrect bogus address. Then Paypal closes out the complaint and will not re look at the scam.  Going to my bank now to refute the charges. They found a way to send a delivery status to PayPal but the item whas never send.  I never so a proof of delivery so can not claim by the courier.

Yokawa Network Limited es una estafa y Paypal no le ayudará. El comprador tenga cuidado. Usan un cebo y un interruptor y obtienen un número de seguimiento que muestra que fue entregado, pero de hecho a una dirección falsa incorrecta. Entonces Paypal cierra la queja y no volverá a revisar la estafa. Ir a mi banco ahora para refutar los cargos. Encontraron una manera de enviar un estado de entrega a PayPal, pero el artículo nunca se envió. Nunca tan un comprobante de entrega por lo que no puedo reclamar por el mensajero.

👍    **0 Kudos**

 Parestey ⭐ Contributor        Oct-06-2020 01:

Yokawa Network Limited Is a SCAM - PayPal Community

## Re: Yokawa Network Limited Is a SCAM

I too have been scammed by Uakawa. It appears that ZpayPal may be complicit and I suggest that those that have been harmed institute a MAJOR Class Action suit against PayPal for recovery plus damages

👍 **0 Kudos**



Karenmj14 ⭐ Contributor                                        Oct-08-2020 12:

## Re: Yokawa Network Limited Is a SCAM

They took $10 more out and I filed a claim and did what PayPal asked, with proof, and they closed my case. Finally received product and it doesn't work right!!

👍 **0 Kudos**



Lyric03 ⭐ Member                                              Oct-10-2020 04:

## Re: Yokawa Network Limited Is a SCAM

This just happened to me only it got worse. I check my bank account and there is a pending western union that I didn't make. Some how this person or persons who run

this company got my name address and bank card and sent themselves some money.
On top of that I never received my order!

👍  **0 Kudos**

 **MHWendover**  ⭐ Member                                                        Oct-12-2020 04:

## Re: Yokawa Network Limited Is a SCAM

Can't believe that has happened to 136 of us (who have commented on this forum...I'm
sure there are many more) and PayPal is doing nothing to stop them. My story is much the
same. Placed order, received goods, goods nothing like advertised, tried to send them back
for a refund, can only send to China via DHL or Fedex at my expense (half of the actual
item cost) but Yokawa will NOT issue returns number etc.
Pure scam and PayPal are allowing it.
Voting with my feet – closed PayPal account!!

👍  **2 Kudos**

 **Welshdwarf**  💥 Contributor                                                      Oct-12-2020 05:

## Re: Yokawa Network Limited Is a SCAM

Paypal  do not want to know, they must be getting loyalty Payments from this company
(my way of thinking).

Yokawa Network Limited Is a SCAM - PayPal Community

if you check through the community you will see  its into the thousands not hundreds, and this company is still advertising on social media under a different name.

👍  **1 Kudo**

 **MilaZigelman** ⭐ Contributor        Oct-15-2020 03:

## Re: Yokawa Network Limited Is a SCAM

Happened to me and paypal closed my case and I don't know how to reopen

👍  **1 Kudo**

 **Welshdwarf** 🎇 Contributor        Oct-15-2020 06:

## Re: Yokawa Network Limited Is a SCAM

Hi just use the **contact us** box and use the new **paypal messenger**, tell them how you feel etc, they will get back to you

👍  **0 Kudos**

 MilaZigelman ⭐ Contributor

Oct-15-2020 06:

## Re: Yokawa Network Limited Is a SCAM

Thank you, I will try that!

👍 **0 Kudos**

 wadzyg 🎆 Contributor

Oct-20-2020 11:

## Re: Yokawa Network Limited Is a SCAM

And did you get a human response from Messenger have you did you're the only person I've ever heard it managed it

👍 **0 Kudos**

Powered by

Khoros

Yokawa Network Limited Is a SCAM PayPal Community

PayPal        >   Help        >   Disputes and
ommunity         Community          Limitations

›    Yokawa Network Limited Is a
CAM

 lpedre   ⭐ Contributor                   Oct-21-2020 09:

## Re: Yokawa Network Limited Is a SCAM

I did get responses but basically saying they sided with the seller because I did not "
provide" necessary proof. I don't know what else to provide. I provided pictures of the junk
they sent, a pic of the actual item and description of what it was supposed to be, an
internet crime report as they asked me to and still said I failed to provide the
documentation necessary.

