# Exhibit B
# part 2

**3 Kudos**



JoyceLindsey ⭐ Contributor     Dec-28-2020 03:

## Re: Yokawa Network Limited Is a SCAM

Paypal will not help you.  Information sent to them to prove fraud and they just close the case.  Reopened with more information and still closed again.  I think Paypal has to be getting a cut.

**2 Kudos**



RThomasFox ⭐ Contributor     Dec-28-2020 10:

## Re: Yokawa Network Limited Is a SCAM

Time for a class action suit?

**3 Kudos**



Welshdwarf 💥 Contributor     Dec-29-2020 03:

## Re: Yokawa Network Limited Is a SCAM

it is certainly looking like paypal are involved with this company, the way the dismiss every claim against Yokawa

👍 **2 Kudos**

 **YokawaCrooks** ⭐ Contributor     Dec-30-2020 07:

## Re: Yokawa Network Limited Is a SCAM

PayPal is complicit. They will NOT help you.

### Tags (1)

Tags: [ PAYPAL IS COMPLICIT ]

👍 **1 Kudo**

 **papenney** ⭐ Contributor     Dec-30-2020 09:

## Re: Yokawa Network Limited Is a SCAM

Yokawa Network Limited Is a SCAM - PayPal Community

100 % agree, @Paypal is just as guilty as Yokawa for not returning our money. I will never use them again...

👍 **1 Kudo**



**Cmarie8302** ⭐ Contributor       Oct-17-2020 04:

### ☑ Re: Yokawa Network Limited Is a SCAM

KEEP FIGHTING PAYPAL. Here is how I beat that scam company. Go to USPS and fill out the forms for missing packages. Give them the tracking numbers. Here is how they scammed us. They use a legit tracking number that shows a delivery, the problem is it was to a different address. SCAMMERS. You screenshot the email from USPS after they let you know their finding and then show PayPal. Don't let those Chinese cheaters win!!!!!

**View solution in original post**

**75 people found this solution to be helpful.**    ( Me too )

👍 **18 Kudos**



**dinhell** ⭐ Contributor       Oct-21-2020 10:

## Re: Yokawa Network Limited Is a SCAM

I printed out the tracking, sent it to PayPal and they still closed the case! I fought them, sat on hold for a frigging hour, the guy at paypal said he would re-open the case. But he did so saying "item not as described"! In the 4 months I have been figting this, Yokawa sent me an EMPTY envelope and of course the tracking says it was delivered to me!! Paypal said I had to return the items to Yokawa!!! I again, fought Paypal and told them I NEVER RECEIVED THE ITEM! Again, 2 hours on the phone fighting with paypal, Now they want me to file a police report with my local police dept!!!! WTF!!! PAYPAL ARE AS CROOKED AS YOKAWA!!!!!!!!!!!!!!!!!!!!!!!! I WILL NEVER USE PAYPAL AGAIN!!! I AM CLOSING MY ACCOUNT AFTER 21 YEARS!!!!!!!!!!  **bleep** PAYPAL!

👍 **18 Kudos**

 Cmarie8302 ⭐ Contributor      Oct-21-2020 11:

## Re: Yokawa Network Limited Is a SCAM

Did you read how to fight them!? Read my comment. Although your case is different since they sent an empty envelope. **bleep**! Shame on PayPal too for not defending us and backing the Chinese con artists.

👍 **8 Kudos**

Powered by

Khoros

**PayPal**                    >   **Help**                    >   **Disputes and**
ommunity                          **Community**                    **Limitations**

›     **Yokawa Network Limited Is a**
**CAM**

 wadzyg  🌟 Contributor                                    Nov-20-2020 08

## Re: Yokawa Network Limited Is a SCAM

Complainant: Mr Gordon Wadsworth
Financial Firm: PayPal Australia Pty Limited
Case Number: (deleted by me)
We have closed our file
This is a system-generated email to let you know that we have closed the above
complaint. **PayPal settled my claim in full.**
Please note: if your complaint has previously been the subject of legal proceedings, those
proceedings may continue after our file is closed. Therefore it is important that you contact
us if your complaint is not resolved.
Regards
**Australian Financial Complaints Authority**

    **0 Kudos**

 wadzyg  🌟 Contributor                                    Nov-20-2020 08

## Re: Yokawa Network Limited Is a SCAM

Complainant: Mr Gordon Wadsworth  **I got a full refund but only by engaging afca to adjudicate.**
Financial Firm: PayPal Australia Pty Limited
Case Number:
We have closed our file
This is a system–generated email to let you know that we have closed the above complaint.
Please note: if your complaint has previously been the subject of legal proceedings, those proceedings may continue after our file is closed. Therefore it is important that you contact us if your complaint is not resolved.
Any questions?
If you have any questions, please quote the case number when you:

Regards
**Australian Financial Complaints Authority**

👍 **0 Kudos**

 dingaling 💥 Contributor                                      Dec–18–2020 02:

## Re: Yokawa Network Limited Is a SCAM

Sadly the answer is exactly this –never use PayPal if you can avoid it, especially from Facebook ads. EBay seems better.

👍 **2 Kudos**



**Cableguy25701** 🌟 Contributor

Dec-23-2020 10:

## Re: Yokawa Network Limited Is a SCAM

Know exactly how you feel.

👍 **1 Kudo**



**Cableguy25701** 🌟 Contributor

Dec-23-2020 10:

## Re: Yokawa Network Limited Is a SCAM

I'm in your shoes with this seller and know for a fact your local PD isn't going to do anything. I'm going to my bank and disputing the charge as fraud through Paypal. They're co-conspiritors in this and know full well what's going on.

👍 **1 Kudo**



**Cmarie8302** 🌟 Contributor

Oct-21-2020 11:

## Re: Yokawa Network Limited Is a SCAM

Update....my screenshot of the email from USPS was not good enough for PayPal. They wanted a letter. So USPS is sending me a letter. Shame on PayPal. We should all start a class action lawsuit because they don't defend the Americans, they're defending the Chinese com artists. Shame on you PayPal!

👍 **7 Kudos**

---

 martlabre ⭐ Member      Oct-23-2020 02:

## Re: Yokawa Network Limited Is a SCAM

I am in Canada and it's the same scam. And paypal don't want to give me back my money

👍 **3 Kudos**

---

 K_sandhu ⭐ Contributor      Dec-02-2020 07:

## Re: Yokawa Network Limited Is a SCAM

Yokawa network ltd is a scam. PayPal don't care. There adds are showing dash cam but you end up getting memory card and they are old **bleep** not compatible for anything .they RIP me off don't get ripped from china man.refund is the condition of return tracked package .mailing to china tracked package is almost 80 dollars.

👍 **2 Kudos**

 BJanda ⭐ Contributor

Dec-15-2020 02:

## Re: Yokawa Network Limited Is a SCAM

You are not alone, I had the same experience at the end of October: Instead of the 3 webcam, I only got 3 pieces 32 GB memory cards. Unfortunately, I didn't see your post before ordering. Paypal refuses to refund me because I received a shipment. You can still be glad that it wasn't an empty envelope in the first place.

👍 **1 Kudo**

 Lindab32750 ⭐ Member

Dec-16-2020 03:

## Re: Yokawa Network Limited Is a SCAM

I am in the process of fighting this too. I ordered from a company called Usedgettingfun but when I got the payment info from paypal it said Yokawa Network Limited. I have gotten several different tracking numbers and carriers.Pay pal decided in their favor because they provided a tracking number that said it was delivered. However I have not stopped trying to get to the bottom of this. Going to USPS to see what if anything they can do for me. Even though Pay pal decided in their favor they are still letting me try to get to the bottom of things. Haven't just blown me off at least not yet. Wish I had known about this info before I ordered from them.

Bokava Network Limited is a SCAM! - PayPal Community

👍 **1 Kudo**

Powered by

Khoros

**PayPal**   > **Help**    > **Disputes and**
ommunity    Community    Limitations

›   **Yokawa Network Limited Is a**
CAM

 ray23z 🌟 Contributor        Dec-16-2020 06:

## Re: Yokawa Network Limited Is a SCAM

Paypal has asked me for evidence proving that I haven't received the parcel, I told them that I'm speaking to you over the phone in person what other way I could prove that Yokawa is a scamming company, then they said if you can get it in writing that would be sufficient. I went down to the post office and spoke to a lady there who told me I have to call up the Australiapost helpline. After speaking with them they too said they receive calls every single day with complaints of fraud and scams and was able to provide me with an email that said the tracking number provided was not addressed to me and was not mailed to my address but they cannot provide me with who or where the parcel has been delivered due to privacy laws. I thought this should be fine at least this proves that I haven't received the parcel, on sending this to Paypal they are now telling me it has to be a hand-written document on the post office letterhead with their official stamp and date explaining why I haven't received it. This is Paypals way to say **bleep** you...we know you can't get this and we will never give you a refund.

