AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| MATTEL, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-11075-NRB |
| THE ENTITIES D/B/A GOODMENOW.COM, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All named defendants, including, The Entities Doing Business As Goodmenow.com, et al.

Date: 01/22/2021

/s/ Jacob Chen
*Attorney's signature*

Jacob Chen, NY Bar 5019286
*Printed name and bar number*

DGW Kramer LLP
One Rockefeller Plaza, Suite 1060
New York, NY 10020
*Address*

jchen@dgwllp.com
*E-mail address*

(917) 633-6860
*Telephone number*

(917) 633-6183
*FAX number*