UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MATTEL, INC., :

                Plaintiff, :

      - against - :    20 Civ. 11075 (NRB)

THE ENTITIES DOING BUSINESS :
AS GOODMENOW AT THE URL
GOODMENOW.COM, THE ENTITIES :
DOING BUSINESS AS
MEETGOODTIMES AT THE URL :
MEETGOODTIMES.COM,
THE ENTITIES DOING BUSINESS AS :
FEELITNICE AT THE URL
FEELITNICE.COM, THE ENTITIES :
DOING BUSINESS AS THE PAYPAL
MERCHANT YOKAWA NETWORK :
LIMITED, JOHN DOE NOS. 1-5, AND
ABC ENTITY NOS. 1-5, :

              Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER MODIFYING ORDER TO SHOW CAUSE FOR AN ATTACHMENT ORDER AND A TEMPORARY RESTRAINING ORDER

Upon the prior proceedings in this action, the Amended Order To Show Cause For An Attachment Order And A Temporary Restraining Order (Dkt. 19) be, and hereby is, modified so that the first and second decretal paragraphs, on page 3, are stricken and the following decretal paragraphs are added in their place:

    ORDERED that, pursuant to Rules 64 and 65 of the Federal Rules of Civil Procedure and New York CPLR §§ 6201 and 6210, pending the hearing on Mattel's application for an order of prejudgment attachment, the funds of each Defendant and/or Yokawa Network Ltd. in its accounts at PayPal, including the eleven accounts identified

to date by PayPal as being owned by Yokawa Network, Ltd., including the accounts with the following final four digits:



████████████ 1866
████████████ 4850
████████████ 9272
████████████ 3523
████████████ 5028
████████████ 4250
████████████ 0459
████████████ 7309
████████████ 9987
████████████ 8008

up to the total amount, in all accounts, of $2,800,000, hereby are attached up to the amount of $2,800,000 and no further; and it is further

ORDERED that each Defendant, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them who receive actual notice of this order, be, and hereby are, TEMPORARILY RESTRAINED from: (1) transferring or withdrawing, or causing to be transferred or withdrawn, any funds from any account of any Defendant at PayPal, including the 11 accounts identified in the prior paragraph, if such transfer or withdrawal would result in Defendants' total account balances at PayPal falling below $2,800,000, and/or (2) receiving any funds from any account of any Defendant at PayPal , including the 11 accounts identified in the prior paragraph, if such transfer or withdrawal would result in Defendants' total account

balances at PayPal falling below $2,800,000, pending further order of the Court; and it is further

ORDERED that PayPal shall hold funds of Defendants up to the total amount of $2,800,000, and shall not pay, transfer, dissipate, or otherwise release possession and/or control of any portion of that $2,800,000 for any purpose whatsoever, including but not limited to satisfying any claim of PayPal or its customers, whether secured or unsecured, pending further order of the Court, and it is further

ORDERED that for the avoidance of doubt, nothing in this order shall prevent any person from adding funds to any of the PayPal accounts that are the subject of this order; and it is further

ORDERED that for the avoidance of doubt, nothing in this order shall prevent any Defendant or account holder from withdrawing or transferring funds from any of the PayPal accounts that are subject to this order, so long as such withdrawal or transfer does not reduce the restrained amount of $2,800,000; and it is further

ORDERED that for the avoidance of doubt, nothing in this order shall impose any obligation on PayPal with respect to any amounts in Defendants' accounts, in total, in excess of $2,800,000; and it is further

ORDERED that this restriction is issued without prejudice to further modification upon further order of this Court.

Dated:  New York, New York
        January 22, 2021
        Issued at 11:30 am

                                                 Hon. Naomi Reice Buchwald
                                                 US District Judge