UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
MATTEL, INC.,

               Plaintiff,                           **ORDER**

          - against -                   20 Civ. 11075 (NRB)

THE ENTITIES DBA GOODMENOW AT THE URL
GOODMENOW.COM, THE ENTITIES DBA
MEETGOODTIMES AT THE URL
MEETGOODTIMES.COM, THE ENTITIES DBA
FEELITNICE AT THE URL FEELITNICE.COM; THE
ENTITIES DBA THE PAYPAL MERCHANT YOKAWA
NETWORK LTD., JOHN DOE NOS. 1-5, AND ABC
ENTITY NOS. 1-5,

               Defendants.
---------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     By letter dated January 25, 2021, plaintiff sought extensive expedited discovery from defendants and third party PayPal. ECF No. 39. Further, plaintiff requested that the sought after discovery be conducted and completed in advance of the February 1, 2021 due date for plaintiff's reply papers. Id. Plaintiff's letter wholly fails to justify either the scope or timing of the requested discovery. Accordingly, plaintiff's application for expedited discovery is DENIED.

     **SO ORDERED.**

DATED:   New York, New York
           January 26, 2021

                                              _____
                                             NAOMI REICE BUCHWALD
                                             UNITED STATES DISTRICT JUDGE