# **<u>Exhibit A</u>**

# Jennifer Rafuse

| | |
|---|---|
| **From:** | William Dunnegan |
| **Sent:** | Monday, February 8, 2021 11:52 AM |
| **To:** | Jennifer Rafuse |
| **Cc:** | Laura Scileppi |
| **Subject:** | FW: Mattel v. GoodMeNow |
| **Attachments:** | Dkt. 52 -- Letter of Buchwald.pdf |

**From:** William Dunnegan
**Sent:** Friday, February 5, 2021 2:34 PM
**To:** Samson, Clete P. <Clete.Samson@KutakRock.com>
**Cc:** Laura Scileppi <ls@dunnegan.com>; Katie Burghardt Kramer <kkramer@dgwllp.com>; Jacob Chen <jchen@dgwllp.com>; RongPing Wu <lwu@dgwllp.com>
**Subject:** Mattel v. GoodMeNow

Mr. Samson,

We attach a letter from Judge Buchwald concerning the pending motion for an attachment in the above action.

We would like to have call with you and/or a representative of your client, at your earliest opportunity, in which we invite counsel for the defendants to participate.  If you give me a time, I will circulate a dial-in.

Alternatively, the basic question we have is:  Does PayPal, Inc. consent to the U.S. District Court for the Southern District of New York exercising personal jurisdiction over PayPal, Inc., as, and only as, a garnishee of the property of the defendant Yokawa Network Limited that PayPal, Inc. has in its control?

We look forward to hearing from you.

Thanks.

William Dunnegan
Dunnegan & Scileppi LLC
437 Madison Avenue, 24th Floor
New York, New York 10022
(212) 332-8300
(212) 332-8303 (direct)
www.dunnegan.com