# **<u>Exhibit C</u>**

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through February 4, 2021.

Selected Entity Name: PAYPAL, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | PAYPAL, INC. |
| **DOS ID #:** | 2779236 |
| **Initial DOS Filing Date:** | JUNE 17, 2002 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

PAYPAL, INC.
28 LIBERTY ST.
NEW YORK, NEW YORK, 10005

### Chief Executive Officer

DANIEL H. SCHULMAN
2211 NORTH FIRST STREET
C/O CORPORATE LEGAL DEPARTMENT
SAN JOSE, CALIFORNIA, 95131

### Principal Executive Office

PAYPAL, INC.
2211 NORTH FIRST STREET
C/O CORPORATE LEGAL DEPARTMENT
SAN JOSE, CALIFORNIA, 95131

### Registered Agent

C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK, NEW YORK, 10005

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUN 17, 2002 | Actual | PAYPAL, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us