UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>THE ENTITIES DOING BUSINESS AS GOODMENOW AT THE URL GOODMENOW.COM, ET AL.,<br><br>    Defendants. | Civil Action No.: 1:20-cv-11075-NRB<br><br>**NOTICE OF INTERLOCUTORY APPEAL** |

Notice is hereby given that Defendants, The Entities Dba Goodmenow at the URL Goodmenow.com, The Entities Dba Meetgoodtimes at the URL Meetgoodtimes.com, The Entities Dba Feelitnice at the URL Feelitnice.com, The Entities Dba the Paypal Merchant Yokawa Network Ltd., hereby appeal to the United States Court of Appeals for the Second Circuit from Memorandum and Order (Doc. 63), entered in this action on April 12, 2021, denying Defendants' motion for appointment of a special master pursuant to CPLR § 6212(e) (the "Order").

Dated: New York, New York
        April 21, 2021

By: /s/ Katherine Burghardt Kramer
Katherine Burghardt Kramer, Esq.
Jacob Chen, Esq.
RongPing Wu, Esq.
DGW Kramer LLP
One Rockefeller Plaza, Suite 1060
New York, NY 10020
Telephone: 917-633-6860
kkramer@dgwllp.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that Defendants' Notice of Appeal has been served by CM/ECF to all counsel of record.

By: /s/ Katherine Burghardt Kramer
Katherine Burghardt Kramer, Esq.