UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| MATTEL, INC., | : | |
| Plaintiff, | : | |
| - against - | : | 1:20-cv-11075 (NRB) |
| THE ENTITIES DOING BUSINESS AS GOODMENOW AT THE URL GOODMENOW.COM, THE ENTITIES DOING BUSINESS AS MEETGOODTIMES AT THE URL MEETGOODTIMES.COM, THE ENTITIES DOING BUSINESS AS FEELITNICE AT THE URL FEELITNICE.COM, THE ENTITIES DOING BUSINESS AS THE PAYPAL MERCHANT YOKAWA NETWORK LIMITED, JOHN DOE NOS. 1-5, AND ABC ENTITY NOS. 1-5, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JOINT MOTION FOR PROTECTIVE ORDER

IT IS HEREBY JOINTLY MOVED and agreed by and between the undersigned counsel for the parties, subject to the approval of the Court, that the proposed Protective Order, attached hereto as Exhibit 1, should be entered as an order of this Court.

The parties agree that a Protective Order is necessary in this matter, due to the anticipated production of confidential business information.  The parties have agreed that the proposed Protective Order balances the needs of both parties.

Dated:  New York, New York
        August 31, 2021

2

        DUNNEGAN & SCILEPPI LLC

        By   s/William Dunnegan
           William Dunnegan (WD9316)
           wd@dunnegan.com
           Laura Scileppi (LS0114)
           ls@dunnegan.com
        Attorneys for Plaintiff
          Mattel, Inc.
        437 Madison Avenue, 24th Floor.
        New York, New York 10022
        (212) 332-8300


        DGW KRAMER LLP


        By s/Katherine Burghardt Kramer
          Katherine Burghardt Kramer
        One Rockefeller Plaza
        Suite 1060
        New York, NY 10020
        kkramer@dgwllp.com
        (917) 688-2585