👍   **1 Kudo**

 Katydid2020   ⭐ Contributor                 Nov-05-2020 05

## Re: Yokawa Network Limited Is a SCAM

I did receive a product but instead of a 71" electric snowing lighted lantern I received a
battery operated 5" plastic lantern.....disgusted and filing a complaint

 **0 Kudos**

 wadzyg 🌟 Contributor                          Nov-20-2020 08

## Re: Yokawa Network Limited Is a SCAM

Complainant: Mr Gordon Wadsworth **I got my refund after afca took an interest.**
Financial Firm: PayPal Australia Pty Limited
Case Number: Yokawa Network
We have closed our file
This is a system-generated email to let you know that we have closed the above complaint.
Please note: if your complaint has previously been the subject of legal proceedings, those
proceedings may continue after our file is closed. Therefore it is important that you contact
us if your complaint is not resolved.
Any questions?
If you have any questions, please quote the case number when you:
Regards
**Australian Financial Complaints Authority**

 **1 Kudo**

 powerfadedog ⭐ Member                          Dec-05-2020 03:

## Re: Yokawa Network Limited Is a SCAM

Yes it looks like I am joining the crowd of people who have been scammed. Yokawa's new
trick is to have a front man mail a package from here in the U.S. with a couple computer
chips. Then you you file a claim that you didn't receive your light bulb cameras, they

graciously offer a full refund providing you get the junk bac to them in China by a certain date. Of course the cost is outrageous and the time element is not obtainable. The sad part is Paypal seems to ignore the customer. I sent them the address of where the crap was sent from and offered pictures of items and packaging. Very, Very frustrating. which I believe is the goal of Yokawa.

👍  **2 Kudos**



Cableguy25701 ⭐ Contributor                                     Dec-23-2020 10:

## Re: Yokawa Network Limited Is a SCAM

Exactly the same situation. Skin in the game for $107.49. Initially, they claimed the chips were the correct item. Got the first offer for a refund on return for return UPS at $80. Any resolution for you yet? Going to my bank after.

👍  **0 Kudos**



Tduncan7 ⭐ Contributor                                          Dec-24-2020 11:

## Re: Yokawa Network Limited Is a SCAM

I want to know with this many fraudulent charges why PayPal is not blocking their charges!!!!

1/14/2021                                                                                                                                4/5
Case 1:20-cv-11075-NRB   Document 30-2   Filed 01/15/21   Page 84 of 86
Yokawa Network Limited is a SCAM - PayPal Community

1 Kudo



**Welshdwarf** 💥 Contributor                                              Dec-04-2020 09:

# Re: Yokawa Network Limited Is a SCAM

Hi yes did finally get a reply "we cannot help your case, you did not return the item as requested". so its now at the back of paypals case files i expect 😞

1 Kudo



**Debshew** 💥 Contributor                                              Dec-04-2020 01:

# Re: Yokawa Network Limited Is a SCAM

I'm sorry, that's awful

1 Kudo

Yokawa Network Limited Is a SCAM - PayPal Community

 papenney ⭐ Contributor

Dec-08-2020 05:

## Re: Yokawa Network Limited Is a SCAM

Paypal is complicit with fraud. I will never use them again if they don't correct this stealing of my money

Tags (1)

Tags:  PAYPAL

👍  **1 Kudo**

 Tap1995 ⭐ Contributor

Dec-24-2020 01:

## Re: Yokawa Network Limited Is a SCAM

I think Paypal is in with these guys.  Too many times they reject claims from the same company.

👍  **1 Kudo**

Powered by

Khoros

**PayPal Community**     >   **Help Community**     >   **Disputes and Limitations**

›    **Yokawa Network Limited Is a SCAM**

 ray23z ⭐ Contributor        Dec-17-2020 10:

## Re: Yokawa Network Limited Is a SCAM

now over 300 people and Paypal just keeps allowing them to change their business name and keep operating. What a joke...now I don't know who is the real scammer people running Yokawa or Paypal?

👍   **4 Kudos**

 kel1z ⭐ Contributor        Dec-27-2020 05:

## Re: Yokawa Network Limited Is a SCAM

PayPal is responsible for this situation continuing. Where was the red flag warning when you placed your order using PayPal. "CAUTION, THIS SELLER HAS GENERATED MULTIPLE BAIT AND SWITCH COMPLAINTS!" No warning from PayPal, the company we used to protect us from shyster companies like Yokawa Network Limited. PayPal will not protect us. I will stop using PayPal! I may have lost $50.00, but I won't lose any more.