I still tried calling and messaging on Facebook messenger but every time its the false sense of assurance, they keep giving me new/different paypal email addresses to forward the evidence to and then there is complete silence.

### Tags (4)

Tags:   `PAYPALISONWITHTHESCAM`   `YOKAWA`   `YOKAWASCAM`   `YOKAWATHUGS`

👍   **0 Kudos**



**Debshew** 💥 Contributor　　　　　　　　　　　　　　Dec-16-2020 09:

## Re: Yokawa Network Limited Is a SCAM

I gave proof to PayPal from the scam company, with the delivery address as delivered to a different address from my PayPal address. That was what PayPal said they needed. Then they said they needed proof from the Post. I have it to them. They said it had been delivered and closed my case. Even though I had outstanding proof. I'm trying through my bank now

👍　**0 Kudos**



**K_sandhu** ⭐ Contributor　　　　　　　　　　　　　　Dec-02-2020 07:

## Re: Yokawa Network Limited Is a SCAM

PayPal is a **bleep** . They are sellers side.

👍　**1 Kudo**



**MappyCat1** 💥 Contributor　　　　　　　　　　　　　　Dec-04-2020 02:

## Re: Yokawa Network Limited Is a SCAM

Yep, they are!



👍 **1 Kudo**

 **MrsGarcia98** ⭐ Contributor        Oct-23-2020 12:

## Re: Yokawa Network Limited Is a SCAM

Yokawa Network Limited THEY GOT ME TOO! I KEEP SUCH GOOD TRACK OF MY MAIL AND MONEY. I HONESTLY PURCHASED KNOWING PAYPAL PROTECTS IT'S BUYERS, BUT THEY LITERALLY GAVE A FAKE DELIVERY CONFIRMATION AND NO PRODUCT. IT WAS THE ANIMATED PUMKINS, AND FUNNY THE CONFIRMATION SAID CLOTHING. I DID FILE MISSING PACKAGE WITH USPS AND I HOPE THIS HELPS SOMEONE ELSE. I HAD THE GUT FEELING ALL ALONG. ALSO PLEASE SHARE STORIES HERE SO PAYPAL CAN SEE WE TRUST THEM AND GETTING SCAMMED IS NOT GOING TO WORK. I'LL UPDATE AFTER I HWAR FEOM USPS!

👍 **5 Kudos**

 **Dhansen6599** ⭐ Contributor        Oct-30-2020 06:

## Re: Yokawa Network Limited Is a SCAM

Same thing happened to me. Ordered animated pumpkins. Order shipped but never arrived. Got delivered 3 miles away. Post office won't provide me with the actual delivery address to give to PayPal. Post office also said the actual package was small enough to fit in a regular mailbox. Now way it contained 3 XL talking pumpkins!!! So now I've filed a mail fraud report and escalated my case with USPS. Hoping they'll send me the form I need to close the dispute in my favor.

👍 **2 Kudos**

 **MappyCat1** ⭐ Contributor          Dec-04-2020 02:

## Re: Yokawa Network Limited Is a SCAM

Did you hear back from post office or PayPal?

👍 **0 Kudos**

 **wobbly1** 🎇 Contributor          Dec-05-2020 01:

## Re: Yokawa Network Limited Is a SCAM

Yes PayPal declined my request

0 Kudos

 MappyCat1 ⭐ Contributor                                   Nov-25-2020 10

## Re: Yokawa Network Limited Is a SCAM

This is so disheartening to see so many claims regarding this so-called company and that so many are having issues with PayPal about this.

0 Kudos

 wtam ⭐ Contributor                                         Dec-03-2020 06:

## Re: Yokawa Network Limited Is a SCAM

▸ Spoiler

0 Kudos

Bokawa Network Limited is a SCHAM PayPal Community.

Powered by
Khoros

**PayPal**      >   **Help**      >   **Disputes and**
ommunity      **Community**      **Limitations**

 ›    **Yokawa Network Limited Is a**
**CAM**

   MappyCat1 ⭐ Contributor                Dec–04–2020 02:

## Re: Yokawa Network Limited **Is** a SCAM

Same thing happened to me, but it was heated vests! **bleep** and PayPal too.

👍    **1 Kudo**

   Evchambers ⭐ Contributor               Oct–24–2020 02:

## Re: Yokawa Network Limited **Is** a SCAM

I just had to do the same thing today! I was so mad that I had to do what they should of
done in the first place when they were investigating! I did fortunately win my dispute
after I provided the information from the post office. I also told them about all that I
read in here. They need to ban them!

👍 **3 Kudos**



**Cmarie8302** ⭐ Contributor

Oct-30-2020 07:

## Re: Yokawa Network Limited **Is** a SCAM

PayPal credit me after I showed them the letter from my local USPS office that stated, "The tracking numbers you provided did show items were delivered, however neither was delivered to your address." With that I said to PayPal CREDIT ME NOW AND I STRONGLY SUGGEST YOU GO AFTER THIS COMPANY AND CREDIT ALL THE PEOPE ON YOUR COMMUNITY BLOG THAT ARE IN THE SAME SITUATION I WAS. They are supposed to protect our purchase and not make life worse. Go to USPS.com and fill out the proper forms and then since a screen shot of my email wasn't enough, PayPal wanted me to jump through one last hoop and get the letter! Do it!!!!!!

👍 **3 Kudos**



**hailee222** ⭐ Member

Nov-07-2020 05

## Re: Yokawa Network Limited **Is** a SCAM

i did not get a tracking number.

👍 **1 Kudo**



**TYGERLILYgirl** ⭐ Contributor      Dec-30-2020 06:

## Re: Yokawa Network Limited **Is** a SCAM

I finally got a tracking number after contacting PayPal. It was supposed to be delivered on 11/19/2020. But now it shows it was shipped on 12/29/2020?

👍 **0 Kudos**



**Debshew** 💥⭐ Contributor      Nov-11-2020 01

## Re: Yokawa Network Limited **Is** a SCAM

Thankyou I shall, how do I find this number

👍 **0 Kudos**



**Dalswager** ⭐ Contributor      Nov-15-2020 01

Yokawa Network Limited Is a SCAM - PayPal Community

## Re: Yokawa Network Limited **Is** a SCAM

Too much jumping through hoops. I won't use PayPal again.

👍 **2 Kudos**

 MSTNT2020 ⭐ Contributor      Nov–23–2020 09

## Yokawa Network Limited **Is** a SCAM

I also reported and filed a clam  to the Federal government and u should too. ftcgov

👍 **2 Kudos**

 wobbly1 💥⭐ Contributor      Nov–23–2020 11

## Re: Yokawa Network Limited **Is** a SCAM

I already have.



0 Kudos

**Mariacata23** 💥⭐ Contributor                                    Nov-30-2020 04

## Re: Yokawa Network Limited Is a SCAM

Thanks for this.  I just filed a complained with the FTC.

0 Kudos

Powered by
Khoros ⟨

**PayPal**            >   **Help**            >   **Disputes and**
**ommunity**              **Community**           **Limitations**

›   **Yokawa Network Limited Is a**
**CAM**

 Debshew 💥 Contributor                                    Dec-05-2020 10:

## Re: Yokawa Network Limited Is a SCAM

Let me know how it goes please

👍   **0 Kudos**

 wobbly1 💥 Contributor                                    Dec-06-2020 12:

## Re: Yokawa Network Limited Is a SCAM

Ok thanks

👍   **0 Kudos**



Gunendrakumari ⭐ Contributor

Dec-27-2020 02:

## Re: Yokawa Network Limited Is a SCAM

the same thing happened to me. They delivered a cheap sunglasses maybe not worth even 2 dollars to another address, sent a tracking number to Paypal. they closed the case after submitting the letter issued to me by the Post office about this bogus tracking number. Paypal closed down my case without investigating. They are very inefficient, unreliable and unprofessional. Sooner they will lose their customers if they go on like this. I am going to close down my paypal account.

👍 **1 Kudo**



Mariacata23 💥⭐ Contributor

Nov-30-2020 04

## Re: Yokawa Network Limited Is a SCAM

I wish I had seen this paypal community sooner. I have been a paypal user for over 10 years. Never filed a complaint, but now when I need them to help me dispute a charge for items I never recieved (2 Dia De Los Muertos Dolls) ordered from Yokawa totaling over $60. Paypals "resolution" center then close my ticket without even calling me to hear my side of the story. All because the vendor provided them with a USPS tracking number to items that were never sent to me. I bet Paypal didn't even check the address of where the packages were supposedly sent to see if they matched my delivery address. I am now trying to dispute these charges via my credit card. Also will try to dispute it with USPS. I think the real issue here is paypal, they can't continue to operate like this. Its better to pay via my credit card than by paypal, your charges are safer. I'm trying to dispute my closed "resolution" and if I fail I will be cancelling paypal and waging war on them for taking the lazy way out and siding with the scammers vs. protecting their customers.

👍 **4 Kudos**



**Evchambers** ⭐ Contributor      Nov-30-2020 04

## Re: Yokawa Network Limited Is a SCAM

I had a closed case too. I went to the post office with the bogus tracking number that showed a bogus address, not mine. I chatted with PayPal and submitted the documents I had and got my money back that same day. Good luck!

👍 **1 Kudo**



**wobbly1** 💥 Contributor      Dec-21-2020 08:

## Re: Yokawa Network Limited Is a SCAM

I agree with you wholeheartedly.

👍 **0 Kudos**

Yokawa Network Limited is a SCAM - PayPal Community



ray23z 💥 Contributor

Nov-30-2020 04

## Re: Yokawa Network Limited Is a SCAM

I've tried that too but PayPal keeps moving the goal post. I was advised that if I get anything in writing from Australia Post that proves that I haven't received my parcel they would reopen the case and give me a refund. After speaking to Australia Post over the phone and requesting them to send me an email so that I could send this screenshot of the email as proof, PayPal is now asking for a consignment letter which should be on a letter head, signed and have an official stamp. PayPal is just making things hard and trying it's best not to issue any refunds probably because they are getting a kickback from these scammers otherwise even after receiving several complaints since January 2020 nearly a year later they are still operating and receiving payments through their PayPal gateway. The consignment letter is impossible to get as the post office cannot disclose who the parcel has been addressed to or the delivery address due to privacy laws all they can check is the tracking number and tell you that it doesn't match your name or address on their system. PayPal now knows this and is taking advantage to not reopen any cases.

Tags (3)

Tags: [ PAYPAL IN ON THE SCAM ]   [ PAYPAL SCAM ]   [ SCAM ]

👍  **1 Kudo**



Mariacata23 💥 Contributor

Nov-30-2020 04

## Re: Yokawa Network Limited Is a SCAM

How did you all discover Yokawa?  I found them via instagram.  Scammer central.  I wonder if there is a way to report scammer sites on IG?  Stop their supply chain.

Case 1:20-cv-11075-NRB   Document 30-3   Filed 01/15/21   Page 28 of 87

👍   **2 Kudos**

 ray23z 🎇 Contributor      Nov-30-2020 05

## Re: Yokawa Network Limited Is a SCAM

Yeah me too via Instagram, but they advertise on tiktok too. I'm still seeing some ads there. The problem is that it's the same company and they keep changing name so they've used Yokowa, Havefeeling, and Funbuy and several other names so it's really difficult to stop them.

👍   **2 Kudos**

 Mariacata23 🎇 Contributor      Nov-30-2020 04

## Re: Yokawa Network Limited Is a SCAM 🔗

This is a known scammer.  See this reddit post on Yokawa
**https://www.reddit.com/r/Scams/comments/hxz558/never_received_items_from_yo
kawa_network_limited/**

👍   **1 Kudo**

Bokava NetWare Limited is a series, Paypal community.

Powered by

Khoros

**PayPal**      >   **Help**      >   **Disputes and**
ommunity      **Community**      **Limitations**

›    **Yokawa Network Limited Is a**
**CAM**



**Tobak618x** ⭐ Contributor                  Dec-03-2020 03:

## Re: Yokawa Network Limited Is a SCAM

I too had a problem with Yokawa Network Limited. I took the tracking number to the USPS and they confirmed the tracking number was in fact legit but went to another location as others have reported. I contacted the seller and they replied in Chinese. I then Cut/pasted their response and a copy of my original purchase receipt from PayPal to PayPal. They Promptly responded to me and refunded my entire purchase. I believe my careful record keeping and responding within the required time period were the determining factors.

Next time I will research my sellar a bit more.

Good luck friends

👍   **2 Kudos**



**shuttermafia** ⭐ Contributor                  Dec-08-2020 05:

## Re: Yokawa Network Limited Is a SCAM 🔗

I GOT A PHONE CALL FROM OMAHA NEBRASKA FROM PAYPAL AND GOT MY $ BACK!!!!

Here is what I did. I posted a link to THIS PAGE: **https://www.paypal-community.com/t5/Disputes-and-Limitations/Yokawa-Network-Limited-Is-a-SCAM/td-p/2...**

and Got a phone call and in minutes they gave me my $ back from yokawa network limited. they switach names often and sell the same **bleep**.

Do what I did. I was ready to give up.

Paypal called me only after I posted the above link about this company name scamming everyone.

I disputed it, etc. Then I googled the company name and the first link was to the link above.

I once more tried to tell paypay these guys are scammers and got my $ back. Good luck to all of you.

CHINA IS EVIL!!!!  I did not even have to return the crap they sent me. I ordered 2 cctv cameras and they sent me 2 micro sd cards.

Peace. Hope this works for you.

Aaron in Loveland Colorado

👍   **1 Kudo**



dawnnab88 ⭐ Contributor        Dec-15-2020 02:

## Re: Yokawa Network Limited Is a SCAM

Same happened to me!! I don't know why they keep letting these idiots get away with it. My post master sent me an email telling me the same... it was a totally different address that the tracking number was for. SOOOO, paypal closed my case. No product, no money back. I have had it.

👍   **1 Kudo**

 Mgmason00 ⭐ Contributor      Dec-18-2020 06:

## Re: Yokawa Network Limited Is a SCAM 🖼

I DO NOT have the ability to file an appeal with PayPal!  I thought we had 10 days from the closed date to file an appeal!  I have no option to do this..  I don't understand how so many people can be fraudulently taken for, especially in these times of need and Christmas!  PayPal, you should be ashamed of automatically closing my cases that I continue to open to try and get a response!  Yokawa is a SCAM!  I have the official letter from the USPS on the tracking # given to me for the delivery of the product AND this company provides you their "own website" to track the product – THAT WEBSITE IS FRAUDULENT.  You have to go to the "official" tracking method and that is through the United States Postal Service, which I have a validated letter showing the product was NOT delivered.  However, PayPal has not provided me the opportunity to file an appeal as shown in the picture below – I keep opening cases in the hopes of getting a response, but the system automatically closes the case.  This is very frustrating, but I'm not stopping – I'll be on every social media telling my story and how well over 300 people were scammed.  Shame, shame shame..



👍   **2 Kudos**

 ray23z ⭐ Contributor      Dec-18-2020 08:

## Re: Yokawa Network Limited Is a SCAM

That's exactly what I've done too, I've put a review on their Facebook page. I'm sure they may delete it but the more people keep putting up their reviews at least some others may have a chance to get saved.

👍  **1 Kudo**

 Mariacata23 💥⭐ Contributor                     Dec-18-2020 09:

## Re: Yokawa Network Limited Is a SCAM

Great idea **@ray23z**   what is the link to their facebook page or what do they go as on facebook?

👍  **0 Kudos**

 Mariacata23 💥⭐ Contributor                     Dec-18-2020 09:

## Re: Yokawa Network Limited Is a SCAM

Also suggest you write a review on paypal's twitter account.

👍 **0 Kudos**

 ray23z ✨ Contributor

Dec-19-2020 06:

## Re: Yokawa Network Limited Is a SCAM

Just type PayPal in the search bar of Facebook and you will see a multicoloured P icon just click that.

👍 **0 Kudos**

 Mariacata23 ✨ Contributor

Dec-18-2020 09:

## Re: Yokawa Network Limited Is a SCAM

Same Paypal is the worst. I say shout them out on twitter – I.e. Paypal. I did that. Also I recommend disputing it with your credit card company. I am in the process of doing that, hoping Discover can recoup my $$. They give you phony UPS #'s and or ship it to a different address.

👍 **1 Kudo**

 **wuoadolphus** ⭐ Member

Dec-18-2020 08:

## Re: Yokawa Network Limited Is a SCAM

Hey manh, thanks for the info. They just did the same thing to me. WOW

👍  **0 Kudos**

Powered by



**PayPal**       >   **Help**       >   **Disputes and**
ommunity       **Community**       **Limitations**

›    **Yokawa Network Limited Is a**
**CAM**

 **UCM14** ⭐ Contributor          Dec-21-2020 08:

## Re: Yokawa Network Limited Is a SCAM

What I can't believe is that this has happened to so many of us and PayPal has allowed
the transactions to take place.

👍    **0 Kudos**

 **wobbly1** 💥 Contributor          Dec-21-2020 08:

## Re: Yokawa Network Limited Is a SCAM

I must admit it seems like PayPal is in on the deal because there has been to many
other people who have been scammed.

 **1 Kudo**

 **Mo511** ⭐ Contributor                                        Dec-22-2020 03:

## Re: Yokawa Network Limited Is a SCAM

They sold me CCTV camera advertising on Facebook marketplace, item never arrived.
Some while back I had a suspicious jiffy bag delivery which Contained a little plastic
pice, I had no idea who was the sender but there was a phone number which I tried,
there was a message stating that the voice mail was full, I tried few times and got the
same message. I contacted PayPal and notified them,. I am now waiting the result.
Please buyers be aware of this SCAM, dot buy anything from them as you will not
receive and will lose your money for sure!! Mo511

 **0 Kudos**

 **verng** ⭐ Member                                        Dec-26-2020 09:

## Re: Yokawa Network Limited Is a SCAM

I didn't get a tracking no. from them. All it says is "shipped"
Is Pay Pal not standing behind this?

Yokawa Network Limited Is a SCAM - PayPal Community

 0 Kudos

---



Jfm244 ⭐ Member                                          Jan–09–2021 02:

## Re: Yokawa Network Limited Is a SCAM

Well hundreds of people have been scammed by YOKAWA including me hope pay pal look at these horror stories because I am taking my money out and going to use my credit card for future purchases how can PAYPAL allow this to happen to their loyal customers I told them I never received any thing and never signed anything but they denied my case it's unbelievable has a Chinese company bought PAYPAL so good bye PayPal

👍 1 Kudo

---

Welshdwarf 💥⭐ Contributor                               Jan–10–2021 01:

## Re: Yokawa Network Limited Is a SCAM

I am sorry you have been caught also, i strted this thread to warn people of the scam, but unfortunately PAYPAL are taking no notice at all.

👍 0 Kudos

 durfwood ⭐ Member

Jan–11–2021 03:

## Re: Yokawa Network Limited Is a SCAM

Should Facebook not be held responsible for putting there ads in our face?

👍 **2 Kudos**

 Welshdwarf 💥 Contributor

Jan–12–2021 05:

## Re: Yokawa Network Limited Is a SCAM

I emailed facebook and the responce was "without the Ads we could not continue to maintain the site" in otherwords they wont do anything

👍 **0 Kudos**

 laker2000 ⭐ Contributor

Jan–12–2021 08:

## Re: Yokawa Network Limited Is a SCAM also goes by Establishloves

This co. did the camera scam on me. Sold me two 4k cameras but send two sim cards. I had the original invoice sent and when I called them on it they sent me a changed invoice saying sim cards. The actually wanted me to pay for freight to China to return the sim cards. I told them they will be paying the freight, they said no, sorry you weren't happy with our product, ha, they sent sim cards, i guess they thought I'd then try and buy the cameras. Anyhow, Paypal stepped in and credited me. Now they will get the sim cards collect from the receiver. Thre are a number of complaint sites. They, first link you to Establishloves website. Yokawa is the shell to take the money.

👍  **0 Kudos**

![avatar] **lpedre** ⭐ Contributor                                    Oct-19-2020 11:

## Re: Yokawa Network Limited Is a SCAM 

I order what was supposed to be a river mat. I didn't hear anything for almost 3 months. I finally received something that was shipped to me from Whittier,
Ca. It was a mat but not the 6 foot by 12 foot mat I had paid 70 dollars for. It was a mat that wouldn't even fit my chihuahua. It is 1.5 x2 feet. The size of a T.V. tray. The Item was supposed to hold 3-6 people and as you can see it does not. I tried to resolve with the company as suggested by Paypal but of course they said they would refund my money if I shipped it back to them. Well they gave me a Chinese address to ship it to and not the local address that it was shipped from which would cost me 70 dollars to ship back. I mean what even is this? I submitted multiple pictures and documentation and they still insisted that they sent the right product. When I elevated to Paypal they made me jump through so many hoops. I submitted pictures, documentation, filed and internet crime report etc. And they still did not help me.  I told them why do they do business with a company who has a history of scamming their customers. It is a disgrace and for paypal to allow this is unacceptable. The way these companies work is they take your money, send you a piece of

junk for the sake of saying you received your item so that it cannot be disputed and they win. Paypal did not help me and I am still going back and forth with them.





## Tags (1)

Tags:   YOKAMA LIMITED FLOATING ISLAND SCAM

👍   **5 Kudos**

Bokavu Network Limited is a active PayPal Community

Powered by
Khoros

**PayPal**       >   **Help**       >   **Disputes and**
ommunity       **Community**       **Limitations**

›   **Yokawa Network Limited Is a**
CAM

   **davidlerner51** ⭐ Contributor       Oct-20-2020 04:

## Re: Yokawa Network Limited **Is** a SCAM

same thing happened to me......

👍   **3 Kudos**

   **MilaZigelman** ⭐ Contributor       Oct-20-2020 08:

## Re: Yokawa Network Limited **Is** a SCAM

Yeh pay pal will issue a refund but I need to post their scam goods back from Australia
to China which will cost me. Not sure how else to deal with that. I guess I will post this
rubbish back, what a waste of my time and money

👍   **1 Kudo**

Yokawa Network Limited Is a SCAM - PayPal Community

 **wadzyg** 🌟 Contributor         Oct–20–2020 11:

### Re: Yokawa Network Limited Is a SCAM

Familiar story PayPal do nothing scammers win buyers are the loser's

👍   **2 Kudos**

 **Welshdwarf** 🌟 Contributor         Oct–21–2020 03:

### Re: Yokawa Network Limited Is a SCAM

yes thats true, its almost as if Paypal are getting paid by this company

👍   **3 Kudos**

 **Gunendrakumari** 🌟 Contributor         Oct–21–2020 03:

### Re: Yokawa Network Limited Is a SCAM

Yokawa Network Limited Is a SCAM - PayPal Community

I got caught to them too. I will complain to BBB if paypal dont dont resolve my issue.
They come through a site call Sunelves and scam in the same way. They sent me a cheap
product. i lost 130 AUD. I will give a fight until iget my money back

👍    **3 Kudos**



**MrsGarcia98** ⭐ Contributor        Oct-23-2020 12:

## Re: Yokawa Network Limited **Is a SCAM**

They are not even registered with the BBB.

👍    **0 Kudos**



**Debshew** 💥⭐ Contributor        Nov-13-2020 10

## Re: Yokawa Network Limited **Is a SCAM**

I'm Australian too, I lost $150. If you dispute it through fair trading PayPal will put your
account on restriction and probably close. I have been messaging PayPal. Think we have
lost our money mate.

👍 **1 Kudo**

 Ozbear ⭐ Contributor      Nov-30-2020 07

## Re: Yokawa Network Limited **Is a SCAM**

These Scammers have been operating far too long they need to be shut down and bought to justice

👍 **0 Kudos**

 wadzyg 💥⭐ Contributor      Nov-20-2020 08

## Re: Yokawa Network Limited **Is a SCAM**

Complainant: Mr Gordon Wadsworth
Financial Firm: PayPal Australia Pty Limited
Case Number: Yokawa
We have closed our file **and ordered PayPal to make a full refund !**
This is a system-generated email to let you know that we have closed the above complaint.
Please note: if your complaint has previously been the subject of legal proceedings, those proceedings may continue after our file is closed. Therefore it is important that you contact us if your complaint is not resolved.

Regards
**Australian Financial Complaints Authority**

👍 **1 Kudo**



Cmarie8302  ⭐ Contributor                                    Oct-21-2020 11:

## Re: Yokawa Network Limited Is a SCAM

I would be so mad. That is such BS. You even have pictures and a description!!!!!!!
PayPal better refund you and they need to go after them. That is a joke! It's a river mat
for a Barbie. Keep fighting! Don't give up! They're cheaters and not getting away with
this. What good is PayPal???? Have you thought about disputing on your cc? That's
easier and I'm sure that's what PayPal Wants us to do. I didn't do it because I don't want
these people getting my money! I'll fight through PayPal until they make it right.

👍 **2 Kudos**

Powered by
**Khoros** 〉

Yokawa Network Limited Is a SCAM - PayPal Community

**PayPal**        >   **Help**        >   **Disputes and**
ommunity         **Community**        **Limitations**

›   **Yokawa Network Limited Is a**
**CAM**

 **Cmiddl01** ⭐ Contributor                    Oct-21-2020 01:

## Re: Yokawa Network Limited Is a SCAM

I just wanted to share that I've been dealing with a very similarly frustrating situation with PayPal and this seller. My issue started in May and I believe I just now got it resolved today or at least mostly resolved. For anyone doing a Google search, this company now goes by even another name:Zephyr Network Limited. I ended up having to go to the claims process but unfortunately this company has figured out how to beat the system by sending a fake tracking number of some bogus item they sent to someone else in my same ZIP Code. I had to file a complaint with the US postal inspection service which I didn't even know existed. That intern resulted in this scam seller sending me some other crap product that clearly didn't meet the ad specifications. But because I had already escalated through PayPal there was no way for me to fight it. But they thought wrong. I then began working with PayPal through social media and was able to get an email address to which I have responded to relentlessly. PayPal clearly has not done their due diligence and they are just as much at fault given the pages and pages and pages of complaints on the seller. I finally had enough earlier today and filed a complaint with the Better Business Bureau. Within just a few hours I've already received word thatPayPal will be refunding me my charges. The only thing left outstanding now is to get reimbursed for my return shipping cost which PayPal has already submitted in writing that I should be able to get. I just need to get it back. Do not give up and do not let these imposters or PayPal wait in the situation.

👍 **4 Kudos**

 dinhell ⭐ Contributor      Oct-21-2020 02:

## Re: Yokawa Network Limited **Is** a SCAM

Thats fantastic!!! I was thinking about filing a complaint with the BBB against PayPAl. Dealing with the Chinese scammers will get us no where! I still cant believe PayPal is not protecting their customers!! They are just as much responsible for this BS as the scammers! I am going to file a complaint today against PayPal! I will keep u guys updated.. Thak u for the insight.. Fingers crossed u get the rest of your money back!!

👍 **4 Kudos**

 Mariacata23 ⭐ Contributor      Nov-30-2020 06

## Re: Yokawa Network Limited **Is** a SCAM

A poster on this chain made a really good point that we are not paypals customers, we are their product. They are making a cut of the sales from the vendors not us. So it doesn't benefit them to resolve our disputes as for every person Yokawa Scams, paypall takes a cut of those sales.

👍 **0 Kudos**



**dinhell** ⭐ Contributor                         Oct−21−2020 02:

## Re: Yokawa Network Limited Is a SCAM 🔗

This is the email from PayPal:

Please provide any information we ask you to send us within 10 days. If we don't hear back from you within this time frame, we may decide this case in the seller's favor.

To continue with this investigation, a report must be filed with a law enforcement agency or government organization. You may choose to contact your local law enforcement agency (such as your local police or sheriff's department) or you may choose to file a report with any other governmental agency of your choice.
"Examples of such agencies could include:"
– The Internet Crime Complaint Center (**www.ic3.gov**)
– Your state's Consumer Protection office
– Your state police
– A Federal law enforcement agency such as the FBI or Postal Inspection Service
– A report to the Better Business Bureau (BBB) isn't acceptable for this document request
"Filing a report with a law enforcement agency or government organization"
– Contact a law enforcement agency or other governmental organization (either in person or online) to report the issue
– Report specific details regarding the item you received
– You must obtain a copy of a report from the law enforcement agency or governmental organization and provide it to PayPal
– The report must contain the following information: It should be on the agency's or organization's letterhead or contain a stamp or seal or some other information that indicates the report is official documentation
– It should clearly explain the details of your issue
– It must include the agency's or organization's contact information
Any documents you provide may also be supplied to the seller.

How can you submit your documents?

You'll need to log in to your PayPal account and go to the Resolution Center to upload the requested documents and provide notes for this case. This is the quickest way for us to receive and review your information.

Thank you for your patience and cooperation.

WHAT A JOKE!!!!!!!!!!!!!

👍 **3 Kudos**



**lpedre** ⭐ Contributor            Oct-21-2020 02:

## Re: Yokawa Network Limited **Is** a SCAM

I did all of the above

👍 **1 Kudo**



**dinhell** ⭐ Contributor            Oct-22-2020 07:

## Re: Yokawa Network Limited **Is** a SCAM

So yesterday I posted in here and someone commented that they filed a complaint against PayPal with the BBB and in turn received a refund for their purchase with Yokawa. I thanked her and went to the BBB website and filed a complaint against PayPal and this morning I received an email from PP stating I am gettting a refund!!

Yokawa Network Limited Is a SCAM - PayPal Community

We have to share that info to everyone that has been screwd by both Yokawa and PP!! Goos luck everyone!!

👍 **5 Kudos**


Gunendrakumari ⭐ Contributor      Oct-22-2020 09:

## Re: Yokawa Network Limited Is a SCAM

tuank you very much for the great information

👍 **2 Kudos**


Gunendrakumari ⭐ Contributor      Oct-22-2020 10:

## Re: Yokawa Network Limited Is a SCAM

I am from Australia. Where do I have to make a complaint regarding this issue?
We cannot get assistance from BBB I guess. I am very disappointed with Paypal. If they don't take any action I will escalate this to a relevant authority

### Tags (1)

Tags:   YOKAWA NETWORK LIMITED IS A SCAM

👍 **0 Kudos**

---

 Debshew 💥⭐ Contributor                    Nov-15-2020 01

## Re: Yokawa Network Limited **Is** a SCAM

Can you please let me know what you did. I'm Australian and have been scammed too

👍 **0 Kudos**

---

 lpedre ⭐ Contributor                    Oct-23-2020 08:

## Re: Yokawa Network Limited **Is** a SCAM

I also filed a complaint yesterday with BBB. No refund yet. Fingers crossed.

👍 **2 Kudos**

1/14/2021
Bokava Network Limited is a SCAM! - PayPal Community
Case 1:20-cv-11075-NRB  Document 30-3  Filed 01/15/21  Page 54 of 87

Powered by
Khoros

PayPal         >   Help         >   Disputes and
ommunity         Community       Limitations

›    Yokawa Network Limited Is a
CAM

 Debshew 🎖 Contributor             Nov–15–2020 01

## Re: Yokawa Network Limited Is a SCAM

What's BBB

 **0 Kudos**

 Marmievicki ⭐ Member             Oct–28–2020 12:

## Re: Yokawa Network Limited Is a SCAM

I'm starting the same process today.  Paypal denied my claim saying my package was delivered after Yokawa Network sent a bogus tracking number.

When you filed your claim with the BBB was it against Yokawa Network or PayPal? Personally I think we should all band together and start a class action lawsuit against PayPal.  They are fully aware these companies are scamming hardworking folks yet allow it to continue because they are receiving their fee for the sale.

👍 **2 Kudos**

 **dinhell** ⭐ Contributor        Oct–28–2020 02:

## Re: Yokawa Network Limited **Is** a SCAM

I filed against PP.. I am going to file another complaint against them tomorrow for a similar situation but different seller, ShengGuo. PP said it would have a decision on Oct 10, Then the 20th, then the 28th, now Nov 2.. I have had it with F'n PP!!! They don't give a Sh*t about us! I am beginning to believe that China owns them!!!! I am done with them, I changed all my settings and removed PP from my "prefered payments". I will never use them again!! I am sticking with either AmEx or Chase, they both protect their card holders!!!
But I am in with the class action suit against PP!!

👍 **3 Kudos**

 **VBMoncton** ⭐ Contributor        Nov–01–2020 04

## Re: Yokawa Network Limited **Is** a SCAM

Good luck with the class action. I sure hope you get somewhere and make PayPal pay!

👍 **1 Kudo**

 wadzyg 🌟 Contributor

Nov-16-2020 12

## Re: Yokawa Network Limited Is a SCAM

Amazingly I finally got PayPal to refund my 2 transactions but it required numerous complaints, appeals and finally actually getting through to someone and forcing them to read through the file. I had involved the financial ombudsman on this matter also. DON'T GIVE UP, PERSEVERANCE PAY OFF.

👍 **0 Kudos**

 Welshdwarf 🌟 Contributor

Nov-04-2020 11

## Re: Yokawa Network Limited Is a SCAM

Good luck i really do hope you get somewhere, this company is still doing it to this minute and still advertising with paypal!!!!

👍 **0 Kudos**

 Mariacata23 🌟 Contributor

Nov-30-2020 06

Yokawa Network Limited Is a SCAM - PayPal Community

## Re: Yokawa Network Limited **Is a SCAM**

Sorry to hear you also got scammed but I also wanted to say thank you as this post is hilarious lol

👍 **0 Kudos**

 wobbly1 🌟 Contributor

Dec-21-2020 08:

## Re: Yokawa Network Limited **Is a SCAM**

I think PayPal should made to pay for all the people who have paid for the items.

👍 **0 Kudos**

 lisalamb17 🌟 Contributor

Oct-28-2020 03:

## Re: Yokawa Network Limited **Is a SCAM**

Yes same thing never received bogus.They went by another name first then it switched over to Yokawa.Cant believe PayPal is favorable for them when we all have been frauded bad business on PayPal !!!!!!!

👍 **3 Kudos**

 Welshdwarf 🌟 Contributor                                    Nov-04-2020 11

## Re: Yokawa Network Limited Is a SCAM

yes and the company are still doing it!!, i cannot understan how they are getting away with
it

👍 **0 Kudos**

Powered by
Khoros

**PayPal**            >   **Help**            >   **Disputes and**
ommunity                **Community**              **Limitations**

›   **Yokawa Network Limited Is a**
**CAM**

 **Hopester30**  New Community Member                    Nov-04-2020 03

## Re: Yokawa Network Limited **Is** a SCAM

I had no idea that I was ordering from China. I never got the item and they sent some
fake tracking number. They did not refund or investigate what happened. Do not order
anything from them. Was supposed to be a gift for my friends birthday.

👍  **1 Kudo**

 **hailee222** ⭐ Member                    Nov-07-2020 05

## Re: Yokawa Network Limited **Is** a SCAM

so did anyone get their money back?

👍  **0 Kudos**



**Steviekim** ⭐ Contributor                                    Nov-08-2020 10

## Re: Yokawa Network Limited **Is a SCAM**

I am absolutely furious I can't believe PayPal have said they provided a tracking number so that's it. What the hell. I'm out of pocket a large amount and PayPal have done nothing. I am going to the financial ombudsman unreal. I feel so stupid.

👍  **0 Kudos**



**lpedre** ⭐ Contributor                                    Nov-09-2020 01

## Re: Yokawa Network Limited **Is a SCAM**

Nope

👍  **0 Kudos**



**IndyBuyer** ⭐ Member                                    Nov-09-2020 01

Yokawa Network Limited Is a SCAM - PayPal Community

## Re: Yokawa Network Limited Is a SCAM

100% agree that this is a scam company. Ordered six 2 ft tall animated/illuminated "singing pumpkins" for a total of $68.98 and after 30 days still hadn't received anything. The scammer tried to say that they had confirmation of its delivery. So I opened an investigation at my local post office. They had no record of any packages being delivered to the address the they claimed to have sent my purchase to. About a week later they send me three ridiculously small plastic pumpkins that fit in my palm, with a $9.99 price tag. Not at all what I purchased from them. PayPal instructed me to ship the package back and that they would reimburse me. Then aster shipping the package back immediately, PayPal then tell me they won't refund my shipping expense. The worst part is that I tried to cancel my purchase immediately after making the transaction because I read the horrible accounts on PayPals own website but PayPal refused the refund, stating that I needed to go through the company I purchase from. When I explained the volume of fraud/scam reports they checked and then told me that there were no reports or reasons for them to believe the seller to be fraud/scammer. Clearly PayPal is in on this. I feel a class action lawsuit coming on!!!!

👍 **0 Kudos**

 **Welshdwarf** 🌟 Contributor

Nov-10-2020 04

## Re: Yokawa Network Limited Is a SCAM

i really do hope you get your money back, i failed after numerous attempts, needless to say i wont buy anything that is advertised on social media ever again, this company is a total scam

👍 **1 Kudo**

 **Cmiddl01** ⭐ Contributor

Nov-10-2020 05

## Re: Yokawa Network Limited Is a SCAM

I would again recommend anyone affected by this company to file a BBB claim against PayPal. I did and received my money and return shipping fees back. As part of my claim I also asked them to cancel this scam vendors account but they are saying due to privacy concerns they can't share that with me. I just received PayPal's response and they are still not taking any ownership and are still defending the seller. Although I got my $ back, I still plan to continue fighting PayPal on cancelling this sellers account.

👍 **2 Kudos**

 **Dramedian** ⭐ Contributor

Nov-13-2020 09

## Re: Yokawa Network Limited Is a SCAM

2 days ago I got scammed by those disgusting people (through a facebook ad) but I live in Greece. What do I have to do? Where should I ask for help or file a complaint? Do you know an organization in Europe, specializing in Paypal fraudulent cases?

These people should get behind bars. The same goes for their accomplices (whoever is advertising their products or defending them).

Yokawa Network Limited Is a SCAM - PayPal Community

👍 **2 Kudos**

 ray23z 🌟 Contributor            Nov-17-2020 08

## Re: Yokawa Network Limited Is a SCAM

This company keeps changing their name and continue to do the same scam, they advertise on tik-tok so please be aware and don't buy things advertised there, the other name that I know they operate by is EleenonlineTrade, I only came to know that these are the same scammers after doing some digging online and found out that they have exactly the same address.

The most common scam is that they either post you the wrong product and request you to keep it, then they tell paypal that they gave you a refund which is usually between 5% of the total cost and if you add the value of the wrong item and the refund it will still not cross 20% of the amount you paid.

The second scam is that they send you an empty envelope and say show proof of delivery.

The third is they screen shot a proof of delivery from a genuine post and show paypal that they have sent you the item when it actually goes to somewhere else.

These guys will never stop changing trading names and scamming people. I strongly advise all of you'll not to buy from tiktok ad's.

Tags (3)

Tags:   | ELEENONLINE |   | ELEENONLINETRADE |   | YOKOWA |

👍 **1 Kudo**



**Debshew** 💥 Contributor

## Re: Yokawa Network Limited **Is** a SCAM

I had the same problem. Not received, posted to a incorrect address. PayPal have refused to help. Can I go higher than PayPal ? The evidence against this company is obviously its fraudulent, I don't understand why PayPal are not doing the honourable thing, refunding and shutting them down. They said verbally to me that they do not endorse scams ????

👍 **2 Kudos**



**PayPal**      >   **Help**      >   **Disputes and**
ommunity      **Community**      **Limitations**

>   **Yokawa Network Limited Is a**
**CAM**



PLAYBACKSABEACH ⭐ Contributor         Nov–15–2020 12

## Re: Yokawa Network Limited **Is** a SCAM

From the posts of over 205 people scammed in this community page alone is more than
enough for a class action lawsuit. On the grounds for unfair or fraudulent business
practices, and whatever more the lawyer could find for us. I know we all probably have
limited time and financial resources, but a **class action lawsuit** may be the only viable way
to receive the compensation we all deserve. The advantages in our favour: **No lawyer**
**fees,** If the case is successful, attorneys are paid out of the recoveries. Amount of people
scammed is properly in the **Thousands.** If someone doesn't try and stop them both
companies will continue to defraud us, the customers. We all should have plenty of evidence
to prove our cases. Let me know what people think about this. I'll check back here in few
days. Thank You and have a great day. Be safe.

👍    **4 Kudos**



wobbly1 🎇 Contributor         Nov–17–2020 01

## Re: Yokawa Network Limited **Is** a SCAM

I have found a site that helps About this sort of thing is ReportFraud.ftc.gov The Federal Trade Commission. I Hope this encourages people to go to this site.

👍  **1 Kudo**

 **Welshdwarf** 🌟 Contributor

Nov-17-2020 03

## Re: Yokawa Network Limited **Is a SCAM**

nice one, thank you

👍  **0 Kudos**

 srylnir ⭐ Member

Nov-19-2020 06

## Re: Yokawa Network Limited **Is a SCAM** %

I wish I had seen this sooner. Bought 2 items on the 30th october, paid for express shipping. Needless to say, I didn't get anything so far, not even a tracking number. Opened a complaint on paypal, got some stupid answer from the seller that the "shipper" is upgrading their system and don't have a tracking number yet... sure... Since 3 weeks. I escalated the issue to Paypal and hope that they deal with this issue appropriately. If not, I'll have to see. I know that also in Europe we have instutitons that might help. I found this link which hopefully is helpful: **https://ec.europa.eu/info/live-work-travel-eu/consumer-rights-and-complaints/resolve-your-consumer-c...**

I'll investigate other possibilities if need be and might update my post here.

👍 **0 Kudos**

---

 **lpedre** ⭐ Contributor          Nov-19-2020 10

## Re: Yokawa Network Limited **Is** a SCAM

UPDATE: After several emails to PayPal 2 appeals, A report to the better business bureau, a denial again from PayPal, an appeal to the better business bureau that my issue was not resolved, I FINALLY GOT A MESSAGE TODAY THAT I HAD BEEN CREDITED THE 68.99! Thank you, God.  They rely on people giving up so don't give up. This took months.

👍 **2 Kudos**

---

 **MappyCat1** ⭐ Contributor          Dec-05-2020 02:

## Re: Yokawa Network Limited **Is** a SCAM

Ridiculous that you/people have to go through all of that to get their refund!

👍   **0 Kudos**

 diemnzz ⭐ Member            Nov-22-2020 01

## Re: Yokawa Network Limited **Is** a SCAM

Hi, I also to was scammed by this company. I ordered singing pumpkins over 2 months ago. They never sent me a receipt nor any tracking info, just kept email me to be patient. I contacted paypal and to no surprise they closed my dispute saying items were delivered. I got a email from the company stating they delivered it to wrong address not to worry another one was being shipped out, still no receipt or tracking info.. TOTAL SCAM COMPANY. I contacted paypal again today and told them about the company and all the issue they know about, still waiting for response. will be contacting bank today for dispute of charges. This will cause me to close my paypal account. I have been a vauled customer and spend a lot of money and to be scammed for the first time and paypal not to do anything makes me very upset and unable to trust this company anymore. Shame because I love paypal. STAY CLEAR OF THIS YOKAWA COMPANY THEY ARE A TOTAL SCAM WISH I DID MY HOMEWORK FIRST.

dm

👍   **2 Kudos**

 abbeyth ⭐ Contributor            Nov-30-2020 05

## Re: Yokawa Network Limited **Is** a SCAM

After reading this thread, something very sad has become clear to me: All along we see ourselves as PayPal users and customers, when in reality, we are actually their PRODUCT. Yokawa and others like them are PayPal's actual customers – it is off THEIR sales that PayPal makes their money. When in doubt, follow the money – if you're not the one paying it for a service, then someone else is, and that makes you the product, not the customer. Much like Facebook – we all see ourselves as its users, and therefore its customers, but it is a free service. We are Facebook's product, or I should say that our demographic information and access to micro-targeted user groups is their actual product, sold to marketing firms and bigger fish like Cambridge Analytica, etc. Yes, we put money into PayPal, but that doesn't mean we're paying them – we use it as a conduit to get our money from one place to another. In cases like these, PayPal will always take the side of the company paying the bills, which is scammers like this. They tell us we can dispute things but then use opaque beaurocracy against us. It's all a scam from the start to the end and PayPal couldn't care less as long as they make their cut.

👍   **1 Kudo**

 Mariacata23 💥 Contributor        Nov-30-2020 06

## Re: Yokawa Network Limited Is a SCAM 🔗

You make a really good point. Yokawa is their customer and we are the lemmings. Well no more! I am never paying via paypal again! For your rationale and this: **https://www.linkedin.com/pulse/why-you-should-never-ever-use-paypal-lee-drake/**

👍   **1 Kudo**

abbeyth ⭐ Contributor

Dec-01-2020 09:

## Re: Yokawa Network Limited Is a SCAM 

OMG GOOD NEWS! So PayPal's "Resolution Center" is an effing joke, as we all know. I got to the point in the dispute where Yokawa "offered" me a full refund if only I would send back their precious product (a less-than-2-foot tall fake xmas tree that looks like it was made with giant pipe cleaners) - which we all know is nonsense as the price to mail it back would be more than I paid for it, likely. And within the Resolution Center, my only option after that was to submit the tracking info, which obviously I wasn't going to have. So I submitted the photos I'd already done earlier in the dispute and wrote out my issue in the comments of that. I also reached out to the general customer service robot on PayPal's website and, would you believe it, THEY GAVE ME A FULL REFUND! See the bot-chat transcript below and how I kept going in order to get to a person (maybe?) who then just went ahead and gave the refund and allegedly reported the company to PayPal's fraud department (doubtful).



👍 **2 Kudos**

Powered by

Khoros

**PayPal**      >   **Help**        >   **Disputes and**
ommunity       **Community**         **Limitations**
›   **Yokawa Network Limited Is a**
**CAM**

 Mariacata23 💥⭐ Contributor                       Dec-01-2020 09:

## Re: Yokawa Network Limited Is a SCAM

Congrats! You got through to someone helpful at PayPal. No such luck on my end, I haven't been able to actually speak to a person, just get these email correspondenses with limited information. Aweful. I have disputed this charge with my credit card company, reporting PayPal to the Better Business Bureau, and Reported Yokawa to the Federal Trade Commision. Also trying some other things. Hope I get my $$ back.

👍   **2 Kudos**

 papenney ⭐ Contributor                           Dec-06-2020 07:

## Re: Yokawa Network Limited Is a SCAM

i was scammed by this communist outfit also. Paypal is complicit with them because they wont refund my money. I will never use paypal again if they dont do something to settle this mess. trying to get ahold of paypal is a joke.



👍  **2 Kudos**

 Morticiacamping ⭐ Contributor                    Dec-06-2020 08:

## Re: Yokawa Network Limited Is a SCAM

I ordered and paid for an outdoor security camera but received a 32gb micro SD card
instead (worth about £4.00).
When I raised the subject with PayPal I was finally told to send the SD card back to China
which would have cost far more than the original purchase cost paid for the camera.
My PayPal invoice clearly states that I paid for a camera.
I have retained the original packaging that the SD card was received in and noticed that
they have a returned goods address in Reading UK, but PayPal are still insisting that it be
sent back to China, which is an unreasonable request.
I am beginning to wonder whose side PayPal are really on because judging by the number of
alleged fraud complaints PayPal have received from unhappy customers, I am surprised
that they still allow the Yokawa Network Limited to still hold an account with them. Also,
as I have said because PayPal are aware of this company's type of dealing style shouldn't
they be a little more helpful to disgruntled customers?

👍  **3 Kudos**

 wobbly1 💥💥 Contributor                    Dec-06-2020 09:

## Re: Yokawa Network Limited Is a SCAM

I ordered 4 items like that and all I got was 4 32g sd cards instead.

👍 **1 Kudo**

---

 **Morticiacamping** ⭐ Contributor

Dec-06-2020 02:

## Re: Yokawa Network Limited Is a SCAM

PayPal are fully aware of how many people are being defrauded by the Yokawa Network and yet they allow Yokawa to continue to hold a PayPal account. PayPal should be whiter than white, but this is does not appear to be the case in their dealings with Yokawa.

👍 **3 Kudos**

---

 **YokawaCrooks** ⭐ Contributor

Dec-07-2020 06:

## Re: Yokawa Network Limited Is a SCAM

PayPal keeps making money. It's always about the money.

Tags (1)

Tags: YOKOWA

👍 **1 Kudo**

---



**iluha** ⭐ Contributor

Jan-01-2021 07::

### Re: Yokawa Network Limited Is a SCAM

Yokawa Network Limited just sent me memory card instead of ordered WiFi camera.
The case is still opened .
I am waiting for PayPal to interfere.

👍 **0 Kudos**

---



**wobbly1** 💥 Contributor

Jan-01-2021 07:

### Re: Yokawa Network Limited Is a SCAM

One of these days I can see PayPal being shut down if they keep on siding with these scamming company's!!!!!.

👍 **1 Kudo**

Case 1:20-cv-11075-NRB  Document 30-3  Filed 01/15/21  Page 78 of 87



shuttermafia ⭐ Contributor

Dec-08-2020 05:

## Re: Yokawa Network Limited **Is a SCAM** 🔗

I GOT A PHONE CALL FROM OMAHA NEBRASKA FROM PAYPAL AND GOT MY $ BACK!!!!
Here is what I did. I posted a link to THIS PAGE: **https://www.paypal-community.com/t5/Disputes-and-Limitations/Yokawa-Network-Limited-Is-a-SCAM/td-p/2...**
and Got a phone call and in minutes they gave me my $ back from yokawa network limited.
they switach names often and sell the same **bleep**.
Do what I did. I was ready to give up.
Paypal called me only after I posted the above link about this company name scamming everyone.
I disputed it, etc. Then I googled the company name and the first link was to the link above.
I once more tried to tell paypay these guys are scammers and got my $ back. Good luck to all of you.
CHINA IS EVIL!!!!  I did not even have to return the crap they sent me. I ordered 2 cctv cameras and they sent me 2 micro sd cards.
Peace. Hope this works for you.
Aaron in Loveland Colorado

👍 **2 Kudos**



BJanda ⭐ Contributor

Dec-15-2020 02:

## Re: Yokawa Network Limited **Is a SCAM** 🔗

You are not alone, I had the same experience at the end of October: Instead of the 3 webcam, I only got 3 32 GB memory cards. Unfortunately, I didn't see your post before ordering. Paypal refuses to refund me because I received a shipment. You can still be glad

that it wasn't an empty envelope in the first place.

**https://www.paypal-community.com/t5/Disputes-and-Limitations/Yokawa-Network-Limited-Is-a-SCAM/td-p/2...**

👍 **3 Kudos**

Powered by

Khoros

Yokawa Network Limited Is a SCAM - PayPal Community

**PayPal**               >   **Help**              >   **Disputes and**
**ommunity**                  **Community**            **Limitations**

›    **Yokawa Network Limited Is a**
**CAM**



 Goldenhollywood ⭐ Contributor                              Dec–26–2020 09:

## Re: Yokawa Network Limited Is a SCAM

Amazing, where did you post the link that got Paypal's attention?

👍   **0 Kudos**

iluha ⭐ Contributor                              Jan–01–2021 07:

## Re: Yokawa Network Limited Is a SCAM

Hi,
Where did you poste a link ?

👍   **0 Kudos**

Yokawa Network Limited Is a SCAM - PayPal Community

 **wobbly1** 🎇 Contributor      Jan–01–2021 07:

## Re: Yokawa Network Limited Is a SCAM

I did not post a link sorry.

👍 **0 Kudos**

 **Mgmason00** ✴ Contributor      Dec–18–2020 05:

## Re: Yokawa Network Limited Is a SCAM 🔗

I have now received a call and a letter from the United States Postal Service validating that the product that Yokawa said delivered to my home and for which PayPal CLOSED my case with no action outlining the fact that the Tracking # was NOT valid.  If  PayPal would have looked at the details of the tracking information, you will see there is NO NAME or ADDRESS on the tracking information.  The USPS validated that this tracking number is fraudulent and the item was NEVER delivered to my home as stated by this company with the information that was supplied directly by Yokawa.  Now, the Yokawa company's email box is closed and they are sending back all emails to them.

**Every time I try to communicate with PayPal on this topic, they immediately close my case.  This is fraud and needs to be stopped!**

Dear Ms. Mason, December 17, 2020 This is in response to your inquiry regarding the delivery of a package. Please accept our sincere apology for any inconvenience this matter may have caused you. The Postal Service is aware of the frustration and disappointment caused when we do not live up to our commitment of safe and reliable mail service. **This package does not have your name on it nor is it for your address. It has been delivered correctly to the name and address on the package with this tracking number.** Please contact your shipper for a refund or replacement item. An apology is no

substitute for good service, but I want to offer one on behalf of the Postal Service. We appreciate your reporting this matter to us. It helps to know the kinds of difficulties our customers have so we can work toward improvements. The information you have provided will be shared with management as they continue their efforts to improve service performance in your area. Thank you for the opportunity to address this matter with you. If you have any questions, please contact me. Sincerely, Rhonda Rothermich Supv Customer Service[Removed. Phone #s not permitted]Your privacy is important to us. If you would like additional information on our privacy policy, please visit us online at: **www.usps.com®**.

👍 **1 Kudo**

 Mariacata23 💥 Contributor    Dec-18-2020 09:

## Re: Yokawa Network Limited Is a SCAM

That happened to me too.  Paypal is impossible.  I will not use them again.  I recommend you shout out paypal on twitter and any other social media site they have.  I also disputed the charge with my credit card company (advice obtained through this handy forum).  Let's see if that works.

👍 **0 Kudos**

 JoyceLindsey ⭐ Contributor    Dec-18-2020 11:

## Re: Yokawa Network Limited Is a SCAM

Yokawa is a scam and paypal will not help you.   I tried paypal but they just close the account.  Yes my email said item delivered but Yokawa gives tracking numbers to duplicate people.  My number was given to another party and they did receive their item.  I did not but paypal does not read the complaints and just goes my what the email says.

👍 **1 Kudo**

 RThomasFox ⭐ Contributor                    Dec-30-2020 07:

## Re: Yokawa Network Limited Is a SCAM

I finally received my package AFTER I notified them, that I had contacted the FBI (International Scam) and the Federal Trade Commission (Paypal not helping or shutting down known scam)..  It was amazing.  2 days later a package arrived on my door step.  Not from China like the tracking system said, but from California.    It was utterly amazing.

👍 **1 Kudo**

 Jobejoe ⭐ Member                    Jan-08-2021 05:

## Re: Yokawa Network Limited Is a SCAM

Yokawa Network Limited Is a SCAM - PayPal Community

Exact same problem of providing me with a duplicate tracking number and it saying it was delivered. PayPal just denied my case as it said the company provided them with a valid tracking code that's as delivered. After seeing this forum and so many people uttering the same words it makes you wonder why PayPal is turning a blind eye and allowing this company to scam sooo many people. Are they cutting a cut? What percentage of my $110 are they getting I wonder?

👍 **0 Kudos**



papenney ⭐ Contributor                                         Jan-08-2021 05:

## Re: Yokawa Network Limited Is a SCAM

I want my money back. Paypal is complicit with the scam. I've posted many times and they won't give it back. Never use paypal again.

| Tags (1) |
| --- |
| Tags: PAYPAL |

👍 **0 Kudos**



PetCPR ⭐ Contributor                                           Jan-13-2021 07:

## Re: Yokawa Network Limited Is a SCAM

Unfortunately I fell for it too! Thought it was a reputable company. Ordered vests for Christmas – never showed up – then suddenly showed up month and half later – by then already brought from another company. Went to credit card company to dispute amount – since had not received any notification from company. Now they are saying they do not do returns?? What reputable company during COVID does not take returns?? Will never buy anything off of facebook again – because most of the companies appear to be scam companies.

👍 **0 Kudos**



**PayPal                    >    Help                    >    Disputes and
ommunity                       Community                   Limitations**
›    **Yokawa Network Limited Is a
CAM**

  scootermontero  New Community Member                    Jan-13-2021 01:

## Re: Yokawa Network Limited Is a SCAM

For me, I bought two heated USB vests.  While the vests did arrive, they were about two
sizes too small (I ordered a Large and a 2X).  After about a dozen emails with their
customer "support" email, I've gotten absolutely nothing.  I've offered to send them back,
but to no avail.  Does anyone know if we have any kind of consumer fraud protection
through PayPal like many credit cards have?

👍  **0 Kudos**

  **PetCPR** ⭐ Contributor                    Jan-13-2021 02:

## Re: Yokawa Network Limited Is a SCAM

I am understanding none! The company no where says they do not take returns. Mine
were too smal as well! Too bad they are a scam company because the vests are nicely
made!

👍 **1 Kudo**

 **Welshdwarf** 🌟 Contributor     Jan-14-2021 08:

## Re: Yokawa Network Limited Is a SCAM

they do take returns, but only with the Courier they specify, and the cost of the returns is usually more than the cost of the purchased item.

👍 **0 Kudos**

Powered by

**Khoros** 〈